1   Brandon J. Witkow (SBN 210443)
    bw@witkowlaw.com
2   Cory A. Baskin (SBN 240517)
    cb@witkowlaw.com
3   witkow | baskin
    21031 Ventura Boulevard, Suite 700
4   Woodland Hills, California 91364
    Tel:   818.296.9508
5   Fax:   818.296.9510
6
    Attorneys for *Plaintiff*
7   2BCOM, LLC

8                   UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10
11  2BCOM, LLC,                          Case No.   2:20-cv-03537
12                                        **COMPLAINT FOR PATENT**
                    Plaintiff,            **INFRINGEMENT**
13
14          vs.                           **JURY TRIAL DEMANDED**
15
16  BAYERISCHE MOTOREN WERKE AG,
    BMW OF NORTH AMERICA, LLC,
17  BMW MANUFACTURING CO., LLC,
18                  Defendants.
19
20
21
22
23
24
25
26
27
28

COMPLAINT

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff 2BCom, LLC ("Plaintiff" or "2BCom") files this Complaint against Defendants Bayerische Motoren Werke AG, BMW of North America, LLC and BMW Manufacturing Co., LLC (collectively, "BMW" or "Defendants") for patent infringement and by and through its undersigned attorneys, hereby prays to this honorable Court for relief and remedy based on the following:

## NATURE OF THE CASE

1.      This is an action for patent infringement arising under the patent laws of the United States, 2BCom holds the rights in U.S. Patent Nos. 6,885,643 ("the '643 patent"), 6,928,166 ("the '166 patent"), 7,127,210 ("the '210 patent"), and 7,184,707 ("the '707 patent"). The United States patent laws grant the holder of a patent the right to exclude infringers from making, using, selling or importing the invention claimed in a patent, and to recover damages for the infringer's violations of these rights, and to recover treble damages where the infringer willingly infringed the patent.  Under 35 U.S.C. § 282(a), the '643 patent, the '166 patent, the '210 patent, and the '707 patent ("patents-in-suit") are entitled to a presumption of validity.   2BCom is suing Defendants for infringing its patents and doing so willfully.  2BCom seeks to recover damages from Defendants, including treble damages for willful infringement.

## THE PARTIES

2.      2BCom, LLC is a company, organized and existing under the laws of Delaware, having a place of business at 1603 Orrington Ave, Suite 600, Evanston, Illinois 60201.

3.      Upon information and belief, Defendant Bayerische Motoren Werke AG ("BMWAG") is a corporation organized and existing under the laws of Germany, with its principal place of business at Petuelring 130, D-80788, Munich, Germany.  Upon information and belief, BMWAG does business itself, or through its subsidiaries and affiliates, in the State of California and the Central District of California.

4.     Upon information and belief, BMW Manufacturing Co., LLC is a Delaware limited liability company with a principal place of business at 1400 Hwy. 101S, Greer, South Carolina 29651.

5.     Upon information and belief, Defendant BMW of North America, LLC ("BMWNA") is a Delaware corporation with a place of business at 300 Chestnut Ridge Road, Woodcliff Lake, NJ 07675. Upon information and belief, BMWNA is the exclusive importer and distributor of BMW and MINI branded vehicles. BMWNA acquires these vehicles from BMWAG, imports them into the United States, and distributes them through BMW dealers throughout the United States. Upon information and belief, BMW maintains a Vehicle Distribution Center in Oxnard, California.

6.     Upon information and belief, BMWNA engages in sales of products that infringe the patents-in-suit to numerous BMW and MINI dealerships in the Central District of California.

7.     Upon information and belief, BMWNA engages in marketing activities that promote the sale of BMW and MINI-branded products to customers and/or potential customers located in California and in the judicial Central District of California.

8.     Upon information and belief, the BMW and MINI dealers located within the Central District of California have executed dealer agreements with BMWNA. Upon information and belief, these dealer agreements set forth standards and requirements enumerated by Defendants that dealers are required to comply with. Upon information and belief, these standards and requirements are directed to at least the dealership facility, space, appearance, layout, and equipment.

9.     Upon information and belief, through its exclusive agents, instrumentalities and representatives, BMWNA provides new car warranty service within the district on the infringing products. Upon information and belief, BMWNA warrants to the original and each subsequent owner of new BMW and MINI vehicles

that any authorized BMW or MINI dealer will make any repairs or replacements necessary to correct defects in material or workmanship arising during the warranty period. Upon information and belief, all such warranty work is paid for by BMWNA. Upon information and belief, there are numerous authorized dealers and service departments at those locations in the Central District of California. Upon information and belief, service technicians employed at these dealerships participate in BMWNA-sponsored training programs, schools, and events.

10.    Upon information and belief, BMWNA provides Service and Warranty Information Booklets ("Booklets") to BMW and MINI customers, including those customers that purchase BMW and MINI vehicles in the Central District of California. The Booklets direct questions regarding warranty rights and responsibilities to BMWNA's Customer Relations and Services Department. Upon information and belief, the Booklets direct customers, including those customers that purchase BMW and MINI vehicles in the Central District of California, to provide direct, written notification of any alleged unrepaired defects or malfunctions and service difficulties to BMWNA's Customer Relations and Services Department, including notifications under applicable state laws.

11.    Upon information and belief, the BMW and MINI dealerships located within this district are BMWNA's exclusive agents, instrumentalities, and representatives within this judicial district for the provision within this District of all new warranty service for BMW and MINI vehicles sold both within the district and outside the district. Upon information and belief, if a BMW or MINI customer located within the district needs to have new car warranty repairs performed within the district, Defendants require the BMW or MINI customer to have the work performed at one of their authorized BMW dealers within the District.

12.    Upon information and belief, the technicians employed by BMWNA including those that reside in the District, provide direct supervision and assistance

within the District on a regular, ongoing, and continuous basis in connection with warranty repairs being performed within the district.

13.     Upon information and belief, one or more Defendants regularly engage in marketing activities that promote the sale of BMW and MINI-branded products to customers and/or potential customers located in California and in the judicial Central District of California. Upon information and belief, Defendants maintain interactive commercial websites, accessible to residents of California and the Central District of California, through which Defendants promote their products that infringe the patents-in-suit. Upon information and belief, these interactive commercial websites direct customers as to where to buy BMW and MINI-branded vehicles with accused products, including the BMW and MINI dealerships within the Central District of California. Defendants' interactive commercial websites have submission forms that allow customers to schedule test drives with dealers in this District and view inventory at the dealers in this District. Defendants' interactive websites also provide service and care information, and materials about Defendants' products, including the accused products, such as "how to videos." Upon information and belief, Defendants attempt to sell their branded vehicles within the District, which include the infringing products, by causing advertisements for their vehicles to appear on television and radio programs broadcast into the District and in local newspapers distributed within the District.

14.     Upon information and belief, BMW is the exclusive manufacturer, importer and distributor of BMW X1, X2, X3, X4, X5, X6, X7, 2-series, 3-series, 4-series, 5-series, 6-series, 7-series, 8-series, Z4, M-models, i3 and i8 vehicles (collectively "BMW Vehicles"). Upon information and belief, BMW manufactures and assembles, both in the United States and internationally, BMW Vehicles.

15.     Upon information and belief, Defendants manufacture, import, and/or sell audio and multimedia integration systems which have been installed in all BMW Vehicles, including the "ConnectedDrive" system ("Accused Products").

**JURISDICTION**

16.     This is an action for patent infringement arising under the patent laws of the United States of America, more specifically under 35 U.S.C. § 100, *et seq*., including 35 U.S.C. §271.  Subject matter jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 and 1338.

17.     The Court has personal jurisdiction over Defendants because Defendants, among other things, conduct business in, and avail themselves of the laws of the State of California.  Upon information and belief, Defendants through their own acts and/or through the acts of its affiliated companies (acting as its agents or alter egos) make, use, offer to sell, sell (directly or through intermediaries), import, license and/or supply, in this District and elsewhere in the United States, products, through regular distribution channels, knowing such products would be used, offered for sale and/or sold in this District. Plaintiff's cause of action arises directly from Defendants' business contacts and other activities in the State of California and in this District.

**VENUE**

18.     Venue properly lies within this judicial district and division, pursuant to 28 U.S.C. §§ 1391(b), (c), and (d), and 1400(b).

19.     Upon information and belief, each of the Defendants has a regular and established place of business in California and in this judicial district, including, in particular, upon information and belief, Defendants jointly operate a vehicle distribution center located at 5650 Arcturus Ave, Oxnard, CA 93033, Defendants have purposely transacted business involving the accused products in this judicial district, including sales to one or more customers in California, and certain of the acts complained of herein occurred in this judicial district.

**INFRINGEMENT OF U.S. PATENT NO. 6,885,643**

20.     2BCom incorporates by reference the allegations set forth in the preceding paragraphs.

21.     On April 26, 2005, the '643 patent, entitled "Method And Device For Facilitating Efficient Data Transfer Via A Wireless Communication Network," was duly and lawfully issued based upon an application filed by the inventors, Keiichi Teramoto, Yoshiaki Takabatake, Junko Ami and Kensaku Fujimoto.  A true and correct copy of the '643 Patent is attached hereto as **Exhibit 1**.

22.     2BCom is the assignee and the owner of all right, title and interest in and to the '643 patent and has the right to sue and recover damages for infringement thereof.

23.     Upon information and belief, Defendants have been and continue to be engaged in making, using, importing, selling and/or offering for sale infringing products, including, but not limited to, the Accused Products in the United States generally, and in the Central District of California specifically.  The Accused Products are available for retail purchase through the www.bmwusa.com website, as well as BMW retailers in the United States.

24.     Upon information and belief, by acts including, but not limited to use, making, importation, offers to sell, sales and marketing of products that fall within the scope of at least claim 1 of the '643 patent, Defendants have directly infringed literally and/or upon information and belief, equivalently, and are continuing to infringe the '643 patent and are thus liable to 2BCom pursuant to 35 U.S.C. § 271.

25.     As a non-limiting example of Defendants' infringement of the '643 patent, set forth in **Exhibit 2**, is a preliminary claim chart showing Defendants' infringement of exemplary claim 1 of the '643 patent by the ConnectedDrive system installed in the BMW vehicles.

26.     Defendants have indirectly infringed and continue to infringe at least claim 1 of the '643 patent by inducement under 35 U.S.C. § 271(b).  Defendants have induced and continue to induce users and retailers of the Accused Products to directly infringe at least claim 1 of the '643 patent.

27.     Upon information and belief, Defendants knowingly induced customers to use their Accused Products, including, for example, by promoting such products online (e.g., www.bmwusa.com) and/or providing customers with instructions and/or manuals for using the Accused Products through websites such as https://connecteddrive.bmwusa.com.   Likewise, Defendants knowingly induced retailers to market and sell the Accused Products.

28.     Defendants have been on notice of the '643 patent and Defendants' respective infringement of the '643 patent, since, at least, February 7, 2020 via letter sent to Mr. Howard Steven Harris, VP of Legal Affairs and General Counsel, notifying of the '643 patent and its infringement.

29.     Defendants' infringement of the '643 patent is without consent of, authority of, or license from 2BCom.

30.     Upon information and belief, Defendants' infringement of the '643 patent is willful.  This action, therefore, is "exceptional" within the meaning of 35 U.S.C. § 285 entitling 2BCom to its attorneys' fees and expenses.

31.     As a result of Defendants' acts of infringement, 2BCom has suffered and will continue to suffer damages in an amount to be proven at trial.

## INFRINGEMENT OF U.S. PATENT NO. 6,928,166

32.     2BCom incorporates by reference the allegations set forth in the preceding paragraphs.

33.     On August 9, 2005 the '166 patent, entitled "Radio Communication Device And User Authentication Method For Use Therewith," was duly and lawfully issued based upon an application filed by the inventor Junichi Yoshizawa.  A true and correct copy of the '166 Patent is attached hereto as **Exhibit 3**.

34.     2BCom is the assignee and the owner of all right, title and interest in and to the '166 patent and has the right to sue and recover damages for infringement thereof.

35.     Upon information and belief, Defendants have been and continue to be engaged in making, using, importing, selling and/or offering for sale infringing products, including, but not limited to, the Accused Products in the United States generally, and in the Central District of California specifically.  The Accused Products are available for retail purchase through the www.bmwusa.com website, as well as BMW retailers in the United States.

36.     Upon information and belief, by acts including, but not limited to use, making, importation, offers to sell, sales and marketing of products that fall within the scope of at least claim 1 of the '166 patent, Defendants have directly infringed literally and/or upon information and belief, equivalently, and are continuing to infringe the '166 patent and are thus liable to 2BCom pursuant to 35 U.S.C. § 271.

37.     As a non-limiting example of Defendants' infringement of the '166 patent, set forth in **Exhibit 4**, is a preliminary claim chart showing Defendants' infringement of exemplary claim 1 of the '166 patent by the ConnectedDrive system installed in the BMW vehicles.

38.     Defendants have indirectly infringed and continue to infringe at least claim 1 of the '166 patent by inducement under 35 U.S.C. 271(b).  Defendants have induced and continue to induce users and retailers of the Accused Products to directly infringe at least claim 1 of the '166 patent.

39.     Upon information and belief, Defendants knowingly induced customers to use their Accused Products, including, for example, by promoting such products online (e.g., www.bmwusa.com) and/or providing customers with instructions and/or manuals for using the Accused Products through websites such as https://connecteddrive.bmwusa.com.    Likewise, Defendants knowingly induced retailers to market and sell the Accused Products.

40.     Defendants have been on notice of the '166 patent and Defendants' respective infringement of the '166 patent, since, at least, February 7, 2020 via letter

1  sent to Mr. Howard Steven Harris, VP of Legal Affairs and General Counsel,
2  notifying of the '166 patent and its infringement.

3      41.    Defendants' infringement of the '166 patent is without consent of,
4  authority of, or license from 2BCom.

5      42.    Upon information and belief, Defendants' infringement of the '166 patent
6  is willful.  This action, therefore, is "exceptional" within the meaning of 35 U.S.C. §
7  285 entitling 2BCom to its attorneys' fees and expenses.

8      43.    As a result of Defendants' acts of infringement, 2BCom has suffered and
9  will continue to suffer damages in an amount to be proven at trial.

10                **INFRINGEMENT OF U.S. PATENT NO. 7,127,210**

11     44.    2BCom incorporates by reference the allegations set forth in the
12 preceding paragraphs.

13     45.    On October 24, 2006 the '210 patent, entitled "Wireless Communication
14 Apparatus," was duly and lawfully issued based upon an application filed by the
15 inventor Kazunori Aoyagi.  A true and correct copy of the '210 Patent is attached
16 hereto as **Exhibit 5**.

17     46.    2BCom is the assignee and the owner of all right, title and interest in and
18 to the '210 patent and has the right to sue and recover damages for infringement
19 thereof.

20     47.    Upon information and belief, Defendants have been and continue to be
21 engaged in making, using, importing, selling and/or offering for sale infringing
22 products, including, but not limited to, the Accused Products in the United States
23 generally, and in the Central District of California specifically.  The Accused Products
24 are available for retail purchase through the www.bmwusa.com website, as well as
25 BMW retailers in the United States.

26     48.    Upon information and belief, by acts including, but not limited to use,
27 making, importation, offers to sell, sales and marketing of products that fall within the
28 scope of at least claim 20 of the '210 patent, Defendants have directly infringed

literally and/or upon information and belief, equivalently, and are continuing to infringe the '210 patent and are thus liable to 2BCom pursuant to 35 U.S.C. § 271.

49.  As a non-limiting example of Defendants' infringement of the '210 patent, set forth in **Exhibit 6**, is a preliminary claim chart showing Defendant's infringement of exemplary claim 20 of the '210 patent by the ConnectedDrive system installed in the BMW vehicles.

50.  Defendants have indirectly infringed and continue to infringe at least claim 20 of the '210 patent by inducement under 35 U.S.C. 271(b).  Defendants have induced and continue to induce users and retailers of the Accused Products to directly infringe at least claim 20 of the '210 patent.

51.  Upon information and belief, Defendants knowingly induced customers to use their Accused Products, including, for example, by promoting such products online (e.g., www.bmwusa.com) and/or providing customers with instructions and/or manuals for using the Accused Products through websites such as https://connecteddrive.bmwusa.com.  Likewise, Defendants knowingly induced retailers to market and sell the Accused Products.

52.  Defendants have been on notice of the '210 patent and Defendants' respective infringement of the '210 patent, since, at least, February 7, 2020 via letter sent to Mr. Howard Steven Harris, VP of Legal Affairs and General Counsel, notifying of the '210 patent and its infringement.

53.  Defendants' infringement of the '210 patent is without consent of, authority of, or license from 2BCom.

54.  Upon information and belief, Defendants' infringement of the '210 patent is willful.  This action, therefore, is "exceptional" within the meaning of 35 U.S.C. § 285 entitling 2BCom to its attorneys' fees and expenses.

55.  As a result of Defendants' acts of infringement, 2BCom has suffered and will continue to suffer damages in an amount to be proven at trial.

## INFRINGEMENT OF U.S. PATENT NO. 7,184,707

56.     2BCom incorporates by reference the allegations set forth in the preceding paragraphs.

57.     On February 27, 2007 the '707 patent, entitled "Communication Device And A Method For Controlling The Communication Device," was duly and lawfully issued based upon an application filed by the inventors, Masahiro Tada, Ikuo Sako, and Koichi Yata.  A true and correct copy of the '707 Patent is attached hereto as **Exhibit 7**.

58.     2BCom is the assignee and the owner of all right, title and interest in and to the '707 patent and has the right to sue and recover damages for infringement thereof.

59.     Upon information and belief, Defendants have been and continue to be engaged in making, using, importing, selling and/or offering for sale infringing products, including, but not limited to, the Accused Products in the United States generally, and in the Central District of California specifically.  The Accused Products are available for retail purchase through the www.bmwusa.com website, as well as BMW retailers in the United States.

60.     Upon information and belief, by acts including, but not limited to use, making, importation, offers to sell, sales and marketing of products that fall within the scope of at least claim 1 of the '707 patent, Defendants have directly infringed literally and/or upon information and belief, equivalently, and are continuing to infringe the '707 patent and are thus liable to 2BCom pursuant to 35 U.S.C. § 271.

61.     As a non-limiting example of Defendants' infringement of the '707 patent, set forth in **Exhibit 8**, is a preliminary claim chart showing Defendants' infringement of exemplary claim 1 of the '707 patent by the ConnectedDrive system installed in the BMW vehicles.

62.     Defendants have indirectly infringed and continue to infringe at least claim 1 of the '707 patent by inducement under 35 U.S.C. § 271(b).  Defendants have

witkow|baskin

induced and continue to induce users and retailers of the Accused Products to directly infringe at least claim 1 of the '707 patent.

63.   Upon information and belief, Defendants knowingly induced customers to use their Accused Products, including, for example, by promoting such products online (e.g., www.bmwusa.com) and/or providing customers with instructions and/or manuals for using the Accused Products through websites such as https://connecteddrive.bmwusa.com.   Likewise, Defendants knowingly induced retailers to market and sell the Accused Products.

64.   Defendants have been on notice of the '707 patent and Defendants' respective infringement of the '707 patent, since, at least, February 7, 2020 via letter sent to Mr. Howard Steven Harris, VP of Legal Affairs and General Counsel, notifying of the '707 patent and its infringement.

65.   Defendants' infringement of the '707 patent is without consent of, authority of, or license from 2BCom.

66.   Upon information and belief, Defendants' infringement of the '707 patent is willful.  This action, therefore, is "exceptional" within the meaning of 35 U.S.C. § 285 entitling 2BCom to its attorneys' fees and expenses.

67.   As a result of Defendants' acts of infringement, 2BCom has suffered and will continue to suffer damages in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, 2BCom requests this Court enter judgment as follows:

A.   That the '643 patent, '166 patent, '210 patent, and the'707 patents are valid and enforceable;

B.   That Defendants have directly and indirectly infringed at least claim 1 of the '643 patent, at least claim 1 of the '166 patent, at least claim 20 of the '210 patent, and at least claim 1 of the '707 patent;

C.   That such infringement is willful;

D.     That Defendants account for and pay to 2BCom all damages pursuant to 35 U.S.C. § 284 to adequately compensate 2BCom for Defendants' infringement of the '643 patent, '166 patent, '210 patent, and the '707 patent, but in no event less than a reasonable royalty for the use made by Defendants of the invention set forth in the '643 patent, '166 patent, '210 patent, and the '707 patent;

E.     That 2BCom receives enhanced damages, in the form of treble damages, pursuant to 35 U.S.C. § 284;

F.     That this is an exceptional case under 35 U.S.C. § 285;

G.     That Defendant pay 2BCom all of 2BCom's reasonable attorneys' fees and expenses pursuant to 35 U.S.C. § 285;

H.     That 2BCom be granted pre-judgment and post-judgment interest in accordance with 35 U.S.C. § 284 on the damages caused to it by reason of Defendants' infringement of the '643 patent, '166 patent, '210 patent, and the '707 patent, including pre-judgment and post-judgment interest on any enhanced damages or attorneys' fees award;

I.     That costs be awarded in accordance with 35 U.S.C. § 284 to 2BCom; and

J.     That 2BCom be granted such other and further relief as the Court may deem just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

2BCom hereby demands a trial by jury on all issues so triable in this action.

Dated:  April 16, 2020                    witkow | baskin


By: /s/ Brandon J. Witkow
    Brandon J. Witkow
    Cory A. Baskin

Attorneys for *Plaintiff* 2BCOM, LLC

13
**COMPLAINT**

# EXHIBIT 1

US006885643B1

(12) **United States Patent**     (10) **Patent No.:**     **US 6,885,643 B1**
Teramoto et al.                    (45) **Date of Patent:**     **Apr. 26, 2005**

(54) **METHOD AND DEVICE FOR FACILITATING EFFICIENT DATA TRANSFER VIA A WIRELESS COMMUNICATION NETWORK**

(75) Inventors: **Keiichi Teramoto**, Tokyo (JP);
**Yoshiaki Takabatake**, Kanagawa (JP);
**Junko Ami**, Tokyo (JP); **Kensaku Fujimoto**, Kanagawa (JP)

(73) Assignee: **Kabushiki Kaisha Toshiba**, Kawasaki (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 756 days.

(21) Appl. No.: **09/671,012**

(22) Filed: **Sep. 28, 2000**

(30) **Foreign Application Priority Data**

Sep. 30, 1999   (JP) ........................................ P 11-280651

(51) **Int. Cl.**$^7$ .............................................. **H04L 12/26**
(52) **U.S. Cl.** ........................ **370/252**; 370/338; 370/463; 370/469
(58) **Field of Search** ................................. 370/252–253, 370/338, 469, 231–236, 463, 329

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,764,699 | A | | 6/1998 | Needham et al. | |
|---|---|---|---|---|---|
| 6,208,620 | B1 | * | 3/2001 | Sen et al. | 370/231 |
| 6,272,148 | B1 | * | 8/2001 | Takagi et al. | 370/469 |
| 6,301,609 | B1 | * | 10/2001 | Aravamudan et al. | 709/207 |
| 6,480,889 | B1 | * | 11/2002 | Saito et al. | 709/220 |
| 6,728,244 | B1 | * | 4/2004 | Takabatake | 370/392 |
| 6,845,090 | B1 | * | 1/2005 | Takabatake | 370/338 |

FOREIGN PATENT DOCUMENTS

| EP | 0 844 769 | 5/1998 |
|---|---|---|
| JP | 8-116424 | 5/1996 |
| JP | 10-154996 | 6/1998 |
| JP | 10-164107 | 6/1998 |
| WO | WO 95/35002 | 12/1995 |

OTHER PUBLICATIONS

U.S. Appl. No. 09/343,509.*

* cited by examiner

*Primary Examiner*—Dang Ton
*Assistant Examiner*—Robert C Scheibel
(74) *Attorney, Agent, or Firm*—Oblon, Spivak, McClelland, Maier & Neustadt, P.C.

(57)            **ABSTRACT**

A wireless network system capable of controlling highly efficient transfer of AV data by an upper application, using information indicating a wireless link condition that varies dynamically is disclosed. In this wireless network system, a wireless terminal and a wire gateway apparatus each store collected wireless link condition information in a descriptor. An upper application on the wireless terminal reads the descriptor at said terminal device and obtains wireless LAN link condition information. The wireless gateway apparatus makes notification to a wireless terminal of a VTR, for example, that actually exists in a 1394 terminal as if it existed as a sub-unit in the local terminal device. The wireless terminal accesses the collected wireless link condition information and selects a AV/C command to be sent to the VTR sub-unit of the wireless gateway apparatus. The wireless terminal transfers the play command for playback to the wireless gateway apparatus. The wireless gateway apparatus transfers the play command to a VTR sub-unit within a terminal on the wired network. In accordance with this action, the VTR sub-unit within the terminal on the wired network starts transfer of AV data.

**23 Claims, 16 Drawing Sheets**



**U.S. Patent**     Apr. 26, 2005     Sheet 1 of 16     **US 6,885,643 B1**

# FIG.1



BT TERMINAL 101

WIRELESS LLNK (BLUETOOTH)

BT TERMINAL 111

Display SubUnit

102

SDP INFORMATION

103

USER

VTR SubUnit

112

SDP INFORMATION

113

# FIG.2





FIG.3

# FIG.4



# FIG.5



# FIG.6





FIG.7



FIG.8

# FIG.9





FIG.10

FIG.11



# FIG.12



FIG.13



FIG.14

FIG.15



# FIG.16



US 6,885,643 B1

**1**

## METHOD AND DEVICE FOR FACILITATING EFFICIENT DATA TRANSFER VIA A WIRELESS COMMUNICATION NETWORK

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a wireless terminal device, a gateway device, and a wireless data transfer control method. In particular, it relates to technology in a data communication system which executes an upper application such as an AV (audio/video) protocol as to a wireless network exhibiting dynamic variations in the condition of the wireless link or in an integrated network system encompassing a wireless network and wired network so as to perform efficient transfer of content data.

2. Related Art

With the recent increase in the use of digital equipment, the implementation of networks in the home has gained attention. At present, the IEEE Std 1394 (hereinafter abbreviated IEEE 1394), which was devised as a connecting wired for connection between AV equipment, has gained attention as a home-use network media. The IEEE 1394 is a high-speed bus capable of connection between a plurality of terminals by a daisy chain or star-configured connection, with transfer of broad bank data performed at speeds exceeding 100 Mbps. It is possible on a single wired to perform transfer both asynchronous data and isochronous data.

The achievement of high speeds in wireless networks (wireless LANs) is also gaining attention, and wireless LAN products conforming to IEEE Std 802.11 have already appeared and are going through a process of price reduction. Along with advancing speeds and price reductions for such wireless technology, there are active efforts being made to apply this wireless technology in the home network as well. In the US, such industry groups as Home RF and Bluetooth have been established, and great advances are expected in the future.

A high-speed, low-cost wireless network is thought to be highly acceptable for use in the home network. For this reason, a system that combines a high-speed, low-cost wireless LAN and the IEEE 1394 is expected to form the core of home networks in the future.

However, in an environment in which the IEEE 1394 bus is integrated with a wireless LAN, there are a number of problems.

The first problem is that protocols executed on the IEEE 1394 bus (for example, the AV/C Digital Interface Command Set General Specification, IEEE 1394-1995), were originally developed with the assumption of execution on a wired medium, and did not envision execution in a wireless environment. However, in contrast to a wired network, it is known that there are changes related to the condition of the wireless link (for example, the bandwidth that can be used for transmission). To accommodate such wireless link condition changes, a method (such as fallback) is employed, wherein the wireless transfer speed (or type of modulation to be used) is established, for example, when the wireless LAN is started up, so as to start data communication at transfer speed suited to the wireless link condition. For this reason, when executing an upper layer protocol such as AV/C in a wireless environment, unless the condition of the lower layers is known, a problem can be envisioned such as when a request is made of a lower layer for transfer of content data (such as AV (audiovisual) data) which in reality cannot be transferred.

**2**

In current wireless LAN specifications (such as Bluetooth), however, there are no functions for "acquiring condition information of the wireless link" or "notify an upper application of the condition of the wireless link." Additionally, because upper applications on the IEEE 1394 (such as the AV/C Protocol) were devised with the assumption of execution in a wired network, these upper applications also lack an "information element for holding link condition information" and a function for "acquiring link condition information."

In the case in which AV data is transferred on a medium in which the link condition (such as usable transmission bandwidth) varies, such as in a wireless network, when an upper layer protocol (upper application) such as AV/C is executed, it was not possible to ascertain the condition of the link, which represents a downstream layer. For this reason, it was difficult to select the AV data type and transfer rate usable on the linked to be used and to perform smooth, efficient AV data transfer.

### SUMMARY OF THE INVENTION

Accordingly, it is an object of the present invention to provide a wireless terminal device, a gateway device, and a wireless data transfer control method in an environment exhibiting dynamic variations, such as a wireless environment, or an environment in which there is connection between a wired network and a wireless network, which enable efficient data transfer processing, giving consideration to variation in the condition of the wireless link.

A feature of the present invention is that the condition of a dynamically varying wireless link condition information is disclosed to an upper application, and that a determination of whether or not data transfer is possible is made, and the transfer parameters for AV (audio/video) content data being established in accordance with the wireless link condition.

An aspect of the present invention is a terminal device for control of data between communicating entities on a network via a wireless link comprising

an interface section for performing sending and receiving of packets with a remote communicating entity,

a link setting section for setting a link for control and for data transfer with the remote communicating entity,

a wireless link information acquisition section for acquiring wireless link information indicating the condition of a wireless link between said terminal device and a remote communicating entity in the network t the time of setting the link, and for updating the wireless link information acquired at the time of setting the link by the current dynamically acquired wireless link information,

a wireless link information storage section for storing the above-noted acquired or updated wireless link information, and

an application section for, based on the wireless link information stored in the wireless link information storage section, for determining whether or not data can be transferred and, if data transfer is possible, optimizing a transfer parameter for transfer of data with the remote communicating entity, in accordance with the wireless link information, this transfer parameter being used to receive data from or send data to the remote communicating entity, via the interface section.

It is possible to use the Descriptor in the SDP Protocol, for example, as a wireless link information storage means.

It is preferable that the wireless link information stored in the wireless link information storage section includes wire-

US 6,885,643 B1

**3**

less link information with regard to said terminal device and wireless link information with regard to the remote communicating entity.

It is preferable that the wireless link information acquisition section includes

a remote wireless link information requesting section for requesting notification of wireless link information with regard to the remote communicating entity that the remote communicating entity has, at the time of startup by the application section, and

a remote wireless link information receiving section for receiving wireless link information of the remote communicating entity, notification of which is made from the remote communicating entity.

It is preferable that the terminal device further has a wireless link information updating section for changing wireless link information stored in the wireless link information storage section to a format interpretable by the application section and for passing this wireless link information to the application section.

It is preferable that the wireless link storage information section store wireless link information as information relating to a constituent element of said terminal device.

It is preferable that the SubUnit defined in the AV/C Protocol be used as the constituent element.

It is preferable in the present invention further have a wireless link monitoring section for monitoring the condition of a wireless link in the network, for outputting wireless link information acquired by the monitoring to the wireless link information acquisition section. It is possible to use HCI as a wireless link condition monitoring means.

It is preferable that the terminal device further has a local wireless link information sending section for sending wireless link information of said terminal device to the remote communicating entity, in response to a request from the remote communicating entity.

It is preferable that the terminal device further has a user interface section for, based on wireless link information stored in the wireless link Information storage section, providing to a user a list of data candidates for transfer, and waiting for input from the user of data selected from the list.

It is preferable that the wireless link information includes at least one of the packet discard rate, the usable bandwidth, the number of usable channels, the usable transfer rate, or observable information on which these are based.

It is preferable that the transfer parameter be at least one of an AV/C command or content data to be transferred.

By doing the above, it is possible for an upper application to consider, for example, a dynamically varying network condition, in making a selection of a type of operation (command) with respect to AV data (content data), and is also possible to make selection of AV data to be accessed from a plurality of AV data.

Another aspect of the present invention is a terminal device for transfer of data between communicating entities over a network via a wireless link, this device having:

an interface section for performing sending and receiving of packets with a remote party,

a link setting section for setting a link for control and for data transfer with the remote communicating entity,

a wireless link information acquisition section for acquiring wireless link information indicating the condition of a wireless link between said terminal device and a remote communicating entity in the network at the time of setting the link, and for updating the wireless link information acquired at the time of setting the link by the current dynamically acquired wireless link information,

**4**

a wireless link information storage section for storing the above-noted acquired or updated wireless link information, and

a local wireless link information notification section for receiving from the remote communicating entity a request for the local wireless link information of said terminal and for sending the local wireless link information to the remote party.

Another aspect of the present invention is a gateway device for controlling transfer of data between a first terminal device on a wired network and a second terminal device on a wireless network, this gate device comprising,

a first interface section for sending and receiving packets via the wireless network,

a second interface section for sending and receiving packets via the wired network,

a first link setting section for setting a link for control and for data transfer with the second terminal device,

a second link setting section for setting a link data transfer with the first terminal device,

a wireless link information acquisition section for acquiring wireless link information indicating the condition of a wireless link between said terminal device and the second terminal device on the wireless network at the time of setting the link, and for updating the wireless link information acquired at the time of setting the link by the current dynamically acquired wireless link information,

a wireless link information storage section for storing the above-noted acquired or updated wireless link information, and

a network connection processor for, based on wireless link information stored in the wireless link information storage section, performing receiving or sending of data between the first terminal device and the second terminal device via the first interface section and second interface section.

This gateway device further has a proxy means which uses a device on the wired network, or a service or sub-unit on such a device as belonging to said device, disclosing this to the wireless network side. The wireless network is, for example, Bluetooth, IEEE Std 802.11 or the like. The wired network is, for example, the IEEE 1394 bus.

It is preferable that this gateway device further comprises a local wireless link information sending section for, in response to a request from the first terminal device on the wired network or from the second terminal device on the wireless network, sending the local terminal wireless link information to the first terminal device or the second terminal device, respectively.

It is preferable that the wireless link information acquisition section of this gateway device includes

a remote link information requesting section for requesting notification of remote link information of the first terminal device to the first terminal device on the wired network, and

a remote link information receiving section for receiving remote link information, notification of which is made by the first terminal device.

Another aspect of the present invention is a method for controlling transfer of data via a wireless link with a remote communicating entities on a network, this method having

a step of setting a link for control with a remote communicating entity,

a step of acquiring wireless link information indicating the condition of a wireless link between said terminal

US 6,885,643 B1

5

device and a remote communicating entity on the network at the time of setting the link,

a step of setting a link for data transfer with the remote communicating entity,

a step of updating wireless link information acquired at the time of setting of the link with current dynamically acquired wireless link information acquired after the setting of the link for data transfer,

a step of determining whether or not transfer of data is possible, based on the updated wireless link information, and

a step of optimizing a parameter for transfer of data with the remote communicating entity, in accordance with the wireless link information in the case in which data transfer is possible and performing receiving or sending of data with the remote communicating entity, using the optimized parameter for transfer.

It is preferable in this control method that the wireless link information include wireless link information with regard to said terminal device and information with regard to the remote communicating entity.

It is preferable in this control method that the wireless link information updating step includes a step of requesting notification of remote link information of the remote communicating entity to the remote communicating entity at the time of the startup by an application, and a step of receiving wireless link information of the remote communicating entity, notification of which is made by the remote communicating entity.

Another aspect of the present invention is a method for transfer of data via a wireless link with a remote communicating entity on a network, this method having

a step of setting a link for control with the remote communicating entity,

a step of acquiring wireless link information indicating the condition of a wireless link between said terminal device and the remote communicating entity on the network at the time of setting the link,

a step of setting a link for data transfer with the remote communicating entity,

a step of updating the wireless link information acquired at the time of setting of the link with current dynamically acquired wireless link information acquired after the setting of the link, and

a step of receiving a notification request sent from the remote communicating party for said terminal device wireless link information of said terminal device, and sending wireless link information of said terminal device to the remote communicating entity in response to this request.

Another aspect of the present invention is a method of controlling transfer of data between a first terminal device on a wired network and a second terminal device on a wireless network, this method having

a step of setting a link for control with the second terminal device,

a step of acquiring, at the time of setting of the link, wireless link information indicating the condition of a wireless link between said terminal device and the second terminal device on the wireless network,

a step of setting a link for data transfer with the second terminal device,

a step of updating the wireless link information acquired at the time of setting the link with current dynamically acquired wireless link information acquired after the setting of the link for data transfer,

6

a step of setting a link with the first terminal device, and

a step of performing receiving or sending of data between the first terminal device and the second terminal device, based on the wireless link information.

Other features and advantages of the present invention will become apparent from the following descriptions, taken in conjunction with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWING

The accompanying drawings, which are incorporated in and constitute a part of the specification, illustrate presently preferred embodiments of the present invention, and together with the general description given above and the detailed description of the preferred embodiments given below, serve to explain the principles of the present invention.

FIG. 1 is a block diagram showing an example a home-use wireless AV network system using a terminal device according to a first embodiment of the present invention;

FIG. 2 is a drawing showing an example of a protocol stack within a wireless terminal device for the case of performing AV data transfer using Bluetooth;

FIG. 3 is a drawing showing an example of a packet transfer processing sequence between wireless terminals in the first embodiment of the present invention;

FIG. 4 is a drawing showing an example of means for holding wireless link condition information using SDP, in a wireless terminal in the first embodiment of the present invention;

FIG. 5 is a block diagram showing an example of the internal configuration of a wireless terminal in the first embodiment of the present invention;

FIG. 6 is a drawing showing another example of a protocol stack within a wireless terminal according to a second embodiment of the present invention, for the case of performing AV data transfer using Bluetooth;

FIG. 7 is a drawing showing another example of a packet transfer processing sequence between wireless terminals in the second embodiment of the present invention;

FIG. 8 is a drawing showing an example of a method for holding condition information of a wireless link using AC/V in the second embodiment of the present invention;

FIG. 9 is a block diagram showing another example of the internal configuration of a wireless terminal in the second embodiment of the present invention;

FIG. 10 is a drawing showing an example of a home-use AV network system using a gateway device according to a third embodiment of the present invention;

FIG. 11 is a drawing showing an example of a packet transfer processing sequence via the gateway device according to the third embodiment of the present invention;

FIG. 12 is a block diagram showing an example of the internal configuration of a gateway device according to the third embodiment of the present invention;

FIG. 13 is a drawing showing another example of a home-use wireless AV network system using a gateway device according to a fourth embodiment of the present invention;

FIG. 14 is a drawing showing another example of a packet transfer processing sequence via a gateway device according to the fourth embodiment of the present invention;

FIG. 15 is a drawing showing an example of a method for holding wireless link information using AV/C in a gateway device according to the fourth embodiment of the present invention; and

US 6,885,643 B1

**7**

FIG. **16** is a drawing showing another example of the internal configuration of a gateway device according to the fourth embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Preferred embodiments of a wireless terminal device, a gateway device, and a method for data transfer control according to the present invention are described in detail below, with reference being made to relevant accompanying drawings.

First Embodiment

A wireless network system according to the first embodiment of the present invention is described in detail below, with reference made to FIG. **1** to FIG. **5**.

In the first embodiment, a wireless terminal performing communication using a wireless LAN such as Bluetooth, for example, has function for obtaining wireless link condition information from a local terminal or collected it from another terminal and storing this information. Additionally, the first embodiment has function for giving notification of or disclosing to an upper application (for example AC/V protocol) wireless link condition information collected by the above-noted information collection function, function for storing this notified information, and function for using this wireless link condition information to control the execution of the upper application. By doing this, it is possible to use the wireless link condition information to control the execution of an upper application.

More specifically, the above-noted "wireless link condition information" includes the type of transfer system (link type) usable, the condition of the transfer system (usable bandwidth and usable number of channels), the packet discard rate, the version information of the wireless link, the electrical power mode, the data compression ratio, the data encoding method, or observable information forming the basis of these types of information on the wireless link.

For example, this wireless link condition information is held as Descriptor information defined in the SDP Protocol of Bluetooth, and Descriptor information defined in the AV/C Protocol, thereby enabling an upper AV application to efficiently execute AV data transfer using this wireless link condition information. If this type of wireless link condition information is held as Descriptor information, because it is possible to access not only wireless link condition information in the local terminal device but also such information from another terminal, it becomes possible to easily execute an AV application with consideration given to this dynamically changing wireless link information.

According to the first embodiment, it is possible to easily achieve data transfer such as transfer of AV data (content data) using a medium such as a wireless environment, in which the link condition constantly changes. Additionally, even in a network environment such as the IEEE 1394, in which a connection is made between a wired network and a wireless network, it is possible to perform AV data transfer while consideration is given to the link condition in the wireless network.

In the description that follows, the assumptions are those of a wireless LAN system having means for collecting service information of each wireless terminal (such as the SDP (Service Discovery Protocol) of Bluetooth), and of the case in which execution of the AV/C Protocol application as an upper application, which is a transfer control method for AV data on the IEEE 1394 bus.

The SDP in Bluetooth assumes, at a terminal in a Bluetooth network, a method of storing information such as

**8**

vender types and corresponding service types for each terminal, and an executable protocol stack that can be stored, and a protocol for exchange of this information (service information) between each of the terminals. The assumption is that means for storing this service information is that of a Descriptors defining databases into which hierarchal storage is made of each service. In the SDP, hierarchal service classes are defined, services handled by the SDP being assigned to each class.

FIG. **1** shows an example of the basic configuration for transfer of AV data between wireless terminals (**101** and **111**) connected by a wireless link.

In this case, Bluetooth will be taken as the example of the wireless link. Therefore, the wireless terminal in this case is a Bluetooth terminal (the BT terminals **101** and **111**).

As shown in FIG. **1**, the BT terminal **101** has a display function, this display function existing as a Display__ SubUnit **102**, which is one functional unit (SubUnit) in the AV/C Protocol. In the BT terminal **101**, SDP information **103**, which is acquired, collected and stored service information or the like on the Bluetooth in accordance with an SDP protocol, which constitutes an information acquiring means.

The BT terminal **111** has a VTR function, and a VTR__ SubUnit **112** as a functional element in the AV/C Protocol. There is also an SDP information **113** in accordance with the SDP protocol, which is a collection means for service information and the like in Bluetooth.

This AV/C Protocol recognizes each node in terms of Units, and recognizes constituent elements within each node (such as the Display of the BT terminal **101** and the VTR of the BT terminal **111**) as sub-units. In the transfer protocol for AV/C control commands (for example, commands such as "play", "stop" and "fast forward"), the sending of a command and the receiving of the response thereto are treated as one set.

Because the BT terminal **101** and the BT terminal **111** are connected by means of a wireless link (Bluetooth), at what rate AV data existing within the VTR__SubUnit of the BT terminal **111** can be transferred to the BT terminal **101** is established by the condition of the wireless link. Specifically, this transfer rate is established by (1) what type of link is used to transfer AV data (for example, ACL (Asynchronous Connectionless) or SCO (Synchronous Connection-Oriented)) on the wireless link (Bluetooth) and (2) the condition of the wireless link, such as how much noise there is on the wireless link (this noise condition affecting the rate at which data can be transferred). For this reason, in the case in which an AV application at upper layer executes AV data transfer via a wireless link such as Bluetooth, it is necessary for the AV application to obtain the condition information of Bluetooth via some means such as the SDP and to execute a data transfer related protocol such as the AV/C Protocol based on this condition information.

FIG. **2** shows an example of a protocol stacking BT terminal having a function that collects and stores condition information with regard to a wireless link.

In FIG. **2**, an L2CAP processor **22** that executes a data link layer specification (L2CAP) using an ACL transfer mode **211** of Baseband processor resides on a Baseband processor **21**, which is the physical layer specification of Bluetooth. An Audio **27** executing processing such as processing for voice telephone resides as an upper protocol that uses the SCO transfer mode **212** of the Baseband processing. Additionally, an AV/C protocol **23** is defined, along with AV data protocol such as an Audio **25** and Video **24** and the like, as an upstream protocol using the above-noted L2CAP processor **22**.

US 6,885,643 B1

9

Additionally, an SDP protocol **26** is defined in a parallel position with these upper protocols. In the first embodiment, the example shown is that in which an AV application **28** is executed while using these upper protocols. While protocols in addition to the above, such as the RFCOMM protocol, are defined in Bluetooth, these are omitted, since they are not directly related to the first embodiment. In the drawing, reference numeral **30** denotes a transport protocol such as an adaptation layer protocol **30** (for example, RTP (Realtime Transport Protocol)).

Because the BT terminals **101** and **111** have the protocol configurations shown in FIG. **2**, in the case in which the AV application **28** is executed and AV data sending and receiving processing is performed between the BT terminal **101** and the BT terminal **111**, the AV application **28** acquires wireless link condition information via the SDP protocol **26** and executes the AV/C Protocol **23** after interpreting this wireless link condition information. In accordance with AV/C commands sent to the AV/C protocol **23**, AV data is transferred via the protocol to the Audio **25** and the Video **24**, for example.

In the current Bluetooth specifications, one specific method of acquiring the above-noted wireless link condition information that can be envisioned is that in which an HCI protocol (Host Controller Interface) defined as a Bluetooth protocol is provided at either the BT terminal **101** or the BT terminal **111**, and a "collect wireless link condition information" command is executed by the API (Application Programming Interface) of this protocol.

FIG. **3** shows an example of the processing sequence in which, in the wireless communication between BT terminals having the hardware configuration shown in FIG. **1**, the BT terminal **101** serves as a controller, AV data (that is, data that is stored in the VTR_SubUnit of the BT terminal **111**) being readout via Bluetooth for viewing or the like. The specific sequence is as follows.

(1) BT terminal **101** and BT terminal **111** approach one another and each recognizes that it is in a region enabling communication with the other (processing performed by the Baseband processor **21**) (step S**101**).

(2) A connection is set up between the BT terminal **101** and the BT terminal **111** for the purpose of transfer of an AV/C command therebetween (processing performed by the L2CAP processor **22**) (step S**102**).

(3) The BT terminal **101** and the BT terminal **111** use a protocol (HCI) on the Bluetooth to collect wireless link condition information (in particular, ACL link information) in which processing step (2) caused a change, and use the SDP protocol to store same within a Descriptor. In this case, the SDP information (**103, 113**) in FIG. **1** corresponds to the Descriptor used in the SDP Protocol (step S**103**). Initialization information with regard to the wireless link condition is stored within the Descriptor, this initialization information being replaceable by the information collected in processing step (3), as appropriate.

(4) The BT terminal **101** uses the SubUnit_Info command of the AV/C Protocol to collect SubUnit information existing in the BT terminal **111**. What is used for this is a logical connection on the L2CAP set at (2) (step S**104**).

(5) The BT terminal **111** makes notification of an AV/C response to the BT terminal **101** to the effect that the VTR_SubUnit **1112** exists as a SubUnit within the local terminal device (step S**105**).

(6) The BT terminal **101** sets a logical connection on Bluetooth for the purpose of receiving AV data from the BT terminal **111** (processing performed by the L2CAP processor **22**).

10

(7) The BT terminal **101** and the BT terminal **111** use a protocol (HCI) on the Bluetooth to collect wireless link condition information (in particular, ACL link information) in which (6) caused a change, and use the SDP protocol to store same within a Descriptor (**103, 113**) (step S**107**).

(8) An AV application at the BT terminal **101** reads the Descriptor information in the SDP protocol of the local terminal device, and obtains link condition information in Bluetooth (step S**108**).

(9) An AV application at the BT terminal **101**, in order to read the Descriptor information on the SDP protocol of the BT terminal **111**, sends an SDP_Request command to the BT terminal **111** (step S**109**).

(10) The BT terminal **101** gives notification of the Descriptor information in the SDP protocol of the local terminal to the BT terminal **101**. The Descriptor information with regard to which notification is given from the BT terminal **111** is appended as Descriptor information of the SDP protocol of the BT terminal **101** and stored. By doing this, the AV application at the BT terminal **101** acquires link condition information on Bluetooth at the BT terminal **111** side (step S**110**).

(11) An AV application at the BT terminal **101** accesses the wireless link condition information collected by the processing steps (8) to (10), and selects an AV/C command to send to the VTR_SubUnit of the BT terminal **111**. At this point, whether or not AV data transfer can be done, and also the selection of the AV data to be played and the transfer rate are specified with consideration to the wireless link condition information, and other various transfer parameters of processing details and the processing method can be made selectable (step Sill). Additionally, it is possible for the above selection to be made by the intervention of a user. For example, a GUI can be used to present a list of AV content that can be transferred and viewed, in response to the wireless link condition information, the user being caused to select from this content the desired AV content.

(12) The BT terminal **101** sends an AV/C command (play command) for the purpose of playing back desired AV data, for example, using a transfer parameter established at the processing (11) to the BT terminal **111** (step S**112**). What is used at this point is a logical connection on the L2CAP set at the processing (6).

(13) The BT terminal **111** starts the AV data transfer in response to the Play command (step S**113**). What is used at this point is the logical connection on the L2CAP set at the processing (6).

By performing processing as described above, the AV data transfer at the wireless terminals can be executed according to the wireless link condition thereof.

The Bluetooth link condition information (wireless link condition information) collected in processing steps (3) and (7) of the above processing sequence can be envisioned as being, for example, a type of transfer that can be used on the Bluetooth at this point (for example, ACL or SCO) and conditions of that transfer method (such as bandwidth information or channel information). Notice can also be made of the version information of the Bluetooth (for example, Ver. 1 or Ver. 2) and the operating electrical power mode of the Bluetooth (for example, high-power mode or low-power mode). Additionally, it can be envisioned that notification is given of the data link layer information, such as the number of logical connection settings on the L2CAP. If possible, BT terminal hardware information (for example, wireless processing section function information and version information of the protocol being followed) can also be captured as part of the wireless link condition information. An upper AV

US 6,885,643 B1

11

application, in response to this wireless link condition information, can perform processing such as establishing whether or not data transfer can be done, changing the data transfer rate, or retrying the transfer.

In the processing steps (3) and (7) of the above processing sequence, however, it is not necessarily possible to directly collect such link condition information itself, such as usable transfer type (ACL or SCO) or bandwidth information and mode. The reason for this is that the information that can be collected from the ACI that is defined in the HCI is information that is only recognized within that protocol, and there are cases in which information itself, such as a specific bandwidth is not collected (for example, when the packet discard rate or number of channels being used is collected). For this reason, there are cases in which the SDP protocol 26 or an AV application 28 at the BT terminal 101 must rewrite (convert) the obtained wireless link condition information into information that has meaning to the AV application 28, such as the bandwidth information or Bluetooth mode information, in order to perform processing.

FIG. 4 shows an example of Descriptor information held by the SDP protocol executed in the first embodiment.

As shown in FIG. 4, under a Public Browse Root (S11) that is the origin when searching for Descriptor information in the SDP Protocol, there is are service groups such as Entertainment (S21), News (S22), and Reference (S23) and the like. For example, under the Entertainment group (S21), there is coded types of stored new sources.

In the first embodiment, under the Reference group (S23), a BT-Link group (S26) is defined, in which information with regard to the wireless link (Bluetooth) stored. Under the BT-Link group there is an information group with regard to the ACL (S27) and an information group with regard to the SCO (S28). Under the information group with regard to the ACL link (S27), there is coded information such as the usable bandwidth on the ACL link (S31), information of the usable channel numbers (S32), and information with regard to the corresponding QOS (Quality of Service) (S33). Under the information group with regard to the SCO link (S28), there is information with regard to, for example, the number of usable SCO channels (S34). Additionally, although not shown in FIG. 4, in addition to information by the type of transfer, such as ACL or SCO, this Descriptor information can have coded in it as Bluetooth condition information other condition information such as Bluetooth version information or electrical power mode and hardware information.

By using a Descriptor such as described above, it is possible using the SDP protocol 26 to collect BT-Link information of a local BT terminal, or to read out BT-Link information of another BT terminal. Specifically, in the processing steps (3) and (7) of the processing sequence of FIG. 3, information under the information group (S27) with regard to the ACL link of the local BT terminal is collected, and at the processing steps (9) and (10), information of the information group (S27) with regard to the ACL link of the BT terminal 111 is read out.

FIG. 5 shows an example of a block diagram of the internal configuration of a BT terminal 101 used in the first embodiment of the present invention.

The BT terminal 101 in the first embodiment is capable of wireless communication using Bluetooth, and has for this purpose a Bluetooth interface processor 501 that executes physical layer processing.

The Bluetooth interface processor 501 has two types of defined transfer modes, an ACL mode 5011 and an SCO mode 5012. As a data link layer function using the ACL mode 5011, there exists a L2CAP processor 503, and as a

12

data link layer management function, there exists a link monitor processor (LMP) 502. This link monitor processor 502 monitors and collects link condition information of Bluetooth, and gives notification thereof to an SDP processor 504.

At the L2CAP processor 503, there resides an SDP processor 504 for accessing, notification, and response with respect to service information (including wireless link condition information) existing at the BT terminal 101, an AV/C processor 505 for execution of a control protocol for AV data transfer with the BT terminal 101, an AV data processor 506 for execution of AV data transfer with the BT terminal 111, and an SDP information storage section 509 for storage of wireless link condition information. Although in this case the data handled by the AV data processor 506 is basically data that is received by transfer via the L2CAP processor 503, it will be understood that the first embodiment is not restricted in this manner, and that there is the case in which audio data from the SCO mode 5012 that handles audio data used in a normal telephone is handled.

At this point, notification of information collected at the Link monitor 502 is made to the SDP processor 504, and link condition information of Bluetooth stored in the SDP information storage section 509 is read out by the AV application processor 508.

When this is done, the wireless link condition information collected at the Link monitor processor 502 is not limited to parameters codable as SDP information. Additionally, the parameters representing wireless link condition information coded in the SDL processor 504 are not necessarily parameter that can be read out by an upper AV application processor 508. Therefore, in the SDP processor 504 a function of performing processing to convert information collected at the link monitor processor 502 to a parameter that is readable by the SDP processor 504 is provided within the SDP processor 504 (this being executed in by the SDP parameter conversion section 504b in FIG. 5), and a function of performing processing to convert information coded within the SDP processor 504 to a parameter that is readable by an AV application processor 508 is provided within the AV application processor 508 (the application parameter conversion section 508b in FIG. 5).

Additionally, the AV application processor 508, based on this wireless link condition information, establishes the processing that the AV/C processor 505 and the AV data processor 506 should perform and gives notification of the same.

Specifically, the AV application processor 508, in response to this wireless link condition information, performs such AV application processing as determining whether or not data transfer is possible, changing the data transfer rate, and re-transmitting data, executing this processing while controlling the SDP processor 504, the AV/C processor 505, and the AV data processor 506. The BT terminal 101 has a display section 507 for displaying video data (or AV data) processed by the AV data processor 506. For example, the display section 507 can display a list of AV data (content) that can be transferred, and the user can be made to select AV data to be transferred from this list.

The BT terminal 111 that transfers AV data, in contrast to the BT terminal 101 that acts as a controller, can be provided with all functions, or can have the AV application processor 508 and display section 507 omitted.

According to the first embodiment of the present invention, in a wireless network in which the condition of a link varies dynamically, it is possible for an upper application to perform AV data transfer while consideration is given to the wireless link condition.

US 6,885,643 B1

13

Second Embodiment

A second embodiment of a wireless network system according to the present invention is described below, with reference made to FIG. **6** to FIG. **9**.

The second embodiment is another form of the first embodiment shown in FIG. **1**, in which AV data transfer is performed between a BT terminal **101** and a BT terminal **111**. In the second embodiment, similar to the case of the first embodiment, because the BT terminal **101** and the BT terminal **111** are connected by Bluetooth, a what transfer rate AV data at the BT terminal **111** can be transferred is established by the link type used in Bluetooth, and the degree of noise on Bluetooth.

In the second embodiment, a method of giving notice of the Bluetooth link condition information to an AV application is not that of using an SDP protocol as is done in the first embodiment, but rather that of giving notification by using an AV/C Protocol used by an AV application.

FIG. **6** shows an example of a protocol stacking BT terminal in the above case.

In FIG. **6**, there is no SDP protocol processor **26** which in the first embodiment performs processing for passing wireless link condition information. In its place, there is an LMP (Link Management Protocol) processor **29** that using the ACL mode **211** of a Baseband processor **21**, similar to the L2CAP processor **22**. This LMP protocol processor **29** collects wireless link condition information. The collected wireless link condition information is converted to a format that can be interpreted by an AV/C Protocol processor **23** defined as a protocol at the L2CAP **22**, notification thereof being made to the AV/C Protocol processor **23**. In the second embodiment, therefore, when performing sending and receiving of AV data between BT terminals, an AV application **28** can collect wireless link condition information from the AV/C Protocol processor **23**.

In the example described below, the notification of the wireless link condition information using the AV/C Protocol processor **23** is described for the case in which the method of using the Descriptor at the AV/C Protocol is that in which the wireless link condition information is appended to part of the Descriptor information. Other methods of giving notification of the wireless link condition information to an upper application using the AV/C Protocol that can be envisioned include the method of writing the wireless link condition information to response information to a command to collect SubUnit information defined as an AV/C Protocol command (SubUnit_Information command), and the method of defining a separate AV/C Protocol command for reading out and giving notification of a wireless link condition.

FIG. **7** shows an example of the processing sequence in the second embodiment, wherein with the hardware configuration shown in FIG. **1**, a BT terminal **101** reads out AV data (video data stored within the VTR_SubUnit **112** of the BT terminal **111**) for viewing.

The actual steps of the processing sequence are as follows.

(1) BT terminal **101** and BT terminal **111** approach one another and each recognizes that it is in a region enabling communication with the other (processing performed by the Baseband processor **21**) (step S**701**).

(2) A connection is set up between the BT terminal **101** and the BT terminal **111** for the purpose of transfer of an AV/C message therebetween (processing performed by the L2CAP processor **22**) (step S**702**).

(3) The BT terminal **101** and the BT terminal **111** use a protocol (HCI) on the Bluetooth to collect wireless link

14

condition information in which processing step (2) caused a change, and store the same within a Descriptor used in the AV/C Protocol (step S**703**). In this case, the SDP information (**103**, **113**) in FIG. **1** is replaced by the Descriptor used in the AV/C Protocol.

(4) The BT terminal **101** uses the SubUnit_Info command of the AV/C Protocol to collect SubUnit information existing in the BT terminal **111**. What is used for this is a logical connection on the L2CAP set at processing (2) (step S**704**).

(5) The BT terminal **111** makes notification of an AV/C response to the BT terminal **101** to the effect that the VTR_SubUnit **112** exists as a SubUnit within the local terminal device (step S**705**).

(6) The BT terminal **101** sets a logical connection on Bluetooth for the purpose of receiving AV data from the BT terminal **111** (processing performed by the L2CAP processor **21**) (step S**706**).

(7) The BT terminal **101** and the BT terminal **111** use a protocol (HCI) on the Bluetooth to collect wireless link condition information in which processing (6) caused a change, and stores the same within a Descriptor used in the AV/C Protocol (step S**707**). In this case, the SDP information **103** and **113** shown in FIG. **1** is replaced by the Descriptor information in the AV/C Protocol.

(8) An AV application at the BT terminal **101** reads the Descriptor information in the AV/C Protocol of the local terminal device, and obtains link condition information in Bluetooth (step S**708**).

(9) The BT terminal **101**, in order to obtain information with regard to the VTR_SubUnit **112** within the BT terminal **111**, sends a Read_Descriptor command (AV/C Protocol command) to the BT terminal **11** for the purpose of reading the Descriptor in the AV/C Protocol (step S**709**). What is used at this point is the logical connection set at the processing (2).

(10) The BT terminal **111** gives notification of the Descriptor information in the AV/C Protocol of the VTR_SubUnit **112** of the local terminal device to the BT terminal **101** (step S**701**). When this is done, notification is also made of wireless link condition information (which can include, for example, content information such as the encoding method). The wireless link condition information for which notification is made is appended to the coding of the Descriptor information of AV/C to be stored in the AV/C information storage section **910** shown in FIG. **9**. What is used in this notification is the logical connection on the L2CAP set at the processing (2).

(11) The BT terminal **101** reads the link condition information of the received Descriptor, and selects an AV/C command in accordance with these link conditions for the purpose of acquiring content (step S**711**). Also a selection is made of a transfer method (ACL or SCO) that is required by the AV data and capable of use by the Bluetooth. For example, it is possible to make selection of various processing details and methods, such as selection of AV data to be played and specification of rates, giving consideration to the wireless link condition. Additionally, it is possible for the above selection to be made by the intervention of a user. For example, a GUI can be used to present a list of AV data that can be transferred and viewed, in response to the wireless link condition information, the user being caused to select from this listed content the desired AV content.

(12) The BT terminal **101** transfers the above-noted selected AV/C command to the BT terminal **111** so as to specify AV data, after which it sends an AV data playback command (play command) to the BT terminal **111**. What is

US 6,885,643 B1

15

used at this point is a logical connection on the L2CAP set at processing (2).

(13) The BT terminal **111** start the AV data transfer in response to the "play" command. What is used at this point is the logical connection on the L2CAP set at the processing (6).

By performing processing as described above, AV data transfer between wireless terminals can be performed efficiently, in accordance with the associated wireless link condition.

As described above, in addition to the method of reading the Descriptor to collect wireless link condition information on the AV/C protocol, there is the method of notation in the response information to the collection command (SubUnit\_ Info command) of the SubUnit information at processing (5). It can be envisioned that at processing (9), rather than sending a Read\_Descriptor command, a command for the purpose of collecting wireless link condition information (for example, a Read\_DataLinkInfo) is defined and then used.

The wireless link condition information about which notification is made at the processing (10) in the above-noted processing sequence, similar to the case of the first embodiment, can be envisioned as including such information as the type of transfer and condition of transfer possible on Bluetooth, Bluetooth version information, or electrical power mode information. At the processing (3) and (7) in the above-noted processing sequence, it is assumed that there is a case in which it is necessary to perform some type of Information conversion so as to adapt the collected wireless link condition information to the representation in the Descriptor of the AV/C Protocol.

At processing (10) of the above-noted processing sequence, although a selection is made of content to be received, in accordance with wireless link condition information (the content information being included in the received Descriptor information), a different method for adapting to the wireless link condition information from that of selecting content can be envisioned. For example, in the case in which the VTR\_SubUnit **112** of the BT terminal **111** has a real-time encoder function, it can be envisioned that the encoding rate of the encoder is controlled in accordance with the wireless link condition information. In the case in which the VTR\_SubUnit **112** has a plurality of encoding functions (for example, an MPEG2 encoding function and an MPEG4 encoding function), a method can also be envisioned in which a type of encoding function to be executed is selected in accordance with this wireless link condition information, and an encoding method capable of providing a rate that can be used on the wireless link is used to encode and sent AV data within the VTR\_SubUnit **112**.

FIG. **8** shows an example of Descriptor information within an AV/C Protocol within a BT terminal **111** of the second embodiment.

FIG. **8** shows the case in which a Descriptor is defined in each SubUnit identifiable by the AV/C Protocol, the Descriptors for each SubUnit being represented hierarchically. In the example shown in FIG. **8**, first a DataLink\_Descriptor (A21) corresponding to a communication interface of the BT terminal **111** and a Contents\_Descriptor (A22) corresponding to a stored movie or game are indicated as an Object group existing within a Root Descriptor (A11) of the VTR\_ SubUnit **112**. As the Objects, the DataLink\_Descriptor (A21) has the Bluetooth Object (A31) and the Contents\_ Descriptor (A22) has the Movie Object (A32). Each Object group (A31 and A32) has the specific parameters indicated such as the bandwidth at which transfer can be performed in

16

the Bluetooth ACL mode (A41), information with regard, for example, to the number of channels that can be used in SCO (A42), the title of an MPEG2 encoded movie and the usable transfer speed (A43), and the title of an MPEG4 encoded movie and the usable transfer speed (A44). Although not shown in FIG. **8**, in addition to information by the type of transfer, such as ACL or SCO, this Descriptor information can have coded in it as Bluetooth condition information other condition information such as Bluetooth version information or electrical power mode and BT terminal **111** hardware information.

FIG. **9** shows an example of a block diagram of the internal configuration of a BT terminal **101** used in the second embodiment.

The BT terminal **101** of the second embodiment has a Bluetooth interface processor **901**, for executing Bluetooth physical layer processing, and a L2CAP processor **903** using an ACL mode **9011** defined in the Bluetooth interface processor **901**, and a link monitor processor (LMP) **902**. The link monitor processor **902** collects Bluetooth link condition information and makes notification of this wireless link condition information to an AV/C processor **905**. At this point, the wireless link condition information collected at the Link monitor processor **902** is not necessarily information that is readable by the AV/C Protocol. For this reason, an information conversion processor **909** exists between the link monitor processor **902** and the AV/C processor **905** for the purpose of converting wireless link condition information collected at the link monitor processor **902** to a format that enables inclusion in the Descriptor information of AV/C protocol.

An AC/V processor **905** that executes the AV/C Protocol and an AV data processor **906** that performs transfer of the actual AV data using the ACL mode **9011** or the SCO mode **9012** remain at the L2CAP processor **903**. The Bluetooth link condition information collected by the link monitor processor **902** and about which notification is made to the AV/C processor **905** is held and stored in an AC/V information storage section **910**, and is read out by the AV application processor **908**. The AV application processor **908**, based on the read-out wireless link condition information, makes a determination and notification of the processing to be performed by the AV/C processor **905** and AV data processor **906**. A display section **907** exists for the display of video data processed by the AV data processor **906**.

According to the second embodiment of the present invention, in a wireless network in which the link condition varies dynamically, it is possible using the Descriptor of the AV/C Protocol to perform optimum AV data transfer, giving consideration to the wireless link condition information.

Third Embodiment

Next, a wireless network system according to a third embodiment of the present invention is described in detail below, with references made to FIG. **10** to FIG. **12**. The third embodiment provides a function of performing optimized data transfer in a network configuration formed by the integration of a wireless network and a wired network, in which the wireless link condition information is considered.

FIG. **10** shows an example of the configuration of a network formed by integrating a wireless LAN (Bluetooth) and IEEE 1394, for the case of performing AV data transfer.

In FIG. **10**, a 1394 terminal **1001** on the IEEE 1394 bus and a BT terminal **1021** on the Bluetooth perform AV data transfer via a wireless gateway (GW) apparatus **1011** that connects the IEEE 1394 with Bluetooth.

In the third embodiment, the BT terminal **1021** has a display function and a Display\_SubUnit **1023** in the AV/C Protocol, and holds the SDP information **1022** for Bluetooth.

US 6,885,643 B1

17

The 1394 terminal **1001** has a VTR function, and holds the VTR_SubUnit **1003** in the AV/C Protocol.

Additionally, the wireless gateway apparatus **1011** that connects the IEEE 1394 and the Bluetooth provides a proxy function for the purpose of connecting the IEEE 1394 bus and the Bluetooth on the AV/C Protocol layer.

Specifically, the wireless gateway apparatus **1011** make the BT terminal **1021** recognize the VTR_SubUnit **1003**, which actually exists within the 1394 terminal **1001**, as if it existed within the local terminal device (in the gateway apparatus **1011**). That is, the BT terminal **1021** recognizes the existence of the VTR_SubUnit **1003** within the wireless gateway apparatus **1011**. By executing this proxy processing the BT terminal **1021**, without being aware of the specific network configuration (the fact that the Bluetooth is actually connected to the IEEE 1394), just executes the AV/C Protocol defined on the Bluetooth, thereby enabling execution of the AV/C Protocol between it and the 1394 terminal **1001** on the IEEE 1394. The wireless gateway apparatus **1011** also holds SDP information **1012** on the Bluetooth.

In the third embodiment as well, similar to the case of the first embodiment, because the BT terminal **1021** and the wireless gateway **1011** are connected by a wireless LAN (Bluetooth), at what transfer speed it is possible to perform AV data transfer between the BT terminal **1021** and the 1394 terminal is dependent upon the link condition of the wireless LAN (Bluetooth). In the third embodiment, a protocol stack (refer to FIG. **2**) similar to that of the first embodiment is used to execute an AV application on Bluetooth, the SDP information **1012** on the wireless gateway apparatus **1011** and the SDP information **1022** on the BT terminal **1021** being directly read from the AV application. Therefore, use of an API in the HCI protocol is assumed to be used as means for collecting Bluetooth link condition information in the third embodiment as well.

FIG. **11** shows an example of the processing sequence in the third embodiment, for the case in which the BT terminal **1021**, which serves as a controller, reads out AV data (data stored in the VTR_SubUnit **1003** of the 1394 terminal **1001**) for viewing or the like. The actual processing steps are as follows.

(1) The BT terminal **1021** and wireless gateway apparatus **1011** approach one another and each recognizes that it is in a region enabling communication with the other (processing performed by the Baseband processor **21**) (step S**301**).

(2) A logical connection is set up for the purpose of AV/C message transfer between the BT terminal **1021** and the wireless gateway apparatus **1011** (processing being performed by the L2CAP processor **22**) (step S**302**).

(3) The BT terminal **1021** and the wireless gateway **1011** collect wireless link condition information (Bluetooth condition information) in which processing (2) cause as change, and store same within the SDP information storage sections **1012** and **1022** (Descriptors used by the SDP protocol), respectively (step S**303**).

(4) Before and after the processing (1) through (3), the wireless gateway apparatus **1011** uses a SubUnit_Info command of the AV/C Protocol to collect SubUnit information that exists in the 1394 terminal **1001** (step S**304**).

(5) The 1394 terminal **1001** makes notification to the wireless gateway apparatus **1011** of the fact that a VTR_SubUnit **1003** exists as a SubUnit in the local terminal device, in the form of an AV/C response (step S**305**).

(6) The BT terminal **1021** uses SubUnit_Info command of the AV/C Protocol to collect SubUnit information existing in the connected wireless gateway apparatus **1011** (step S**306**). What is used at this point is a logical connection on the L2CAP set by processing (2).

18

(7) The wireless gateway **1011** makes notification of the VTR_SubUnit **1003** as a SubUnit existing at the local terminal (actually VTR_SubUnit is a SubUnit existing in the 1394 terminal) to the BT terminal **1021** as a VTR_SubUnit **1013** within the local terminal device (step S**307**). What is used at this time is the logical connection on the L2CAP set at processing (2).

(8) The BT terminal **1021** sets up a logical connection on the L2CAP for the purpose of receiving AV data from the wireless gateway apparatus **1011** (step S**308**), processing being performed by the L2CAP processor **22**.

(9) The wireless gateway apparatus **1011** establishes a connection on the IEEE 1394 bus for the purpose of receiving AV data from the 1394 terminal **1001** (step S**309**) (executes the IEC 61883 Protocol).

(10) The BT terminal **1021** and the wireless gateway apparatus **1011** each use the HCI Protocol to collect wireless link condition information (Bluetooth condition information) in which a change resulted from the above-noted processing (8), and store same into the SDP information **1012** and **1020** (Descriptors used in the SDP Protocol), respectively (step S**310**).

(11) An AV application at the BT terminal **1021** read the SDP Protocol Descriptor information of the local terminal device and obtains the Bluetooth link condition information (step S**311**).

(12) The AV application at the BT terminal **1021** sends an SDP_Request command to the wireless gateway **1011** for the purpose of reading the Descriptor information in the SDP Protocol of the wireless gateway apparatus **1011** (step S**312**).

(13) The wireless gateway apparatus **1011** gives notification to the BT terminal **1021** of the Descriptor information in the SDP Protocol at the local terminal device (step S**313**). The Descriptor information in the SDP Protocol at the local device of which notification is given is added to the coding of the Descriptor information of the SDP Protocol at the BT terminal **1021** and stored in the SDP information storage section (the same as the SDP information storage section **509** of FIG. **5**).

(14) The BT terminal **1021** accesses the link condition information collected at processing (12) and selects an AV/C command to be sent to the VTR_SubUnit **1013** of the wireless gateway **1011** (step S**314**). It is possible, for example, to make selectable various processing details and processing methods, such as the selection of AV data to be played back and the rate, giving consideration to the condition of the wireless link. The above-noted selection can be made with the intervention of a user. For example, a GUI can be used to present a list of AV content that can be viewed, and the user can be made to select the desired AV content from the list.

(15) The BT terminal **1021** transfers to the wireless gateway **1011** an AV/C command (play command) for the purpose of playing back desired AV data (step S**315**). What is used at this time is a logical connection on the L2CAP set at processing (2).

(16) The wireless gateway apparatus **1011** transfers the received command (Play command) to the VTR_SubUnit **1003** that is the destination of this command within the 1394 terminal **1001** on the IEEE 1394 bus corresponding to the VTR_SubUnit **1013** (step S**316**).

(17) The VTR_SubUnit **1003** within the 1394 terminal **1001** starts the transfer of AV data (step S**317**). What is used at this time is a connection on the IEEE 1394 bus set at processing (9).

By performing processing in this manner, it is possible to efficiently execute the transfer of AV data across an IEEE

US 6,885,643 B1

19

1394 bus and a wireless LAN (Bluetooth), in accordance with the condition of the wireless link, and in doing this, it is possible to use the same type of the Bluetooth link condition information and method of notification to the SDP Protocol of the collected link condition information as described with regard to the first embodiment.

Although it is not shown in the drawing, the Descriptor information in the SDP Protocol held in the wireless gateway **1011** of the third embodiment is the same as the Descriptor information (refer to FIG. **4**) in the case of the first embodiment. However, because the wireless gateway apparatus **1011** does not only have a Bluetooth interface, but also has an IEEE 1394 interface, in the AV/C Protocol layer, link information of this IEEE 1394 bus is also stored and accessed.

FIG. **12** is shows an example of the block diagram of the internal configuration of a wireless gateway **1011** used in the third embodiment. In the third embodiment, the BT terminal **1021** on the wireless network can be implemented by the same type of wireless terminal device as in the first embodiment shown in FIG. **1** or the second embodiment shown in FIG. **9**. Because there is no need to consider a network beyond the wireless gateway apparatus, the 1394 terminal **1001** on the wired network can be the same type of terminal device as used in the conventional art.

The wireless gateway apparatus **1011** of the third embodiment can perform both wireless communication by Bluetooth and wired communication by the IEEE 1394, and performs connection processing between these differing communication interfaces. It is also possible to perform proxy processing that enables execution of an AV/C Protocol that bridges across the IEEE 1394 bus and Bluetooth.

In order to perform this processing, within the wireless gateway **1011** in the third embodiment, there is a Bluetooth interface processor **1201** that executes the Bluetooth physical layer, and an IEEE 1394 interface processor **1202** that executes the physical layer and the link layer of the IEEE 1394.

In the Bluetooth interface processor **1201** there are two types of data transfer modes, an ACL mode **12011** and an SCO mod **12012**. An L2CAP processor **1204** exists as a data link layer function using the ACL mode **12011** and a link monitor processor **1203** exists as a data link layer management function. The link monitor processor **1203** collects Bluetooth link condition information, and makes notification thereof to the SDP processor **1206**. The Bluetooth link condition information collected at the link monitor processor **1203** and of which notification is made to the SDP processor **1206** is held and stored in the SDP information storage section **1209**, and is read out by the gateway function processor (AV/C processor) **1208**.

When this is done, the wireless link condition information collect at the link monitor processor **1203** is not necessarily a parameter that can be coded as SDP information. Additionally, parameters that represent the wireless link condition information coded in the SDP processor **1206** are not necessarily parameters that can be read by the upper gateway processor (AV/C processor) **1208**. Therefore, in this case, for example, a function that performs processing (calculation processing) for conversion of information collected at the link monitor processor **1203** to parameters that can be understood by the SDP processor **1206** can be provided within the SDP processor **1206** (this being executed by the SDP conversion section **1206**b shown in FIG. **12**), and a function that performs conversion processing (calculation processing) for conversion of information coded within that SDP processor **1206** to parameters that can

20

be understood by the gateway function processor **1208** can be provided within the gateway function processor **1208** (this being executed by the gateway conversion section **1208**b shown in FIG. **12**).

In the IEEE 1394 interface processor **1202**, there exists a transaction processor **1205** for executing transaction processing for performing data transfer in the asynchronous mode on the IEEE 1394 bus.

At the AV data processor **1207** that executes AV data transfer between Bluetooth and the IEEE 1394 bus, protocol processing is performed, protocol processing with respect to data such as audio data form the SCO mode **12012** at the baseband processing **1201** of Bluetooth and AV data that is sent and received via the L2CAP processor **1204** from the ACL mode **12011**. It is possible to use an isochronous channel or asynchronous packets on the IEEE 1394 bus to execute protocol processing of AV data, and to transfer AV data that bridges across Bluetooth and the IEEE 1394 bus.

Additionally, to enable execution of an AV/C Protocol that bridges across Bluetooth and the IEEE 1394 bus via the wireless gateway apparatus **1011**, there is a gateway function processor **1208**. At this gateway function processor **1208**, in addition to execution of the AV/C Protocol proxy processing, processing such as determining whether or not data transfer is possible, establishing the transfer parameters, and controlling transfer is also performed, in accordance with the wireless link condition information.

According to the third embodiment of the present invention, by using the above-noted wireless gateway apparatus, it is possible to perform AV data transfer and data transfer control that bridges across a wireless LAN such as Bluetooth and the IEEE 1394. It is sufficient that a BT terminal on the wireless network (a wireless terminal) execute data transfer control with respect to the wireless gateway **1011**, and it is not necessary to be aware of the IEEE 1394 protocol beyond the gateway. Without having to make a functional expansion of a conventional terminal device as used in a wired network, it is possible to achieve efficient AV data transfer via a gateway apparatus with respect to a wireless terminal on a wireless network.

Fourth Embodiment

A wireless network system according to the fourth embodiment of the present invention is described in detail below, with references being made to FIG. **13** to FIG. **16**.

In the fourth embodiment, the difference with respect to the above embodiments is that it is assumed in this embodiment that a user accesses a 1394 terminal **1301** on the IEEE 1394 bus to view AV data within a wireless terminal **1321** existing on the wireless LAN. Similar to the case of the third embodiment, a wireless gateway apparatus **1311** makes a connection between the wireless LAN and the IEEE 1394 bus. In the fourth embodiment, an assumption made is that of the use of a LAN having a fall-back function (a function which changes the transfer rate in response to the wireless condition when the wireless LAN is started up) such as in IEEE 802.11 as the wireless LAN.

FIG. **13** shows an example of the network configuration for the case in which AV data transfer is performed with a configuration formed by the integration of a wireless LAN (Bluetooth) with an IEEE 1394.

In the fourth embodiment, there is a Display_SubUnit **1303** within the 1394 terminal **1301**, and a VTR_SubUnit **1323** within the wireless terminal **1321**. The wireless gateway apparatus **1311** provides a proxy function for executing an AV/C Protocol that bridges across the IEEE 1394 and the wireless LAN (same function as that of wireless gateway in the third embodiment), and makes the 1394 terminal **1301**

US 6,885,643 B1

21

recognize the VTR_SubUnit **1313** corresponding to the VTR_SubUnit **1323** actually existing in the wireless terminal **1321** as the SubUnit existing in the local terminal device. Additionally, condition information for the wireless link, including the fall-back function information of the wireless LAN is stored in the link information **1312** and **1322** within the wireless gateway apparatus **1311** and wireless gateway **1321**, respectively.

In the fourth embodiment, as shown in FIG. **14**, the same type of protocol stack as in the case of the second embodiment (refer to FIG. **6**) is used execute an AV application on the wireless LAN. However, the Bluetooth physical layer part and the L2CAP processor each correspond to the physical layer part and the MAC layer part of the IEEE 802.11 wireless LAN, respectively. On the IEEE 802.11 wireless LAN as well, a protocol that collects wireless link condition information similar to LMP is separately defined.

FIG. **15** shows an example of the processing sequence for the case in which, in the fourth embodiment, AV data (data stored within the VTR_SubUnit **1323** of the wireless terminal **1321**) is read out from 1394 terminal **1301** and viewed. The actual processing steps are as follows.

(1) The wireless LAN is started, and a modulation system is established so as to achieve a transfer rate commensurate with the condition between the wireless gateway **1311** and the wireless terminal **1321** (step **S401**).

(2) The wireless gateway apparatus **1311**, as a result of fall-back, makes notification of the selected transfer rate and the like to the AV/C Protocol (step **S402**).

(3) The wireless gateway apparatus **1311**, using a SubUnit_Info command of the AV/C Protocol, collects SubUnit information existing in the wireless terminal **1321** (step **S403**).

(4) The wireless terminal **1321** makes notification to the wireless gateway apparatus **1311** of the AV/C response, to the effect that the a VTR_SubUnit **1323** exists within the local terminal device, in the form of AV/C response (step **S404**).

(5) The 1394 terminal **1301**, for example, uses the SubUnit_Info command of the AV/C Protocol to collect SubUnit information existing at the wireless gateway apparatus **1311** (step **S405**).

(6) The wireless gateway apparatus **1311** makes notification to the 1394 terminal **1301** of the VTR_SubUnit **1323** actually existing within the wireless terminal **1321** as a SubUnit existing within the local terminal (as the VTR_SubUnit **1311** existing within the local terminal) (step **S406**).

(7) The 1394 terminal **1301**, in order to obtain information with regard to the VTR_SubUnit **1313** within the wireless gateway apparatus **1311**, sends a Read_Descriptor command for reading the associated Descriptor (step **S407**).

(8) The wireless gateway apparatus **1311** makes notification to the 1394 terminal **1301** of the Descriptor information of the VTR_SubUnit within the local terminal (step **S408**). At this time, the fall-back information as well as the content information is notified to the wireless gateway apparatus **1301**.

(9) The 1394 terminal **1301** establishes a connection on the IEEE 1394 bus in order to received AV data from the wireless gateway apparatus **1311** (and for this purpose executes the IEC 61883 Protocol) (step **S409**).

(10) The wireless gateway apparatus **1311** establishes a communication resource on the wireless LAN for the purpose of receiving AV data from the wireless terminal **1321** (operation in the PCF mode) (step **S410**).

(11) The 1394 terminal **1301**, accessing Descriptor information that received at processing (8), selects an AV/C

22

command to be sent to the VTR_SubUnit **1303** of the wireless gateway apparatus **1311** (step **S411**). Furthermore, immediately before the operation of selecting this AV/C command it is possible to perform the processing of (7) and (8) again with the wireless gateway apparatus, and further for the wireless gateway apparatus **1311** to request notification of Descriptor information from the BT terminal **1321**, so as to obtain the wireless link condition and content information when transmitting data. In the selection of this AV/C command, it is possible to perform selection of the AV data to be played and specification of the rate. Additionally, for example, it is possible to make settings of various processing details and methods, such as the selection of AV data to be played and the transfer rate selectable. It further possible to make the above-noted selections by intervention of a user. For example, a GUI can be used present a list of AV content that can be transferred and viewed, in accordance with the wireless link condition information, and the user being caused to select from this listed content the desired AV content.

(12) The 1394 terminal **1301** sends an AV/C command (play command), for the purpose of playing back the desired AV data, to the wireless gateway apparatus **1311** (step **S412**).

(13) The wireless gateway apparatus **1311** sends the received command (play command) to the VTR_SubUnit **1323** that is the destination of this command within the wireless terminal **1321** on the wireless LAN corresponding to the VTR_SubUnit **1313** (step **S413**).

(14) The VTR_SubUnit **1323** within the wireless terminal **1321** starts AV data transfer with respect to the 1394 terminal **1301** (step **S414**).

By performing the above processing, it is possible to perform highly efficient AV data transfer that bridges across the IEEE 1394 and a wireless LAN (IEEE 802.11), responsive to the condition of the wireless link therebetween.

FIG. **15** is a drawing showing an example of the Descriptor information within the wireless gateway apparatus **1311** of the fourth embodiment.

The Descriptor information of the fourth embodiment as well, similar to the case of the second embodiment, indicates the case in which the Descriptor is defined for each SubUnit identifiable in the AV/C Protocol.

In the example shown in FIG. **15**, the object group existing within the Root Descriptor (A11) of the VTR_SubUnit **1313** shows the DataLink_Descriptor (A21) corresponding to the communication interface of the wireless gateway apparatus **1311** and the Contents_Descriptor (A22) corresponding to a stored video or game or the like. The individual objects that exist are an object (A31) corresponding to the IEEE 802.11 in the DataLink_Descriptor (A21) and a movie object (A32) in the Contents_Descriptor (A22). Each of the object groups (A31, A32, and A33) has specific parameters such as the transfer rate after fall-back on the IEEE 802.11 (A45), the usable bandwidth in the asynchronous mode on the IEEE 1394 (A46), the number of channels set for the isochronous mode (A47), the title of an MPEG2 encoded movie and the usable transfer rate (A43), and the title of an MPEG4 encoded movie and the usable transfer rate (A44). Although it is not shown in FIG. **15**, this Descriptor information can have coded in it condition information such as the type and version of the installed protocol, the sending electrical power mode, and hardware information of the wireless terminal **1321**.

FIG. **16** is an example of a block diagram of the internal configuration of the wireless gateway apparatus **1311** used in the fourth embodiment.

The wireless gateway apparatus **1311** of the fourth embodiment can perform both wireless communication

US 6,885,643 B1

23

using the IEEE 802.11 and wired communication using IEEE 1394, and executes connection processing between these differing interfaces. Proxy processing to enable execution of the AV/C Protocol that bridges across the IEEE 1394 bus and the IEEE 802.11 is also performed in the wireless gateway apparatus **1311**.

In order to perform this processing, the wireless gateway apparatus **1311** of the fourth embodiment comprises an IEEE 802.11 interface processor **1601**, which executes IEEE 802.11 wireless LAN physical layer processing, and an IEEE 1394 interface processor **1602**, which executes IEEE 1394 bus physical layer processing and link layer processing.

Within the IEEE 802.11 interface processor **1601** there exists a fall-back processor **16011**, which executes fall-back processing at the time of wireless LAN startup, and this fall-back processor **16011** is connected to an information collection processor **1606** that collects transfer rate information resulting from the fall-back processing and send the collected information to an AV/C information storage section **1609** which stores the wireless link condition information.

The IEEE 1394 interface processor **1602** is connected to a transaction processor **1605**, which executes transaction processing for performing data transfer in the asynchronous mode on the IEEE 1394 bus.

There is an AV data processor **1607**, which executes AV data transfer between the MAC processor **1604** executing MAC protocol processing of the IEEE 802.11 or IEEE 802.11 wireless LAN and the IEEE 1394 bus, this performing processing of sending and receiving of AV data from the IEEE 802.11 or the IEEE 1394.

Additionally, there is a gateway function processor **1608** for the purpose of enabling execution of the AV/C Protocol bridging across the IEEE 802.11 wireless LAN and the IEEE 1394, via the wireless gateway apparatus **1311**. At this gateway function processor **1608**, in addition to execution of AV/C Protocol proxy processing and the like, in accordance with wireless link condition information, control is executed of whether or not transfer is possible, the transfer parameters, and AV data transfer.

According to the fourth embodiment, by using the above-described wireless gateway apparatus, it is possible to perform AV data transfer and transfer control thereof that bridges across a wireless LAN such as the IEEE 802.11 and the IEEE 1394 bus.

In the foregoing embodiments, it is possible to have a terminal and gateway apparatus that acquire the topology information and data link information and the like for AV data transfer, that is, wireless link condition information, by the local device only, and alternatively possible either to have this acquisition performed by other (remote) devices only, or by both the local device and other devices. The AV application used as an example of an upper application can execute bi-directional data transfer.

In the foregoing embodiments, although the descriptions were for the case in which an upper application at a data receiving side performed selection of AV processing based on notified Information, it is alternatively possible for the upper application at a data sending side to perform selection of processing based on notified information.

The present invention can be applied to a home network and further to various networks in an office or other environment.

The present invention related to an apparatus can also be implemented as a method, and a method according to the present invention can be implemented as an apparatus.

24

The present invention as it relates to a method or apparatus can further be implemented as a computer-readable recording medium, into which is stored a program for the purpose of execution by a computer the procedures corresponding to the present invention (or for the purpose of having a computer function as a means corresponding to the present invention, or further for the purpose of implementing on a computer a function corresponding to the present invention).

All or part of the above-noted functions can be implemented as hardware, in the form of a personal computer or a PDA (personal digital assistant), an AV equipment, or a communication device such as an access point and a home router, or as software executed on this type of hardware.

The above-described embodiments can be implemented as a computer-readable recording medium, into which is stored a program for the purpose of execution by a computer of a prescribed means (or for the purpose of having a computer function as the prescribed means, or further for the purpose of implementing on a computer a prescribed means). This recording medium can be loaded into a CPU of a computer and executed, thereby achieving the functions of the above-described embodiments.

In summary, according to the present invention, it is possible even in an environment formed by a connection between a wired network and a wireless network, such as between a wireless network environment exhibiting network condition variations and an IEEE 1394 bus, to perform highly efficient data transfer, in accordance with the link condition in the wireless network.

It is to be noted that, besides the embodiments described above, many modifications and variations of the above embodiments may be made without departing from the novel and advantageous features of the present invention. Accordingly, all such modifications and variations are intended to be included within the scope of the appended claims.

What is claimed is:

1. A terminal device for control of data between communicating entities on a network via a wireless link, comprising:

an interface section for performing sending and receiving of packets with a remote communicating entity;

a link setting section for setting a link for control and for data transfer with the remote communicating entity;

a wireless link information acquisition section for acquiring wireless link information indicating the condition of a wireless link between said terminal device the remote communicating entity in the network at the time of setting the link, and for updating the wireless link information acquired at the time of setting the link by the current dynamically acquired wireless link information, the wireless link information including at least transmittable bandwidth information;

a wireless link information storage section for storing the acquired or updated wireless link information as Descriptor information referable by the remote communicating entity; and

an application section for, based on the wireless link information stored in the wireless link information storage section, determining whether or not data can be transferred and, if data transfer is possible, changing a transmission rate for transfer of data with the remote communicating entity, in accordance with the wireless link information.

2. The terminal device according to claim **1**, wherein the wireless link information stored in the wireless link infor-

US 6,885,643 B1

25

mation storage section includes wireless link information with regard to said terminal device and wireless link information with regard to the remote communicating entity.

**3**. The terminal device according to claim **2**, wherein the wireless link information acquisition section includes:

a remote wireless link information requesting section for requesting notification of wireless link information with regard to the remote communicating entity that the remote communicating entity has, at the time of startup by the application section; and

a remote wireless link information receiving section for receiving wireless link information of the remote communication entity, notification of which is made from the remote communication entity.

**4**. The terminal device according to claim **1**, further comprising:

a wireless link information updating section for changing wireless link information stored in the wireless link information storage section to a format interpretable by the application section and for passing the wireless link information to the application section.

**5**. The terminal device according to claim **1**, wherein the wireless link information storage section stores wireless link information as information related to a constituent element of said terminal device.

**6**. The terminal device according to claim **5**, wherein

a SubUnit defined in the AV/C Protocol, upper layer protocol of the IEEE 1394, is used as the constituent element.

**7**. The terminal device according to claim **1**, further comprising:

a wireless link monitoring section for monitoring the condition of a wireless link in the network, for outputting wireless link information acquired by the monitoring to the wireless link information acquisition section.

**8**. The terminal device according to claim **1**, further comprising:

a local wireless link information sending section for sending wireless link information of said terminal device to the remote communicating entity, in response to a request from the remote communicating entity.

**9**. The terminal device according to claim **1**, further comprising:

a user interface section for, based on wireless link information stored in the wireless link information storage section, providing to a user a list of data candidates for transfer, and waiting for input from the user of data selected from the list.

**10**. The terminal device according to claim **1**, wherein the wireless link information includes at least one of a packet discard rate, a usable bandwidth, a number of usable channels, a usable transfer rate, or observable information on which these are based.

**11**. The terminal device according to claim **1**, wherein the transfer parameter is at least one of an AV/C command or content data to be transferred.

**12**. A terminal device for transfer of data between communicating entities over a network via a wireless link, comprising:

an interface section for performing sending and receiving of packets with a remote communicating entity, and

a link setting section for setting a link for control and for data transfer with the remote communicating entity;

a wireless link information acquisition section for acquiring wireless link information indicating a condition of

26

a wireless link between a local terminal device and the remote communicating entity in the network at the time of setting the link, and for updating the wireless link information acquired at the time of setting the link by the current dynamically acquired wireless link information, the wireless link information including at least transmittable bandwidth information;

a wireless link information storage section for storing the acquired or updated wireless link information as Descriptor information referable by the remote communicating entity; and

a local terminal wireless link information notification section for receiving from the remote entity a request for local wireless link information of the local terminal and for sending the local wireless link information to the remote communicating entity.

**13**. A gateway device for controlling transfer of data between a first terminal device on a wired network and a second terminal device on a wireless network, the gateway device comprising:

a first interface section for sending and receiving packets via the wireless network,

a second interface section for sending and receiving packets via the wired network,

a first link setting section for setting a link for control and for data transfer with the second terminal device;

a second link setting section for setting a link with the first terminal device;

a wireless link information acquisition section for acquiring wireless link information indicating a condition of a wireless link between the gateway device and the second terminal device on the wireless network at the time of setting the link, and for updating the wireless link information acquired at the time of setting the link by the current dynamically acquired wireless link information, the wireless link information including at least transmittable bandwidth information;

a wireless link information storage section for storing the acquired or updated wireless link information as Descriptor information referable by the first and second terminal devices; and

a network connection processor for, based on the wireless link information stored in the wireless link information storage section, performing receiving or sending of data between the first terminal device and the second terminal device via the first interface section and the second interface section.

**14**. The gateway device according to claim **13**, further comprising: a local terminal wireless link information sending section for, in response to a request from the first terminal device on the wired network or from the second terminal device on the wireless network, for sending local wireless link information to the first terminal device or the second terminal device, respectively.

**15**. The gateway device according to claim **13**, wherein the wireless link information acquisition section includes:

a remote link information requesting section for requesting notification of the remote link information of the second terminal device to the first terminal device on the wired network; and

a remote link information receiving section for receiving remote link information, notification of which is made by the first terminal device.

**16**. A method for controlling transfer of data via a wireless link with a remote communicating entity over a network, comprising:

US 6,885,643 B1

27

setting a link for control with the remote communicating entity;

acquiring wireless link information indicating a condition of a wireless link between a local terminal device and the remote communicating entity at the time of setting the link, the wireless link information including at least transmittable bandwidth information;

setting a link for data transfer with the remote communicating entity;

updating wireless link information acquired at the time of setting of the link with current dynamically acquired wireless link information acquired after the setting of the link for data transfer;

storing the acquired or updated wireless link information as Descriptor information referable by the remote communicating entity;

determining whether or not transfer of data is possible, based on the updated wireless link information; and

changing a transmission rate for transfer of data with the remote communicating entity, in accordance with wireless link information in the case in which data transfer is possible, and performing receiving or sending of content data with the remote communicating entity, using the changed transmission rate.

**17**. The method according to claim **16**, wherein the wireless link information includes wireless link information with regard to the local terminal device and information with regard the remote communicating entity.

**18**. The method according to claim **17**, wherein the wireless link information updating includes:

requesting notification of the remote wireless link information of the remote communicating entity at the time of an application; and

receiving wireless link information of the remote communicating entity, notification of which is made by the remote communicating entity.

**19**. A method for transfer of content data via a wireless link with a remote communicating party on a network, comprising:

setting a link for control with the remote communicating entity;

acquiring wireless link information indicating a condition of a wireless link between a local terminal device and the remote communicating entity on the network at the time of setting the link, the wireless link information including at least transmittable bandwidth information;

setting a link for data transfer with the remote communicating entity;

updating the wireless link information acquired at the time of setting of the link with current dynamically acquired wireless link information acquired after the setting of the link;

storing the acquired or updated wireless link information as Descriptor information referable by the remote communicating entity; and

receiving a notification request sent from the remote communicating entity for the local wireless link information of the local terminal device, and sending to the remote communicating entity wireless link information of the local terminal device in response to the request.

**20**. A method for transfer of content data between a first terminal device on a wired network and a second terminal device on a wireless network, this method comprising:

28

setting a link for control with the second terminal device;

acquiring, at the time of setting of the link, wireless link information indicating a condition of a wireless link between the first terminal device and the second terminal device on the wireless network, the wireless link information including at least transmittable bandwidth information;

setting a link for data transfer with the second terminal device;

updating the wireless link information acquired at the time of setting the link with current dynamically acquired wireless link information acquired after the setting of the link;

setting a link with the first terminal device;

storing the acquired or updated wireless link information as Descriptor information referable by the first and second terminal devices; and

performing receiving or sending of data between the first terminal device and the second terminal device, based on the wireless link information.

**21**. A terminal device for control of data between communicating entities on a network via a wireless link, comprising:

an interface section for performing sending and receiving of packets with a remote communicating entity;

a link setting section for setting a link for control and for data transfer with the remote communicating entity;

a wireless link information acquisition section for acquiring wireless link information indicating the condition of a wireless link between said terminal device and the remote communicating entity in the network at the time of setting the link, and for updating the wireless link information acquired at the time of setting the link by the current dynamically acquired wireless link information;

a wireless link information storage section for storing the acquired or updated wireless link information; and

an application section for, based on the wireless link information stored in the wireless link information storage section, determining whether or not data can be transferred and, if data transfer is possible, optimizing a transfer parameter for transfer of data with the remote communicating entity, in accordance with the wireless link information, this transfer parameter being used to receive data from or send data to the remote communicating entity, via the interface section, wherein

the wireless link information stored in the wireless link information storage section includes wireless link information with regard to the terminal device and wireless link information with regard to the remote communicating entity, and

the wireless link information acquisition section includes:

a remote wireless link information requesting section for requesting notification of wireless link information with regard to the remote communicating entity that the remote communicating entity has, at the time of startup of the application; and

a remote wireless link information receiving section for receiving wireless link information of the remote communicating entity, notification of which is made from the remote communicating entity.

**22**. A gateway device for controlling transfer of data between a first terminal device on a wired network and a second terminal device on a wireless network, the gateway device comprising:

US 6,885,643 B1

29

a first interface section for sending and receiving packets via the wireless network;

a second interface section for sending and receiving packets via the wired network,

a first link setting section for setting a link for control and for data transfer with the second terminal device;

a second link setting section for setting a link with the first terminal device;

a wireless link information acquisition section for acquiring wireless link information indicating a condition of a wireless link between the gateway device and the second terminal device on the wireless network at the time of setting the link, and for updating the wireless link information acquired at the time of setting the link by the current dynamically acquired wireless link information;

a wireless link information storage section for storing the acquired or updated wireless link information; and

a network connection processor for, based on the wireless link information stored in the wireless link information storage section, performing receiving or sending of data between the first terminal device and the second terminal device via the first interface section and the second interface section, wherein

the wireless link information acquisition section includes:

a remote link information requesting section for requesting notification of the remote link information of the second terminal device to the first terminal device on the wired network; and

a remote link information receiving section for receiving remote link information, notification of which is made by the first terminal device.

23. A method for controlling transfer of data via a wireless link with a remote communicating entity over a network, comprising:

30

setting a link for control with the remote communicating entity;

acquiring wireless link information indicating a condition of a wireless link between a local terminal device and the remote communicating entity at the time of setting the link;

setting a link for data transfer with the remote communicating entity;

updating wireless link information acquired at the time of setting of the link with current dynamically acquired wireless link information acquired after the setting of the link for data transfer;

determining whether or not transfer of data is possible, based on the updated wireless link information; and

optimizing a parameter for transfer of data with the remote communicating entity, in accordance with wireless link information in the case in which data transfer is possible, and performing receiving or sending of content data with the remote communicating entity, using the optimized parameter for transfer, wherein

the wireless link information includes wireless link information with regard to the local terminal device and information with regard to the remote communicating entity, and the wireless link information updating includes:

requesting notification of the remote wireless link information of the remote communicating entity at the time of the startup of an application; and

receiving wireless link information of the remote communicating entity, notification of which is made by the remote communicating entity.

*　*　*　*　*

# EXHIBIT 2

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by BMW*

# BMW Hotspot (using 802.11 Wi-Fi) ConnectedDrive System



IEEE Std 802.11™-2012
(Revision of
IEEE Std 802.11-2007)

**IEEE Standard for Information technology—**
**Telecommunications and information exchange between systems**
**Local and metropolitan area networks—**
**Specific requirements**

**Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications**

Sponsor

**LAN/MAN Standards Committee**
of the
**IEEE Computer Society**

1

1.   A terminal device for control of data between communicating entities on a network via a wireless link, comprising:

an interface section for performing sending and receiving of packets with a remote communicating entity;

a link setting section for setting a link for control and for data transfer with the remote communicating entity;

a wireless link information acquisition section for acquiring wireless link information indicating the condition of a wireless link between said terminal device the remote communicating entity in the network at the time of setting the link, and for updating the wireless link information acquired at the time of setting the link by the current dynamically acquired wireless link information, the wireless link information including at least transmittable bandwidth information;

a wireless link information storage section for storing the acquired or updated wireless link information as Descriptor information referable by the remote communicating entity; and

an application section for, based on the wireless link information stored in the wireless link information storage section, determining whether or not data can be transferred and, if data transfer is possible, changing a transmission rate for transfer of data with the remote communicating entity, in accordance with the wireless link information.

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by BMW*

| Claim 1 | |
|---|---|
| A **terminal device for control of data** between communicating entities on a network via a wireless link, comprising: | Source: https://www.bmwusa.com/content/dam/bmwusa/connected-drive/pdf/GSG_WiFi_Hotspot.pdf <br><br>  <br><br>  https://mybmw.in/products/bmw-e87-e81-e82-e88-idrive-car-stereo-receiver-for-android-9-0-system-2-32g-ram-gps-navi-screen-wifi-google-carplay |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by BMW*

| Claim 1 | |
|---|---|
| A terminal device for control of data between communicating entities on a network via a wireless link, comprising: | <br>{Note: Plug shown above is for WiFi antenna}  https://www.team-bhp.com/forum/car-entertainment/207434-installed-apple-carplay-bmw-3gt-f34.html<br>  https://www.youtube.com/watch?v=mSFMFCFObMc |

4

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by BMW*

| Claim 1 | |
|---------|---|
| A terminal device for control of data between communicating entities on a network via a wireless link, comprising: | Source: IEEE Std 802.11™-2012: Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications<br><br>PART 11: WIRELESS LAN MAC AND PHY SPECIFICATIONS      IEEE Std 802.11-2012<br><br>Figure 4-11 combines the components from previous figures with both types of services to show the complete IEEE 802.11 architecture.<br><br><br><br>**Figure 4-11—Complete IEEE 802.11 architecture** |

5

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by BMW*

| Claim 1 | |
|---|---|
| an interface section for performing sending and receiving of packets with a remote communicating entity; | Source: Source: IEEE Std 802.11™-2012: Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications<br><br><br><br>**Figure 4-17—Establishing the IEEE 802.11 association**<br><br>Note: "AP STA" is access point/router and "STA" is attaching device, WiFi Client, smartphone, etc. |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by BMW*

| Claim 1 | |
|---|---|
| a link setting section for setting a link for control and for data transfer with the remote communicating entity; | Source: https://www.cleartosend.net/cts-047-troubleshooting-wifi-wireshark/  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by BMW*

| Claim 1 | |
|---|---|
| <span style="color:red">a wireless link information acquisition section for acquiring wireless link information</span> indicating the condition of a wireless link between said terminal device the remote communicating entity in the network | Source: IEEE Std 802.11™-2012: Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications<br><br><br><br>**Figure 6-3—Measurement request—accepted** |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by BMW*

| Claim 1 | |
|---|---|
| at the time of<br><br>setting the link, | Source: https://www.cleartosend.net/cts-047-troubleshooting-wifi-wireshark/<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by BMW*

| Claim 1 | |
|---|---|
| and for updating the wireless link information acquired at the time of setting the link by the current dynamically acquired wireless link information, | Source: IEEE Std 802.11™-2012: Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications |

**Table 6-7—ESS Link Parameter Set**

| Name | Type | Valid range | Description |
|---|---|---|---|
| PeakOperationalRate | Integer | As defined in 8.4.2.3 | The integer representing the desired peak modulation data rate used for data frame transmission. |
| MinimumOperationalRate | Integer | As defined in 8.4.2.3 | The integer encoding of the desired minimum modulation data rate used in data frame transmission. |
| NetworkDowntimeInterval | Integer | 0 – 65 535 | Desired advance warning time interval, in TUs, for MSGCF-ESS-Link-Going-Down events. |
| DataFrameRSSI | Integer | −100 to 40 | The received signal strength in dBm of received Data frames from the network. This may be time-averaged over recent history by a vendor-specific smoothing function. |
| BeaconRSSI | Integer | −100 to 40 | The received signal strength in dBm of Beacon frames received on the channel. This may be time-averaged over recent history by a vendor-specific smoothing function. |
| BeaconSNR | Integer | 0–100 | The signal to noise ratio of the received data frames, in dB. This may be time-averaged over recent history by a vendor-specific smoothing function. |
| DataFrameSNR | Integer | 0–100 | The signal to noise ratio of the received Beacon frames, in dB. This may be time-averaged over recent history by a vendor-specific smoothing function. |
| DataThroughput | Integer | 0 – 65 535 | The data throughput in megabits per second, rounded to the nearest megabit. This may be time-averaged over recent history by a vendor-specific smoothing function. |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by BMW*

| Claim 1 | |
|---|---|
| the wireless link information including at least transmittable bandwidth information; | Source: IEEE Std 802.11™-2012: Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications |

**Table 6-7—ESS Link Parameter Set**

| Name | Type | Valid range | Description |
|---|---|---|---|
| PeakOperationalRate | Integer | As defined in 8.4.2.3 | The integer representing the desired peak modulation data rate used for data frame transmission. |
| MinimumOperationalRate | Integer | As defined in 8.4.2.3 | The integer encoding of the desired minimum modulation data rate used in data frame transmission. |
| NetworkDowntimeInterval | Integer | 0 – 65 535 | Desired advance warning time interval, in TUs, for MSGCF-ESS-Link-Going-Down events. |
| DataFrameRSSI | Integer | −100 to 40 | The received signal strength in dBm of received Data frames from the network. This may be time-averaged over recent history by a vendor-specific smoothing function. |
| BeaconRSSI | Integer | −100 to 40 | The received signal strength in dBm of Beacon frames received on the channel. This may be time-averaged over recent history by a vendor-specific smoothing function. |
| BeaconSNR | Integer | 0–100 | The signal to noise ratio of the received data frames, in dB. This may be time-averaged over recent history by a vendor-specific smoothing function. |
| DataFrameSNR | Integer | 0–100 | The signal to noise ratio of the received Beacon frames, in dB. This may be time-averaged over recent history by a vendor-specific smoothing function. |
| DataThroughput | Integer | 0 – 65 535 | The data throughput in megabits per second, rounded to the nearest megabit. This may be time-averaged over recent history by a vendor-specific smoothing function. |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by BMW*

| Claim 1 | |
|---|---|
| a wireless link information storage section for storing the acquired or updated wireless link information as Descriptor information referable by the remote communicating entity; and | Source: IEEE Std 802.11™-2012: Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by BMW*

| Claim 1 | |
|---|---|
| an **application section** for, based on the wireless link information stored in the wireless link information storage section, determining whether or not data can be transferred | Source: https://www.aliexpress.com/i/32865208363.html  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by BMW*

| Claim 1 | |
|---------|---|
| an application section for, based on the wireless link information stored in the wireless link information storage section, determining whether or not data can be transferred | Source: http://www.revolutionwifi.net/revolutionwifi/2014/09/wi-fi-snr-to-mcs-data-rate-mapping.html<br>(Cached): https://drive.google.com/open?id=1TBUzWUG758_HJLcH1sjLeNjDgjtX50hP<br><br>MCS is "Modulation and Coding Scheme"<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by BMW*

| Claim 1 | |
|---|---|
| if data transfer is possible, changing a transmission rate for transfer of data with the remote communicating entity, in accordance with the wireless link information. | Source: http://www.revolutionwifi.net/revolutionwifi/2014/09/wi-fi-snr-to-mcs-data-rate-mapping.html<br>(Cached): https://drive.google.com/open?id=1TBUzWUG758_HJLcH1sjLeNjDgjtX50hP<br><br>MCS Value Achieved by Clients at Various Signal to Noise Ratio Levels (SNR)<br><br>**Table 9-5—Non-HT reference rate**<br><br>Source: IEEE Std 802.11™-2012: Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications |

MCS Value Achieved by Clients at Various Signal to Noise Ratio Levels (SNR)

| Protocol | Channel | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 802.11b | 20MHz | None | None | None | MCS 0 | MCS 0 | MCS 0 | MCS 1 | MCS 1 | MCS 1 | MCS 1 |
| 802.11a/g | 20MHz | None | MCS 0 | MCS 0 | MCS 1 | MCS 2 | MCS 2 | MCS 2 | MCS 2 | MCS 3 | MCS |
| 802.11n | 20MHz | None | MCS 0 | MCS 0 | MCS 0 | MCS 1 | MCS 1 | MCS 1 | MCS 1 | MCS 2 | MCS 2 |
| 802.11n | 40MHz | None | None | None | None | MCS 0 | MCS 0 | MCS 0 | MCS 1 | MCS 1 | MCS 1 |
| 802.11ac | 20MHz | None | MCS 0 | MCS 0 | MCS 0 | MCS 1 | MCS 1 | MCS 1 | MCS 2 | MCS 2 | |
| 802.11ac | 40MHz | None | None | None | None | MCS 0 | MCS 0 | MCS 0 | MCS 1 | MCS 1 | MCS |
| 802.11ac | 80MHz | None | None | None | None | None | None | None | MCS 0 | MCS 0 | MCS 0 |
| 802.11ac | 160MHz | None | None | None | None | None | None | None | None | None | None |

| | SNR in dB | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 802.11b | 20MHz | MCS 2 | MCS 2 | MCS 2 | MCS 2 | MCS 3 | MCS 3 | MCS 3 | MCS 3 | MCS 3 | MCS 3 |
| 802.11a/g | 20MHz | MCS 4 | MCS 4 | MCS 4 | MCS 4 | MCS 5 | MCS 5 | MCS 5 | MCS 6 | MCS 6 | MCS 7 |
| 802.11n | 20MHz | MCS 3 | MCS 3 | MCS 3 | MCS 3 | MCS 4 | MCS 4 | MCS 4 | MCS 5 | MCS 5 | MCS 6 |
| 802.11n | 40MHz | MCS 1 | MCS 2 | MCS 2 | MCS 3 | MCS 3 | MCS 3 | MCS 3 | MCS 4 | MCS 4 | MCS 4 |
| 802.11ac | 20MHz | MCS 3 | MCS 3 | MCS 3 | MCS 3 | MCS 4 | MCS 4 | MCS 4 | MCS 5 | MCS 5 | MCS 6 |

**Modulation Key**

| None = Grey |
| BPSK = Red |
| QPSK = Orange |
| 16-QAM = Yellow |
| 64-QAM = Blue |
| 256-QAM = Green |

**802.11 Type Key**

| 802.11b |
| 802.11ag |
| 802.11n |
| 802.11ac |

**Table 9-5—Non-HT reference rate**

| Modulation | Coding rate (R) | Non-HT reference rate (Mb/s) |
|---|---|---|
| BPSK | 1/2 | 6 |
| BPSK | 3/4 | 9 |
| QPSK | 1/2 | 12 |
| QPSK | 3/4 | 18 |
| 16-QAM | 1/2 | 24 |

Source: IEEE Std 802.11™-2012: Part 11: Wireless LAN Medium Access Control

(MAC) and Physical Layer (PHY) Specifications

# EXHIBIT 3

US006928166B2

(12) **United States Patent**
Yoshizawa

(10) Patent No.: **US 6,928,166 B2**
(45) Date of Patent: **Aug. 9, 2005**

(54) **RADIO COMMUNICATION DEVICE AND USER AUTHENTICATION METHOD FOR USE THEREWITH**

(75) Inventor: **Junichi Yoshizawa**, Ome (JP)

(73) Assignee: **Kabushiki Kaisha Toshiba**, Kawasaki (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 887 days.

(21) Appl. No.: **09/795,355**

(22) Filed: **Mar. 1, 2001**

(65) **Prior Publication Data**

US 2001/0036273 A1 Nov. 1, 2001

(30) **Foreign Application Priority Data**

Apr. 28, 2000 (JP) ........................................ 2000-131861

(51) Int. Cl.$^7$ ............................. **H04K 1/00**; H04L 9/16
(52) U.S. Cl. ........................ **380/247**; 380/255; 713/168
(58) Field of Search ................................ 380/247, 270, 380/255; 713/168, 169, 171, 201

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,442,805 A | 8/1995 | Sagers et al. |
| 6,748,195 B1 * | 6/2004 | Phillips ..................... 455/41.2 |
| 6,766,160 B1 * | 7/2004 | Lemilainen et al. ........ 455/411 |
| 2002/0132605 A1 * | 9/2002 | Smeets et al. .............. 455/411 |
| 2004/0128509 A1 * | 7/2004 | Gehrmann ................. 713/171 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | WO 97/26769 | 7/1997 | |
| EP | WO 01/74011 A1 | 10/2001 | |
| GB | 2350971 A * | 12/2000 | ............. G06F/1/00 |
| JP | 09-233223 | 9/1997 | |
| JP | 2872996 | 1/1999 | |

OTHER PUBLICATIONS

Johannes Elg, "Specification of the Bluetooth System," ver. 1.0 B, pp. 186–199, Nov. 29, 1999.
English abstract of JP 11–275661 published Oct. 8, 1999.

* cited by examiner

*Primary Examiner*—Matthew Smithers
(74) *Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

(57) **ABSTRACT**

To allow flexible security level switching according communication situations, a password holding section holds a plurality of device authentication passwords, for example, a temporary password and a private password. The temporary password is valid only under a certain situation and the private password has a high level of confidentiality to increase the device security. A password management section allows the user to add a new password to the password holding section and delete an existing password therefrom. A password selecting section selects the most suitable password for current connection from among passwords in the password holding section according to a user event, information acquired by an external factor acquisition section, and information from a time control section. The selected password is output to a password checking section.

**19 Claims, 5 Drawing Sheets**





FIG.1



FIG.2



FIG. 3

FIG. 5



FIG. 4



FIG. 6



FIG. 7 (PRIOR ART)

| UNIQUE ADDRESS (Hex) | LINK KEY |
|---|---|
| A36B35 | ****** |
| 4B3346 | ****** |
| ..... | ..... |

FIG. 8 (PRIOR ART)

US 6,928,166 B2

**1**

# RADIO COMMUNICATION DEVICE AND USER AUTHENTICATION METHOD FOR USE THEREWITH

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is based upon and claims the benefit of priority from the prior Japanese Patent Application No. 2000-131861, filed Apr. 28, 2000, the entire contents of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

The present invention relates to a radio communication device and a user authentication method using user authentication passwords.

In recent years, attention has been paid to radio communication systems adapted for personal areas, such IrDA, Bluetooth, HomeRF, etc. Particularly, Bluetooth and HomeRF have merits of no directivity and high transparence over infrared communication systems, such as IrDA, and are greatly expected to develop and find wide application in the future. The Bluetooth is short-haul radio communication standards and establishes radio communications within 10 m or 100 m using the ISM (Industrial Science Medical) band of 2.4 GHz band. The Bluetooth adopts frequency-hopping spectrum-spreading techniques and allows for connection of up to eight devices through the use of time-division multiplexing techniques.

In addition to allowance for simultaneous connection of multiple devices, the radio communication systems, such as Bluetooth, HomeRF, etc., make a great feature of a relatively long transmission distance of, say, 10 to 100 m in comparison with the infrared communication systems, such as IrDA. This provides an advantage of ease of handling, but on the other hand sufficient attention must be paid to assure system security and confidentiality.

Conventional security systems for radio communication systems include the radio terminal security system as described in Japanese Patent No. 2872996 and the one-time password system as used in the Internet.

These security systems include electronic keys and radio terminals and prohibit successive use of the same key to increase security, thereby providing increased safety against loss and theft of the key.

Next, the user authentication system used in the Bluetooth will be described.

The user authentication system used in the Bluetooth is subject to two: a unique password set up on each device (called a PIN (Personal Identification Number) code) and an encryption key (called link key) created by the password and an ID code unique to the device (information, such as a 48-bit address, assigned by IEEE). This system will be described in brief below with reference to a flowchart shown in FIG. **7**.

Consider now the case where a device A makes access to a device B. The device A makes a request for connection to the device B (step **A1**), whereupon the device B checks the presence or absence of the link key to see if the connection to the device A is set up for the first time (step **A2**). That is, the device B is stored with a list of link keys besides PIN codes. This list is a table of unique addresses of devices connected so far to the device B and corresponding link keys. An example of this table is illustrated in FIG. **8**.

In the situation in which the device A and the device B are connected for the first time, the device A is required to input

**2**

the PIN code of the device B. Upon receiving the PIN code from the device A, the device B checks it for validity (step **A3**). If the PIN code is authenticated, then the device B establishes a link (step **A4**) and creates a link key for the device A (step **A5**). The resulting link key is entered into the list together with the unique address of the device A (step **A6**).

If, on the other hand, the device A was sometimes connected to the device B in the past, since the link key has already been entered into the table in the device B, authentication is made through that link key (step **A7**).

The Bluetooth provides authentication using the PIN code unique to each device and the link key based on the PIN code. The PIN code, while being unique, can be altered by the device user into any other string of characters.

The security system disclosed in Japanese Patent No. 2872996, the one-time password system in the Internet and the user authentication system in the Bluetooth can be said to be password management and authentication systems intended to provide only increased security.

The use of the user authentication system in ad hoc network environment causes problems as described below.

As an application of the user authentication system used in the Bluetooth, consider a table conferencing system made up of a plurality of information devices. Each individual device is required to establish a fiduciary relationship based on the above user authentication system with the others.

However, in order for each individual user having his own private PIN code to ensure the security of his own device, it is desirable to adopt a method involving creating a temporary PIN code and changing it to the original private PIN code at the termination of the table conferencing rather than establishing the fiduciary relationship by informing the other users of the private PIN code.

To adopt the user authentication system as described above, therefore, it is required to take the following steps:

S1: Each individual user sets up a temporary PIN code on his own device and informs the other users of that PIN code.

S2: Holds table conferencing.

S3: At the termination of the conferencing, each individual user makes a change from the temporary PIN code to his original private PIN code.

With the above approach, however, not only does it take long to set up the PIN code, but also the security level is considerably lowered in the event that the user forgot to make a change from the PIN code to the original PIN code; for, in such case, the temporary PIN code will come to be used successively.

## BRIEF SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a radio communication device and a user authentication method for use therewith which permit the security level to be changed with flexibility according to communication situations without imposing any operating burden on users.

According to one aspect of the present invention, there is provided an authentication processing apparatus of a radio communication which authenticates a device, the apparatus comprising: means for selecting a security level from a plurality of security levels in accordance with a condition of the radio communication;

means for receiving a request for an authentication and authentication information from the device; means for checking whether the received information from the device

US 6,928,166 B2

**3**

is valid or not depending on the selected security level; and means for sending a response of the check result which authenticates or rejects the device thereto.

According to another aspect of the present invention, there is provided a radio communication device having a password unique to it and adapted for authenticating another device by use of the password, comprising: password holding means for holding at least a first password intended for temporary use and a second password intended for regular use; password selecting means for selecting an appropriate password from the password holding means according to a current communication condition; and password checking means for checking a password sent from another device with the password selected by the password selecting means to thereby authenticate the another device.

According to still another aspect of the present invention, there is provided a n authentication processing method of a radio communication which authenticates a device, the method comprising the steps of: selecting a security level from a plurality of security levels in accordance with a condition of the radio communication; receiving a request for an authentication from the device; receiving authentication information from the device; checking whether the received information from the device is valid or not depending on the selected security level; and sending a response of the check result which authenticates or rejects the device thereto.

According to still another aspect of the present invention, there is provided a radio communication method communicating with a device, the method comprising the steps of: storing a first password intended for temporary use and a second password intended for regular use; selecting the first password depending on a variable security level; receiving a request for a connection from the device; receiving a password for an authentication from the device; checking whether the received password from the device and the selected first password correspond or not; sending a response of the check result which authenticates or rejects the device thereto; performing a low-security-level communication with the authenticated device based on the connection; and changing over, when the communication is terminated, the security level to higher one than that of the first password and selecting the second password.

Additional objects and advantages of the invention will be set forth in the description which follows, and in part will be obvious from the description, or may be learned by practice of the invention. The objects and advantages of the invention may be realized and obtained by means of the instrumentalities and combinations particularly pointed out hereinafter.

BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWING

The accompanying drawings, which are incorporated in and constitute a part of the specification, illustrate presently preferred embodiments of the invention, and together with the general description given above and the detailed description of the preferred embodiments given below, serve to explain the principles of the invention.

FIG. **1** is a block diagram of a radio communication device according to an embodiment of the present invention;

FIG. **2** is a diagram for use in explanation of device-to-device communication in the embodiment;

FIG. **3** illustrates the flow of processing from a request for connection to the completion of authentication in the embodiment;

**4**

FIG. **4** is a flowchart for switching between a temporary password and a private password in the embodiment;

FIG. **5** is a diagram for use in explanation of how conferencing passwords are selected in an electronic conferencing system;

FIG. **6** is a diagram for use in explanation of management of passwords of slave stations through ID information of a master station in a radio communication system composed of multiple radio communication devices;

FIG. **7** is a flowchart for user authentication in the Bluetooth system; and

FIG. **8** shows the contents of the table used in the user authentication processing shown in FIG. **7**.

DETAILED DESCRIPTION OF THE INVENTION

FIG. **1** is a block diagram of a radio communication device according to an embodiment of the present invention, which comprises a data transmitting and receiving section **11**, an antenna **12**, a connection-break detecting section **13**, an external factor acquisition section **14**, a time control section **15**, a password holding section, a password management section **17**, a password selecting section, a password checking section **19**, and an authentication password input section **20**. User events **21** are applied to the password management section **17**, the password selecting section **18**, and the authentication password input section **20**.

The data transmitting and receiving section **11** makes radio communication with other devices through the antenna **12**, performs low-level framing and synchronous processing, and can perform error detection and correction as required.

The connection-break detecting section **13** examines data receiving conditions in the data transmitting and receiving section **11** to detect whether the device with which the connection has been set up lies outside the coverage area and presents the result to the password selecting section **18**. The connection-break detecting section **13** is also configured to allow the user to set arbitrarily parameters, such as timer values, receiving sensitivity, etc., for recognizing connection break, that is, to set optimum values so that the password is not readily switched to another one in the event of bad data receiving conditions. Although, in FIG. **1**, the connection-break detecting section **13** is provided independently, it may be incorporated into the external factor acquisition section **14**.

The external factor acquisition section **14** identifies external factors, for example, the presence or absence of AC power supply, the presence or absence of wireless connection, such as Bluetooth, IrDA, etc., or wired connection, such as USB, IEEE1394, etc., and controls the password selecting section **18** correspondingly.

The time control section **15** controls time information in terms of absolute time or relative time and, at the occurrence of timer runout, notifies the password selecting section **18** of it.

The password holding section **16** is a memory that stores a plurality of passwords for authenticating the device (e.g., two passwords: a temporary password and a private password). The temporary password is one which is valid only during the duration of connection with a certain device and intended for temporary use, whereas the private password is one which ensures high confidentiality to increase the security of the device and is intended for regular use. The password management section **17** is adapted to add new

5

passwords to the contents of the password holding section **16** or deleting existing passwords therefrom according to events **21** from the user.

The password selecting section **18** selects the most suitable password for current connection from among the passwords stored in the password holding section **16** according to the user events **21**, information acquired by the external factor acquisition section **14**, and information from the time control section **15** and sends it to the password checking section **19**. The password selecting section is configured to be able to establish priority among the user event **21**, the external factor acquisition section **14**, and the time control section **15**.

When operating on an external factor acquired by the external factor acquisition section **14**, the password selecting section **18** carries out a password changing operation dependent on the external factor, as follows:

(a) In the absence of AC power supply, i.e., when the device is battery-powered, the device is recognized as being in the mobile environment and hence the private password is chosen.

(b) When a cable is connected, the device is recognized as being in the indoor environment and as a result the temporary password is chosen.

(c) When no radio carrier signal is received from a server, the device is recognized as having moved from the office to the outside, in which case the private password is chosen.

The password checking section **19** checks the password determined by the password selecting section **18** with an authentication password sent from a person with which the connection has been set up, thus implementing appropriate user authentication. The authentication password input section **20** enters the authentication password into the data transmitting and receiving section **11** according to the user event **21**.

Next, the authentication operation according to the present embodiment will be described.

Suppose now that devices A and B are about to be connected together as shown in FIG. **2**. In this case, the authentication procedure is performed when the device A enters the authentication password for the device B.

As shown in FIG. **3**, first, the user at the device A makes a request for connection. In response to this, the data transmitting and receiving section **11** in the device A issues a request for connection and transmits information from the antenna **12** (step B**1**).

Upon receiving the connection request from the device A, the data transmitting and receiving section **11** in the device B examines the received data and, in the case of no problem, sends a message to establish connection to the device A(step B**2**). After that, the connection is set up between the devices A and B (step B**3**). The connection in this case means the connection in low-level layer (e.g., the situation in which a virtual network address has been set up) and does not necessarily means high application services.

After the connection has been set up, the authentication procedure on the password is carried out. That is, the device B upon setting up the connection issues a request for authentication to the device A and prompts it to enter a password (step B**4**). In response to this, the user at the device A enters the password to the device B from the password input section **20** into the data transmitting and receiving section **11** for transmission to the device B (step B**5**).

Upon receipt of the password, the device B checks it with an authentication password chosen by the password select-

6

ing section **18**. If the result indicates that the received password is improper, then the device B sends to the device A a message to the effect that the password is incorrect. If, on the other hand, the received password is correct, then the user authentication procedure comes to an end (step B**6**).

In the user authentication procedure, each individual user generally uses an authentication password having much increased confidentiality, thereby providing increased security for his own device. However, in applications of highly ad hoc nature, such as table conferencing, card exchange, etc., an easy-to-handle environment may be expected to be built up even if the security for devices is lowered temporarily. The procedure for implementing such an environment will be described below.

Consider now the case of card exchange with a complete stranger in a card exchange application installed in personal digital assistants (PDAs). In this case as well, user authentication is performed between the devices A and B.

The user at the device B generally uses a private password having much increased confidentiality as the authentication password so as to increase the security for his own device. However, to inform a stranger of the private password in such a situation as in this example is not desirable from the viewpoint of security. For this reason, the user at the device B sets up such a password (temporary password) as is valid only while the connection with the device A is set up and uses the temporary password for user authentication.

The switching control between the private password and the temporary password (security level control) will be described below with reference to a flowchart illustrated in FIG. **4**.

The user at the device B issues a command which is based on the event **21** to the password selecting section **18** (step C**1**) and then sets up the temporary password as the authentication password (step C**2**). After that, the device B is placed in the wait state until a connection request is generated from the device A (step C**3**). The temporary password is very simple one (e.g., "ABC") as compared with the private password and presented to the user at the device A. In an extreme case, communication could be made between the devices A and B with no password. Making the temporary password simple as described above will make it possible to notify the user at the device A of the temporary password orally. Additionally, the temporary password may be sent to the device A along with electronic mail.

The user at the device A received notification from the device B makes a request to the device for connection and enters the temporary password.

In response to the connection request by the device A, the device B sets up the connection with the device A and then carries out authentication processing on the temporary password. After that, the devices A and B make data communications with each other on the card exchange application.

The device B makes a check for the termination of the card exchange application, i.e., for the break of the connection with the device A (step C**5**). Upon detecting the break of the connection, the device B negates the validity of the temporary password and makes an automatic change from the temporary password to the private password (step C**6**).

One method to automatically make a change from the temporary password to the private password is to associate the lifetime of the temporary password with the lifetime of the communication connection as will be described below.

That is, in FIG. **1**, at the time of a break of the connection set up with the current temporary password the connection

US 6,928,166 B2

7

break detecting section **13** notifies the password selecting section **18** that the connection has been broken. The password selecting section then makes a change from the currently selected password to the private password.

The temporary password may be associated with time information using the time control section **15** rather than with the connection. In this case, a timer value for the temporary password can be freely set by the user in the time control section **15**. For example, if there is a two-hour conference, then the temporary password is used for two hours and changed to the private password two hours later.

A password which is to be made valid at present is usually chosen by the user through the graphical user interface (GUI). Alternatively, the password may be chosen by an operation of double clicking a password file. For example, in using an application such as an electronic conferencing system, a method can be utilized by which a password file **26** storing information used for selecting a conferencing password is distributed beforehand from a device A to other devices B, C and D over a communication path such as for electronic mail **25** and conference participants are allowed to choose a conferencing password by merely double clicking the file. In this case, the password selecting section **18** chooses a password held in the password holding section **16** according to the information read from the password file **26**.

The use of the password file **26** allows an appropriate password to be chosen by a simple operation of double clicking that file with a mouse. Also, the use of the password file allows passwords to be set up without their contents becoming known to the conference participants.

The password file **26** may be stored with passwords themselves rather than password select information. In this case, a password selected from the file may be automatically set up as the authentication password.

The password file **26** may be distributed to devices through electronic mail by radio.

Next, in a radio communication system made up of a plurality of radio communication devices each having the above functions, the management of passwords of the slave devices through ID information of the master device will be described.

Switching is made between authentication passwords in order to, for example, lower the security level of an information device when it is inside an office so that anybody can make access to it and enhance the security level when it is outside the office to prevent access by a third party.

Specifically, as shown in FIG. **6**, a server (master device) **32** for managing the security level is installed in office **31** to detect whether an information device (slave device) **33** stays in the range of connection with the server through its connection break detecting section **13**. In the situation where the information device **33** is connected with the server **32**, a temporary password (or no password) is selected. In the situation where the connection with the server is broken, the private password is chosen.

The above configuration causes the server **32** to act as the key to password switching.

Although the embodiment has been described in terms of one-way authentication between the devices A and B, mutual authentication is also possible.

According to the present invention, as described in detail above, a radio communication device adapted to perform a authentication procedure on another device using its unique address is configured to hold at least two separate passwords of a temporary password and a private password and make

8

a choice from the two passwords for the procedure of authenticating the other device according to the current communication situations. Accordingly, depending upon what application is used, an appropriate password can be used for authentication and an easy-to-handle communication environment can be implemented in which a high level of security can be maintained at the time of usual communication and the security level can be lowered at the time of temporary communication.

Moreover, the inventive device is configured to usually choose the private password as authentication password, use the temporary password at the time of occurrence of a request by a user at another device for authentication thereof, and reuse the private password after the connection set up by the authentication procedure using the temporary password has been broken; therefore, there is no need for users to be conscious of a change from the temporary password to the private password.

Furthermore, the inventive device is configured to have external factor acquisition means, choose either of the temporary password and the private password for authentication of another device on the basis of information acquired by the external factor acquisition means; thus, the most suitable password can be automatically chosen according to communication situations.

In addition, the inventive device is configured to acquire position information of the device by external factor acquisition means or connection break detecting means and allow switching between the temporary password and the private password according to the position information; thus, the security level of the device can be changed automatically according to its location.

Additional advantages and modifications will readily occur to those skilled in the art. Therefore, the invention in its broader aspects is not limited to the specific details and representative embodiments shown and described herein. Accordingly, various modifications may be made without departing from the spirit or scope of the general inventive concept as defined by the appended claims and their equivalents.

What is claimed is:

1. An authentication processing apparatus of a radio communication which authenticates a device, the apparatus comprising:

   means for acquiring an external factor which is associated with a user level;

   means for selecting a security level from a plurality of security levels in accordance with the external factor;

   means for receiving a request for an authentication and authentication information from the device;

   means for checking whether the received information from the device is valid or not depending on the selected security level; and

   means for sending a response of the check result which authenticates or rejects the device thereto.

2. An authentication processing apparatus according to claim **1**, wherein said authentication information includes a PIN (Personal Identification Number) code.

3. An authentication processing apparatus according to claim **2**, further comprising means for storing a link-key comprising said PIN code and a unique ID of said device.

4. An authentication processing apparatus according to claim **1**, further comprising means for detecting a connection-break from the device and changing over said security level in response to the connection-break.

5. A radio communication device having a password unique to it and adapted for authenticating another device by use of the password, comprising:

US 6,928,166 B2

9

password holding means for holding at least a first pass-
word intended for temporary use and a second pass-
word intended for regular use;

password selecting means for selecting an appropriate
password from the password holding means according
to a current communication condition; and

password checking means for checking a password sent
from another device with the password selected by the
password selecting means to thereby authenticate the
other device.

6. The radio communication device according to claim 5,
wherein said password selecting means selects a password
according to information from a password file.

7. A radio communication device having a password
unique to it and adapted for authenticating another device by
use of the password, comprising:

password holding means for holding at least a first pass-
word intended for temporary use and a second pass-
word intended for regular use;

password management means for entering a new pass-
word into the password holding means and deleting an
existing password in the password holding means;

password selecting means for selecting an appropriate
password from the password holding means according
to current communication situations; and

password checking means for checking a password sent
from another device with the password selected by the
password selecting means to thereby authenticate the
other device.

8. A radio communication device having a password
unique to it and adapted for authenticating another device by
use of the password, comprising:

password holding means for holding at least a first pass-
word intended for temporary use and a second pass-
word intended for regular use;

password selecting means for selecting an appropriate
password from the password holding means according
to current communication situations;

password checking means for checking a password sent
from another device with the password selected by the
password selecting means to thereby authenticate the
other device; and

connection break detecting means for detecting radio
communication conditions and, upon detecting a con-
nection break as a result of the device having moved to
the outside of a communication service area, notifying
the password selecting means of the connection break,

the password selecting means usually choosing the second
password as an authentication password, using the first
password at the time of occurrence of a request by a
user at the other device as the authentication password,
and reusing the second password after the connection
set up by the authentication procedure using the first
password has been broken.

9. The radio communication device according to claim 8,
wherein the connection break detecting means includes
means for setting parameters containing timer values and
receiving sensitivity for recognizing the connection break.

10. A radio communication device having a password
unique to it and adapted for authenticating another device by
use of the password, comprising:

password holding means for holding at least a first pass-
word intended for temporary use and a second pass-
word intended for regular use;

external factor acquisition means;

10

password selecting means for selecting an authentication
password from the password holding means on the
basis of information acquired by the external factor
acquisition means; and

password checking means for checking a password sent
from another device with the password selected by the
password selecting means to thereby authenticate the
other device.

11. A radio communication device having a password
unique to it and adapted for authenticating another device by
use of the password, comprising:

password holding means for holding at least a first pass-
word intended for temporary use and a second pass-
word intended for regular use;

password selecting means for selecting an appropriate
password from the password holding means according
to current communication situations;

password checking means for checking a password sent
from another device with the password selected by the
password selecting means to thereby authenticate the
other device; and

time control means for counting time to provide manage-
ment information on a set time to the password select-
ing means,

the password selecting means usually choosing the second
password as an authentication password, using the first
password at the time of occurrence of a request by a
user at the other device as the authentication password,
and setting the second password as the authentication
password at the expiration of the time set by the time
management means.

12. A radio communication device having a password
unique to it and adapted for authenticating another device by
use of the password, comprising:

password holding means for holding at least a first pass-
word intended for temporary use and a second pass-
word intended for regular use;

password selecting means for selecting an appropriate
password from the password holding means according
to current communication situations; and

password checking means for checking a password sent
from another device with the password selected by the
password selecting means to thereby authenticate the
other device,

each of the devices acting as slave stations recognizing
information unique to a master station, selecting one of
the first and second passwords in a state where it can
communicate with the master station, and selecting the
other password in a state where it cannot communicate
with the master station.

13. An authentication processing method of a radio com-
munication which authenticates a device, the method com-
prising:

selecting a security level from a plurality of security
levels in accordance with a condition of the radio
communication;

receiving a request for an authentication from the device;

receiving authentication information from the device;

checking whether the received information from the
device is valid or not depending on the selected security
level; and

sending a response of the check result which authenticates
or rejects the device thereto.

14. An authentication processing method according to
claim 13, wherein said authentication information includes
a PIN (Personal Identification Number) code.

US 6,928,166 B2

**11**

**15**. An authentication processing method according to claim **14**, further comprising the step of storing a link-key comprising said PIN code and a unique ID of said device.

**16**. An authentication processing method according to claim **13**, further comprising the step of acquiring an external factor which is associated with said security level.

**17**. A radio communication method communicating with a device, the method comprising:

storing a first password intended for temporary use and a second password intended for regular use;

acquiring an external factor which is associated with a variable security level;

selecting the first password depending on a variable security level;

receiving a request for a connection from the device;

receiving a password for an authentication from the device;

**12**

checking whether the received password from the device and the selected first password correspond or not;

sending a response of the check result which authenticates or rejects the device thereto;

performing a low-security-level communication with the authenticated device based on the connection; and

changing over, when the communication is terminated, said security level to a higher one than that of said first password and selecting said second password.

**18**. A radio communication method according to claim **17**, wherein said second password includes a PIN (Personal Identification Number) code.

**19**. A radio communication method according to claim **18**, further comprising the step of storing a link-key comprising said PIN code and a unique ID of said device.

* * * * *

# EXHIBIT 4

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by BMW*

## BMW Bluetooth (ConnectedDrive system)



*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by BMW*

1. An authentication processing apparatus of a radio communication which authenticates a device, the apparatus comprising:

means for acquiring an external factor which is associated with a security level;

means for selecting a security level from a plurality of security levels in accordance with the external factor;

means for receiving a request for an authentication and authentication information from the device;

means for checking whether the received information from the device is valid or not depending on the selected security level; and

means for sending a response of the check result which authenticates or rejects the device thereto.

2

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by BMW*

| Claim 1 | |
|---|---|
| 1. An authentication processing apparatus of a radio communication which authenticates a device, the apparatus comprising: | <br><br>Source: https://www.youtube.com/watch?v=6gsNB319ltk<br><br>"Pair Your iPhone Via Bluetooth \| BMW Genius How-To"<br><br><br><br>http://blog.obdii365.com/2016/09/19/bmw-nbt-evohu-pinout-for-enet-cable/ |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by BMW*

| Claim 1 | |
|---|---|
| **means** for acquiring an external factor which is associated with a security level; | Source: https://www.aliexpress.com/i/32865208363.html<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by BMW*



| Claim 1 | |
|---|---|
| means for acquiring an external factor which is associated with a security level; | Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/ |

Today, we will look at Phase 1: Pairing Feature Exchange. Pairing is the exchange of security features that include things like Input/Output (IO) capabilities, requirements for Man-In-The-Middle protection, etc. The exchange of pairing information between two devices is done through the Pairing Request and Pairing Response packet. The contents of these two messages is shown below in Table 1 Pairing Request/Response.

| Field Sub-define | Code (1 Byte) | IO Cap (1 Byte) | OOB DF (1 Byte) | AuthReq (1 Byte) | | | | | Maximum Encryption Key Size (1 Byte) | Initiator Key Distribution (1 Byte) | Responder Key Distribution (1 Byte) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | BF | MITM | SC | KP | Reserved | | | |
| Bits* | 8 | 8 | 8 | 2 | 1 | 1 | 1 | 3 | 8 | 8 | 8 |

Table 1 Pairing Request/Response

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by BMW*

| Claim 1 | |
|---|---|
| means for selecting a security level from a plurality of security levels in accordance with the external factor; | Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/ <br><br> **BF, "Bonding_Flags"** <br><br> Bonding is the exchange of long-term keys after pairing occurs, and storing those keys for later use — it is the creation of permanent security between devices. Pairing is the mechanism that allows bonding to occur. <br><br> <table><tr><td>**Bonding_Flags** $b_1b_0$</td><td>**Bonding Type**</td></tr><tr><td>00</td><td>No Bonding</td></tr><tr><td>01</td><td>Bonding</td></tr><tr><td>10</td><td>Reserved</td></tr><tr><td>11</td><td>Reserved</td></tr></table> <br><br> **"MITM"** <br><br> MITM is short for "Man-In-The-Middle." This field is a 1-bit flag that is set to one if the device is requesting MITM protection. This blog focuses on the procedure for the pairing feature exchange—if you are interested in MITM, please refer to the Bluetooth Core Specification v4.2, Vol1, Part A, 5.2.3. <br><br> **"SC"** <br><br> The SC field is a 1-bit flag that is set to one to request LE Secure Connection pairing. The possible resulting pairing mechanisms are if both devices support LE Secure Connections, use LE Secure Connections and otherwise use LE legacy pairing. So this flag is an indicator to determine Phase 2 pairing method. |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by BMW*

| Claim 1 | |
|---|---|
| means for receiving a request for an authentication and authentication information from the device; | Source: https://luxuryautoworks.com/howto-pair-iphone-bmw-idrive-bluetooth/<br><br>Follow these steps, if you want to pair your iPhone with BMW iDrive:<br><br>1. Navigate to the "Settings" menu on iDrive<br>2. Select the tab "Connections", followed by "Bluetooth"<br>3. Click "Add new device"<br>4. On iPhone: go to "Settings" / "Bluetooth"<br>5. Enable bluetooth and select BMW shown on screen<br>6. Enter the six-digit passkey shown on your BMW's display |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by BMW*

| Claim 1 | |
|---|---|
| means for checking whether the received information from the device is valid or not depending on the selected security level; and | Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by BMW*

| Claim 1 | |
|---|---|
| means for sending a response of the check result which authenticates or rejects the device thereto. | Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/ <br><br>  |

# EXHIBIT 5

US007127210B2

(12) **United States Patent**          (10) **Patent No.:**     **US 7,127,210 B2**
      Aoyagi                            (45) **Date of Patent:**        **Oct. 24, 2006**

(54) **WIRELESS COMMUNICATION APPARATUS**

(75) Inventor:  **Kazunori Aoyagi**, Fussa (JP)

(73) Assignee:  **Kabushiki Kaisha Toshiba**, Tokyo (JP)

( * ) Notice:   Subject to any disclaimer, the term of this
                patent is extended or adjusted under 35
                U.S.C. 154(b) by 576 days.

(21) Appl. No.: **10/096,678**

(22) Filed:     **Mar. 14, 2002**

(65)            **Prior Publication Data**

      US 2003/0114107 A1       Jun. 19, 2003

(30)       **Foreign Application Priority Data**

   Sep. 20, 2001   (JP)   ............................. 2001-287376

(51) **Int. Cl.**
     **H04B 7/00**          (2006.01)

(52) **U.S. Cl.** ..................... **455/41.2**; 455/403; 455/417;
                                370/259; 370/260; 370/261

(58) **Field of Classification Search** ................ 455/403,
          455/450, 410, 41.2, 41.3, 416, 417; 370/259,
          370/260, 261, 262, 263, 264, 265, 266, 267,
                                      370/268, 269, 270
     See application file for complete search history.

(56)              **References Cited**

                U.S. PATENT DOCUMENTS

   2002/0164953 A1*  11/2002  Curtis ........................ 455/41
   2003/0054794 A1*   3/2003  Zhang ........................ 455/403

            FOREIGN PATENT DOCUMENTS

   JP        2000-209646      7/2000
   JP        2001-189974      7/2001
   JP        2000-018082      1/2002

* cited by examiner

*Primary Examiner*—Matthew D. Anderson
*Assistant Examiner*—Sanh Phu
(74) *Attorney, Agent, or Firm*—Finnegan, Henderson,
Farabow, Garrett & Dunner. L.L.P.

(57)              **ABSTRACT**

This invention relates to a wireless communication appara-
tus including a discovery unit which discovers the comple-
tion of connection with another wireless communication
apparatus, a mode setup unit which sets up a mode which
defines processing for a signal for performing communica-
tion with the wireless communication apparatus from a
wireless communication apparatus except for another wire-
less communication apparatus, and a shift unit which shifts
to the mode set up by the mode setup unit when the
discovery unit discovers the completion of connection.

**21 Claims, 5 Drawing Sheets**





FIG. 1



FIG. 2

| Unique address | Mode selected upon connection establishment |
|---|---|
| Unique address A | Non-connectable mode 1 |
| Unique address B | Non-discoverable mode |
| Unique address C | Non-connectable mode 2 |
| Unique address D | Non-discoverable mode |
| Unique address E | Non-connectable mode 1 |
| : | : |

FIG. 3



FIG. 4



FIG. 5



FIG. 6

US 7,127,210 B2

**1**

# WIRELESS COMMUNICATION APPARATUS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is based upon and claims the benefit of priority from the prior Japanese Patent Application No. 2001-287376, filed Sep. 20, 2001, the entire contents of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a wireless communication apparatus and, more particularly, to a wireless communication apparatus which, after establishing connection with another wireless communication apparatus, automatically changes setups for discovery or connection with respect to still another wireless communication apparatus except for the connected wireless communication apparatus.

2. Description of the Related Art

The Bluetooth technique capable of achieving short-distance wireless communication between a plurality of wireless communication apparatuses has recently been developed along with the development of the wireless communication technology. An example of techniques adopting the Bluetooth technique is Jpn. Pat. Appln. KOKAI Publication No. 2001-189974.

Regarding the process up to establishing connection between wireless communication apparatuses in Bluetooth which is one of wireless communication schemes, the prior art reads,

"To communicate with another device, a given device makes an inquiry to check whether a device equipped with Bluetooth exists in a range where its radio waves can reach. The device checks an inquiry from another device by inquiry scan, and responds to the inquiry by an inquiry response function. The device can know the 48-bit address of the partner through an inquiry response which transmits an FHS (Frequency Hopping Synchronization) packet. Connection is set between these devices by the address. The paging device which wants to set connection starts a page process by using a specific address. At this time, the paged device periodically performs page scan. Since the normal page period is longer than the page scan period, the paged device can set connection with the paging device Upon recognizing through page scan that it has been paged, the paged device immediately starts a process of setting connection. In a normal state, connection is set."

As described above, when wireless communication apparatuses are to communicate with each other, the first wireless communication apparatus which wants to perform wireless communication sends an inquiry signal to peripheral wireless communication apparatuses. The second wireless communication apparatus which has received the inquiry signal sends back a response to the first wireless communication apparatus. The first wireless communication apparatus receives the response to the inquiry, and discovers the wireless communication apparatus which exists near itself. To request connection, the first wireless communication apparatus sends a page signal to the second wireless communication which has sent back the response. Then, the second wireless communication apparatus receives the page signal, and sends back a page response to the first wireless communication apparatus. Connection between the wireless communication apparatuses is established through this process, and wireless communication is enabled.

**2**

Bluetooth assumes that a wireless communication apparatus establishes connections with a plurality of wireless communication apparatuses and communicates with them. Even if a wireless communication apparatus establishes connection with another wireless communication apparatus and does not want to be connected to still another wireless communication apparatus, the wireless communication apparatus performs response processing to an inquiry or page sent from still another wireless communication apparatus. This may interfere with communication with the currently connected wireless communication apparatus.

When authentication is set to be performed in connection, the wireless communication apparatus is prompted to input an authentication code every time it receives a page from another wireless communication apparatus. This forces the user to perform an unwanted operation.

## BRIEF SUMMARY OF THE INVENTION

An object of the present invention is to provide a communication apparatus which, after establishing connection with a wireless communication apparatus, controls connection establishment with another wireless communication apparatus.

To achieve the above object, according to a first aspect of the invention, there is provided a communication apparatus comprising means for discovering completion of connection with another wireless communication apparatus, mode setup means for setting up a mode which defines processing for a signal for performing communication with the wireless communication apparatus from a wireless communication apparatus except for the another wireless communication apparatus, and means for shifting to the mode set up by the mode setup means when the discovery means discovers the completion of connection.

According to a second aspect of the invention, there is provided a communication method in a communication apparatus, comprising discovering completion of connection with another wireless communication apparatus and inhibiting connection with a wireless communication apparatus except for the another wireless communication apparatus.

According to the present invention, after a wireless communication apparatus establishes communication with another wireless communication apparatus, it can inhibit communication with still another wireless communication apparatus except for the currently connected wireless communication apparatus. This can prevent interference with communication with the connected wireless communication apparatus.

Additional objects and advantages of the invention will be set forth in the description which follows, and in part will be obvious from the description, or may be learned by practice of the invention. The objects and advantages of the invention may be realized and obtained by means of the instrumentalities and combinations particularly pointed out hereinafter.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWING

The accompanying drawings, which are incorporated in and constitute a part of the specification, illustrate embodiments of the invention, and together with the general description given above and the detailed description of the embodiments given below, serve to explain the principles of the invention.

US 7,127,210 B2

3

FIG. **1** is a view showing an example of the use environment of a wireless communication apparatus according to an embodiment of the present invention;

FIG. **2** is a functional block diagram showing a notebook type personal computer **1** as a wireless communication apparatus;

FIG. **3** is a table showing a mode setup table representing the relationship between a unique address and a mode selected upon connection establishment;

FIG. **4** is a flow chart for explaining the operation of the notebook type personal computer according to the first embodiment of the present invention;

FIG. **5** is a flow chart for explaining the operation of a wireless communication apparatus according to the second embodiment of the present invention; and

FIG. **6** is a flow chart for explaining the operation of a wireless communication apparatus according to the third embodiment of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

### First Embodiment

A wireless communication apparatus according to an embodiment of the present invention will be described below with reference to the several views of the accompanying drawing.

FIG. **1** is a view showing an example of the use environment of the wireless communication apparatus according to the embodiment of the present invention. In FIG. **1**, a notebook type personal computer **1**, PDA (Personal Digital Assistant) **2**, and VTR camera **3** have Bluetooth modules, and are in a wireless communicable environment.

FIG. **2** is a functional block diagram showing the notebook type personal computer **1** as a wireless communication apparatus. Although FIG. **2** shows the notebook type personal computer **1**, the PDA **2** and VTR camera **3** as other wireless communication apparatuses also have the same functions.

As shown in FIG. **2**, the notebook type personal computer **1** comprises a user interface **11**, control unit **12**, mode setup unit **13**, data processing unit **14**, wireless data processing unit **15**, wireless unit **16**, and antenna **17**.

The user interface **11** receives an inquiry or paging from the user, and sends the command to the control unit **12**.

The control unit **12** sends the command from the user interface **11** as control data to the wireless data processing unit **15**. The control unit **12** checks whether the received data which is demodulated and output from the wireless data processing unit **15** is control data or general data, and executes processing corresponding to the received data. If the received data is general data, the control unit **12** sends it to the data processing unit **14** which performs data processing.

If the received data is control data, the control unit **12** sends back corresponding control data to the wireless data processing unit **15**, and sends the control information to the user interface **11** and mode setup unit **13**.

The wireless data processing unit **15** modulates the control data and sends it to the wireless unit **16**. The control data is transmitted to another wireless communication apparatus by generating radio waves from the antenna **17**. The wireless data processing unit **15** demodulates received data and sends it to the control unit **12**.

4

The wireless unit **16** uses the antenna **17** to receive radio waves generated from another wireless communication apparatus, and sends them to the wireless data processing unit **15**.

When the mode setup unit **13** receives control data representing the completion of connection with another wireless communication apparatus, the mode setup unit **13** automatically changes setups for an inquiry or paging from still another wireless communication apparatus.

The setups of the mode are done for a mode setup table **18** representing the relationship between a unique address and a mode selected upon connection establishment, as shown in FIG. **3**.

In FIG. **3**, when connection with a device corresponding to unique address A is established, this means that the mode changes to non-connectable mode **1**. When connection with a device corresponding to unique address B is established, this means that the mode changes to a non-discoverable mode.

The non-connectable mode and non-discoverable mode are defined by the Bluetooth standard. The "non-connectable mode" in which the wireless communication apparatus does not respond to a page signal from another wireless communication apparatus means that the wireless communication apparatus does not change to a page scan state. The non-discoverable mode in which the wireless communication apparatus does not respond to an inquiry signal from another wireless communication apparatus means that the wireless communication apparatus does not change to an inquiry signal response state.

The Bluetooth standard defines two types of non-connectable modes because the wireless communication apparatus either does not respond to a page or sends back a page denial upon reception of a page signal (to be described later).

When received data demodulated by the wireless data processing unit **15** concerns an inquiry or paging from another wireless communication apparatus, the control unit **12** sends a response to the inquiry or paging from the wireless communication apparatus to the wireless data processing unit **14** on the basis of a mode set up by the mode setup unit **13**.

The operation of the notebook type personal computer according to the first embodiment of the present invention will be explained with reference to the flow chart of FIG. **4**. In FIG. **4**, the notebook type personal computer **1** is described as a wireless communication apparatus A; the PDA **2**, as a wireless communication apparatus B; and the VTR camera **3**, as a wireless communication apparatus C.

The user of the wireless communication apparatus A which is to start wireless communication instructs the control unit **12** through the user interface **11** to check wireless communication apparatuses present around the wireless communication apparatus A. The control unit **12** generates inquiry data upon reception of the request through the user interface **11**. The inquiry data is sent to the wireless data processing unit **15** where it is modulated. The modulated inquiry data is sent to the wireless unit **16** and transmitted from the antenna **17** (SA1).

The wireless communication apparatus B receives the inquiry transmitted from the wireless communication apparatus A, and outputs the received inquiry from the wireless unit **16** to the wireless data processing unit **15**. The wireless data processing unit **15** demodulates the received inquiry and sends it to the control unit **12** (SB1).

The control unit **12** of the wireless communication apparatus B determines that the inquiry has been received. Then, the control unit **12** generates inquiry response data including

US 7,127,210 B2

5                                                                6

the unique address of the wireless communication apparatus B and sends it to the wireless data processing unit **15**. The wireless data processing unit **15** modulates the inquiry response data and sends the modulated inquiry response data to the wireless unit **16**. The inquiry response data is transmitted from the antenna **17** (SB**2**).

The wireless communication apparatus A receives by the antenna **17** the inquiry response transmitted from the wireless communication apparatus B. The received inquiry response is sent from the wireless unit **16** to the wireless data processing unit **15**. The wireless data processing unit **15** modulates the received inquiry response and sends it to the control unit **12**. The control unit **12** determines that the inquiry response has been received (SA**2**), and sends unique address information of the wireless communication apparatus B included in the received inquiry response to the user interface **11**. The user interface **11** displays the unique address information of the wireless communication apparatus B.

The user of the wireless communication apparatus A which wants connection with the wireless communication apparatus B designates the unique address of the wireless communication apparatus B as a destination through the user interface **11**, and sends a paging signal to the control unit **12**. The control unit **12** generates page data to the wireless communication apparatus B and sends it to the wireless data processing unit **15**. The page data modulated by the wireless data processing unit **15** is sent to the wireless unit **16** and transmitted from the antenna **17** (SA**3**).

The wireless communication apparatus B receives by the antenna **17** the page transmitted from the wireless communication apparatus A. The received page is demodulated by the wireless data processing unit **15** and sent to the control unit **12**. The control unit **12** determines that the page has been received (SB**3**). The control unit **12** generates page response data and sends it to the wireless data processing unit **15**. The page response data modulated by the wireless data processing unit **15** is sent to the wireless unit **16** and transmitted from the antenna **17** (SB**4**).

The wireless communication apparatus A receives by the antenna **17** the page response transmitted from the wireless communication apparatus B. The received page response is demodulated by the wireless data processing unit **15** and sent to the control unit **12**. The control unit **12** determines that the page response has been received (SA**4**). If authentication is necessary, the control unit **12** causes the user interface **11** to display an authentication code input request. The user of the wireless communication apparatus A inputs the authentication code (SA**5**). The wireless communication apparatus A exchanges the authentication data with the wireless communication apparatus B and performs authentication (SA**6**).

After the wireless communication apparatus B transmits the page response, it causes the user interface **11** to display an authentication code input request if authentication with the wireless communication apparatus A is necessary. The user of the wireless communication apparatus B inputs the authentication code (SB**5**). The wireless communication apparatus B exchanges the authentication data with the wireless communication apparatus A and performs authentication (SB**6**).

If authentication in steps SA**6** and SB**6** succeeds, the wireless communication apparatuses A and B determine that connection is established, and send connection establishment information to their user interfaces **11**. The user interfaces **11** of the respective wireless communication

apparatuses notify the users of the wireless communication apparatuses of connection establishment (SA**7** and SB**7**).

If the control unit **12** determines in step SA**7** in the wireless communication apparatus A or in step SB**7** in the wireless communication apparatus B that connection has been established, the control unit **12** notifies the mode setup unit **13** of connection establishment. In the wireless communication apparatus A, the mode setup unit **13** sends to the control unit **12** an instruction for shifting to the non-discoverable mode, in accordance with a mode setup set in the mode setup table **18** in advance. Similarly in the wireless communication apparatus B, the mode setup unit **13** sends to the control unit **12** an instruction for shifting to the non-discoverable mode. Note that the mode setup tables **18** of the wireless communication apparatuses A and B are so set as to shift the mode to the non-discoverable mode when connection is established between the wireless communication apparatuses A and B. After connection is established between the wireless communication apparatuses A and B, the mode automatically shifts to the non-discoverable mode (SA**8** and SB**8**). After connection establishment, data is exchanged between the wireless communication apparatuses A and B (SA**9** and SB**9**).

If the third wireless communication apparatus C wants connection with the wireless communication apparatus A, the wireless communication apparatus C transmits an inquiry in step SC**1** similarly to step SA**1** of the wireless communication apparatus A.

In step SB**10**, the wireless communication apparatus B receives the inquiry from the wireless communication apparatus C by the same procedure as that in step SB**1**. The wireless communication apparatus B has received the inquiry from the wireless communication apparatus C, but the control unit **12** does not generate any response data to the inquiry because the wireless communication apparatus B has shifted to the non-discoverable mode. In step SB**11**, the wireless communication apparatus B does not transmit any inquiry response.

Since the wireless communication apparatus C cannot receive any inquiry response from the wireless communication apparatus B, it cannot discover the wireless communication apparatus B. In step SC**2**, an inquiry time-out occurs. The wireless communication apparatus C cannot acquire the unique address of the wireless communication apparatus B, and cannot request connection. The wireless communication apparatus C does not interfere with data transmission/reception between the wireless communication apparatuses A and B in steps SA**9** and SB**9**.

After data transmission/reception between the wireless communication apparatuses A and B in steps SA**9** and SB**9** ends, the mode setup, i.e., non-discoverable mode is cleared in the wireless communication apparatus B (SB**12**). The wireless communication apparatus B shifts to a normal mode.

The wireless communication apparatus according to the first embodiment shifts to the non-discoverable mode after connection establishment. This can prevent interference with communication with a connected wireless communication apparatus.

Second Embodiment

The operation of a wireless communication apparatus according to the second embodiment of the present invention will be described with reference to the flow chart of FIG. **5**.

US 7,127,210 B2

7

The process up to establishing connection between wireless communication apparatuses A and B, i.e., the process from step SA**1** to step SA**7** and from step SB**1** to step SB**7** is the same as that shown in FIG. **4**.

If a control unit **12** determines in step SA**7** in the wireless communication apparatus A or in step SB**7** in the wireless communication apparatus B that connection has been established, the control unit **12** notifies a mode setup unit **13** of connection establishment. In the wireless communication apparatus A, the mode setup unit **13** sends, to the control unit **12** in accordance with a preset mode setup, an instruction for shifting to the non-connectable mode in which the wireless communication apparatus A sends a denial response to the received page. Also in the wireless communication apparatus B, the mode setup unit **13** sends to the control unit **12** an instruction for shifting to the non-connectable mode in which the wireless communication apparatus B sends a denial response to the received page. Note that mode setup tables **18** of the wireless communication apparatuses A and B are so set as to shift the mode to the non-connectable mode when connection is established between the wireless communication apparatuses A and B. After connection is established between the wireless communication apparatuses A and B, the mode automatically shifts to the non-connectable mode in which the wireless communication apparatus sends a denial response to a received page (SA**8-1** and SB**8-1**).

Assume that a third wireless communication apparatus C wants connection with the wireless communication apparatus B. Further, assume that the wireless communication apparatus C acquires the unique address of the wireless communication apparatus B in advance by sending an inquiry and receiving an inquiry response before the wireless communication apparatus B shifts to the non-discoverable mode.

In step SC**1-1**, the wireless communication apparatus C designates the unique address of the wireless communication apparatus B and transmits a page. In step SB**10-1**, the wireless communication apparatus B receives the page from the wireless communication apparatus C. However, the wireless communication apparatus B has already shifted to the non-connectable mode. Thus, the control unit **12** generates a page denial response data (SB**10-1**) and transmits the page denial response (SB**11-1**).

The wireless communication apparatus C receives the page denial response from the wireless communication apparatus B (SC**2-1**). Since connection establishment fails, the control unit **12** notifies a user interface **11** of the connection establishment failure, and causes the user interface **11** to display the connection establishment failure (SC**3-1**). The wireless communication apparatus C cannot establish connection with the wireless communication apparatus B. The wireless communication apparatus C does not interfere with data transmission/reception between the wireless communication apparatuses A and B in steps SA**9** and SB**9**.

After data transmission/reception between the wireless communication apparatuses A and B in steps SA**9** and SB**9** ends, the mode setup, i.e., non-discoverable mode is cleared in the wireless communication apparatus B (SB**12**). The wireless communication apparatus B shifts to a normal mode.

The wireless communication apparatus according to the second embodiment shifts to the non-connectable mode after connection establishment, and transmits a page denial signal in response to a page signal from another wireless communication apparatus. This can prevent interference with communication with a connected wireless communication apparatus.

### Third Embodiment

The operation of a wireless communication apparatus according to the third embodiment of the present invention will be described with reference to the flow chart of FIG. **6**.

The process up to establishing connection between wireless communication apparatuses A and B, i.e., the process from step SA**1** to step SA**7** and from step SB**1** to step SB**8** is the same as that shown in FIG. **4**.

If a control unit **12** determines in step SA**7** in the wireless communication apparatus A or in step SB**7** in the wireless communication apparatus B that connection has been established, the control unit **12** notifies a mode setup unit **13** of connection establishment.

In the wireless communication apparatus A, the mode setup unit **13** sends, to the control unit **12** in accordance with a preset mode setup, an instruction for shifting to the non-connectable mode in which the wireless communication apparatus A does not respond to a received page. Also in the wireless communication apparatus B, the mode setup unit **13** sends to the control unit **12** an instruction for shifting to the non-connectable mode in which the wireless communication apparatus B does not respond to a received page. Note that mode setup tables **18** of the wireless communication apparatuses A and B are so set as to shift the mode to the non-connectable mode when connection is established between the wireless communication apparatuses A and B. After connection is established between the wireless communication apparatuses A and B, the mode automatically shifts to the non-connectable mode in which the wireless communication apparatus does not respond to a received page (SA**8-2** and SB**8-2**).

Assume that a third wireless communication apparatus C wants connection with the wireless communication apparatus B. Further, assume that the wireless communication apparatus C acquires the unique address of the wireless communication apparatus B in advance by sending an inquiry and receiving an inquiry response before the wireless communication apparatus B shifts to the non-discoverable mode.

In step SC**1-2**, the wireless communication apparatus C designates the unique address of the wireless communication apparatus B and transmits a page. In step SB**10-2**, the wireless communication apparatus B receives the page from the wireless communication apparatus C. However, the wireless communication apparatus B has already shifted to the non-connectable mode. Thus, the control unit **12** does not generate any response data to the page, and does not transmit any response to the page (SB**11-1**).

The wireless communication apparatus C does not receive any page response from the wireless communication apparatus B. A time-out occurs (SC**2-2**), and the wireless communication apparatus C fails to establish connection. Since the wireless communication apparatus C fails to establish connection with the wireless communication apparatus B, the control unit **12** notifies a user interface **11** of the connection establishment failure, and causes the user interface **11** to display the connection establishment failure (SC**3-2**). The wireless communication apparatus C cannot establish connection with the wireless communication apparatus B. The wireless communication apparatus C does not

US 7,127,210 B2

9

interfere with data transmission/reception between the wireless communication apparatuses A and B in steps SA**9** and SB**9**.

The wireless communication apparatus according to the third embodiment shifts to the non-connectable mode after connection establishment, and does not respond to a page signal from another wireless communication apparatus. This can prevent interference with communication with a connected wireless communication apparatus.

The above embodiments have separately described shift to the non-connectable mode and shift to the non-discoverable mode. However, the wireless communication apparatus may simultaneously shift to the non-connectable mode and non-discoverable mode after connection is established.

In the above embodiments, the third wireless communication apparatus C sends a paging signal to the wireless communication apparatus B which receives a page from the wireless communication apparatus A and responds to the page to establish the first connection with the wireless communication apparatus A. The present invention is also effective when the wireless communication apparatus C sends a paging signal to the wireless communication apparatus A because the wireless communication apparatus A also automatically shifts to the non-discoverable mode or non-connectable mode after the first connection is established.

As described above, the wireless communication apparatus of the embodiments establishes connection with another wireless communication apparatus, and then automatically changes setups for an inquiry or paging with respect to still another wireless communication apparatus. The wireless communication apparatus does not send back any response or sends back an inquiry denial response, thereby denying connection establishment with still another wireless communication apparatus except for the currently connected wireless communication apparatus. This can prevent interference with communication between currently connected wireless communication apparatuses.

The present invention is not limited to the above-described embodiments, and can be variously modified without departing from the spirit and scope of the invention in practical use. The respective embodiments can be combined as properly as possible. In this case, the effects of the combination can be obtained. The embodiments include inventions on various stages, and various inventions can be extracted by an appropriate combination of building components disclosed. For example, when an invention is extracted by omitting several building components from all the building components described in the embodiments, the omission is properly compensated for by a well-known technique in practicing the extracted invention.

As has been described in detail, the present invention can provide a wireless communication apparatus which, after establishing connection with another wireless communication apparatus, denies connection establishment with still another wireless communication apparatus except for the currently connected wireless communication apparatus, and does not interfere with communication between the currently connected wireless communication apparatuses.

Additional advantages and modifications will readily occur to those skilled in the art. Therefore, the invention in its broader aspects is not limited to the specific details and representative embodiments shown and described herein. Accordingly, various modifications may be made without departing from the spirit or scope of the general inventive concept as defined by the appended claims and their equivalents.

10

What is claimed is:

**1**. A wireless communication apparatus comprising:

a unit configured to set up a first mode where the wireless communication apparatus is connectable with at least a first wireless communication device and a second wireless communication device and accepts a connection request from the first wireless communication device;

a unit configured to establish a connection with the first wireless communication device;

a unit configured to discover a completion of the connection with the first wireless communication device;

a unit configured to set up a second mode where, in a state where the connection with the first wireless communication device is established, the wireless communication apparatus is inhibited from establishing a connection with the second wireless communication device with respect to a connection request from the second wireless communication device; and

a unit configured to shift from the first mode to the second mode when said discovering unit discovers the completion of the connection.

**2**. An apparatus according to claim **1**, wherein the second mode includes a non-discoverable mode in which the wireless communication apparatus does not respond to an inquiry signal.

**3**. An apparatus according to claim **1**, wherein the second mode includes a non-connectable mode in which no connection is performed for paging.

**4**. An apparatus according to claim **2**, wherein the second mode includes a non-discoverable mode based on a Bluetooth standard.

**5**. An apparatus according to claim **3**, wherein the second mode includes a non-connectable mode based on a Bluetooth standard.

**6**. An apparatus according to claim **4**, wherein the non-discoverable mode does not respond to an inquiry.

**7**. An apparatus according to claim **5**, wherein the non-connectable mode sends a connection denial response to a paging signal.

**8**. An apparatus according to claim **5**, wherein the non-connectable mode does not respond to a paging signal.

**9**. An apparatus according to claim **1**, wherein the second mode includes a non-discoverable mode and non-connectable mode based on a Bluetooth standard.

**10**. An apparatus according to claim **1**, wherein the second mode inhibits connection with another wireless communication apparatus.

**11**. An apparatus according to claim **1**, wherein the second mode is canceled after end of communication with the first wireless communication device.

**12**. A communication method in a wireless communication apparatus, comprising:

setting up a first mode where the wireless communication apparatus is connectable with at least a first wireless communication device and a second wireless communication device and accepts a connection request from the first wireless communication device;

establishing a connection with the first wireless communication device;

discovering a completion of the connection with the wireless communication apparatus;

setting up a second mode where, in a state where the connection with the first wireless communication device is established, the wireless communication

US 7,127,210 B2

**11**

apparatus is inhibited from establishing a connection with the second wireless communication device with respect to a connection request from the second wireless communication device; and

shifting from the first mode to the second mode after the completion of the connection.

**13**. A method according to claim **12**, wherein the second mode includes a non-discoverable mode in which the wireless communication apparatus does not respond to an inquiry signal.

**14**. A method according to claim **12**, wherein the second mode includes a non-connectable mode in which no connection is performed for paging.

**15**. A method according to claim **13**, wherein the second mode includes a non-discoverable mode based on a Bluetooth standard.

**16**. A method according to claim **14**, wherein the second mode includes a non-connectable mode based on a Bluetooth standard.

**17**. A method according to claim **15**, wherein the wireless communication apparatus does not respond to an inquiry signal from another wireless communication apparatus after shifting to the second mode.

**18**. A method according to claim **16**, wherein the wireless communication apparatus sends a connection denial response to a paging signal after shifting to the second mode.

**19**. A method according to claim **16**, wherein the wireless communication apparatus does not respond to a paging signal after shifting to the second mode.

**12**

**20**. A communication apparatus comprising:

a unit configured to establish a connection with a first wireless communication apparatus in a first mode; and

a unit configured to control a connection from a second wireless communication apparatus when the connection with the first wireless communication apparatus is established, wherein the control unit sets up a second mode in which, in a state where the connection with the first wireless communication device is established, the communication apparatus is inhibited from establishing a connection with the second wireless communication apparatus with respect to a connection request from the second wireless communication device.

**21**. A communication method in a communication apparatus, comprising:

establishing a connection with a first wireless communication apparatus in a first mode; and

controlling a connection from a second wireless communication apparatus when the connection with the first wireless communication apparatus is established, wherein controlling includes setting up a second mode in which, in a state where the connection with the first wireless communication device is established, the communication apparatus is inhibited from establishing a connection with the second wireless communication apparatus with respect to a connection request from the second wireless communication device.

\* \* \* \* \*

# EXHIBIT 6

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by BMW*

**BMW Bluetooth Audio
ConnectedDrive System**



*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by BMW*

20.  A communication apparatus comprising:

a unit configured to establish a connection with a first wireless communication apparatus in a first mode; and

a unit configured to control a connection from a second wireless communication apparatus when the connection with the first wireless communication apparatus is established, wherein the control unit sets up a second mode in which, in a state where the connection with the first wireless communication device is established, the communication apparatus is inhibited from establishing a connection with the second wireless communication apparatus with respect to a connection request from the second wireless communication device.

**2**

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by BMW*

| Claim 20 | |
|---|---|
| 20. A communication apparatus comprising: | Source: https://www.youtube.com/watch?v=6gsNB319ltk<br>"Pair Your iPhone Via Bluetooth \| BMW Genius How-To"<br><br><br><br>  https://www.ebay.com/i/264466352684<br>"**GENUINE BMW F30 KIT NBT EVO NAVIGATION**" |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by BMW*

| Claim 20 | |
|---|---|
| a unit configured to establish a connection with a first wireless communication apparatus in a first mode; and |   Source: https://www.aliexpress.com/i/32865208363.html    Source: https://www.youtube.com/watch?v=6gsNB319ltk "Pair Your iPhone Via Bluetooth | BMW Genius How-To" |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by BMW*

| Claim 20 | |
|---|---|
| a unit configured to establish a connection with a first wireless communication apparatus in a first mode; and | Source: http://www.bavarianmw.com/guide-4548.html <br><br> **Configuring devices** <br> Additional functions can be activated or deactivated in paired and connected devices. <br><br> 1. "Telephone" <br> 2. "Bluetooth® (phone)" <br> 3. Highlight the device to be configured. <br> 4. Open "Options". <br> 5. "Configure phone" <br> 6. Select the desired functions. At least one function must be selected. <br><br>  <br><br> 7. "OK" |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by BMW*

| Claim 20 | |
| --- | --- |
| a unit configured to control a connection from a second wireless communication apparatus when the connection with the first wireless communication apparatus is established | Source: https://www.aliexpress.com/i/32865208363.html  |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by BMW*

| Claim 20 | |
|---|---|
| a unit **configured to control a connection from** a second wireless communication apparatus when the connection with the first wireless communication apparatus is established | Source: https://www.youtube.com/watch?v=6gsNB319ltk<br>  "Pair Your iPhone Via Bluetooth \| BMW Genius How-To"<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by BMW*

| Claim 20 | |
|---|---|
| wherein the control unit sets up a second mode in which, in a state where the connection with the first wireless communication device is established | Source: https://www.youtube.com/watch?v=6gsNB319ltk<br><br>    "Pair Your iPhone Via Bluetooth \| BMW Genius How-To"<br><br><br><br>Note: "Second Mode" for device "Pixel" is clearly shown by grayed-out music icon. |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by BMW*

| Claim 20 | |
|---|---|
| the communication apparatus is inhibited from establishing a connection with the second wireless communication apparatus with respect to a connection request from the second wireless communication device. | Source: https://www.bimmerfest.com/forums/showthread.php?t=152040 <br><br> The BMW website says 4 phones can be paired. Once you pair the 5th the first is history. <br><br> Quote: <br><br> Pairing multiple phones <br><br> Pairing multiple phones to your BMW's Bluetooth® hands-free system is useful when more than one mobile phone is regularly used in the vehicle. Each additional phone needs to be paired to BMW's Bluetooth hands-free system using the same initial procedure you used with your first phone. <br><br> The hands-free system can store pairing information for a maximum of four Bluetooth phones. **Pairing a fifth phone will delete the phone that was paired first.** <br><br> Although multiple phones can be paired, only one phone at a time can be used with the hands-free system. See your Bluetooth Owner's Manual for details. |

**9**

# EXHIBIT 7

(12) **United States Patent**   (10) **Patent No.:** **US 7,184,707 B2**
Tada et al.   (45) **Date of Patent:** **Feb. 27, 2007**

(54) **COMMUNICATION DEVICE AND A METHOD FOR CONTROLLING THE COMMUNICATION DEVICE**

(75) Inventors: **Masahiro Tada**, Tokyo (JP); **Ikuo Sako**, Tokyo (JP); **Koichi Yata**, Saitama-ken (JP)

(73) Assignee: **Kabushiki Kaisha Toshiba**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 663 days.

(21) Appl. No.: **10/084,502**

(22) Filed: **Feb. 28, 2002**

(65) **Prior Publication Data**

US 2002/0147003 A1   Oct. 10, 2002

**Related U.S. Application Data**

(63) Continuation of application No. PCT/JP01/05570, filed on Jun. 28, 2001.

(30) **Foreign Application Priority Data**

Jul. 6, 2000   (JP)   ............................. 2000-204623

(51) **Int. Cl.**
| | |
|---|---|
| *H04B 7/00* | (2006.01) |
| *H04Q 7/20* | (2006.01) |
| *H04J 3/16* | (2006.01) |

(52) **U.S. Cl.** .................... **455/41.3**; 455/455; 455/510; 455/513; 370/466

(58) **Field of Classification Search** .............. 455/41.2, 455/41.3, 450; 358/1.5
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,287,545 A * 2/1994 Kallin ........................ 455/510

6,633,757 B1 * 10/2003 Hermann et al. ........ 455/414.1
6,721,787 B1 * 4/2004 Hiscock ...................... 709/217
6,807,413 B1 * 10/2004 Honda .................... 455/414.1
6,965,948 B1 * 11/2005 Eneborg et al. ............. 709/250
7,010,323 B2 * 3/2006 Suwa ...................... 455/552.1
7,024,183 B2 * 4/2006 Hymel ........................ 455/417

(Continued)

FOREIGN PATENT DOCUMENTS

JP   10-322773   12/1998

(Continued)

OTHER PUBLICATIONS

Copy of International Search Report dated Sep. 25, 2001.

*Primary Examiner*—Fan Tsang
*Assistant Examiner*—Lisa Hashem
(74) *Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

(57)   **ABSTRACT**

A communication device and a method for controlling a communication device that can load or unload service information at appropriate timings by flexibly designating discriminating conditions of connection or disconnection of a link. A service manager reads out necessary service information, such as service program or driver software, from the information memory area based on discriminating conditions designated in communication controlling information of the communication status. The service manager loads service information to a temporary information memory area in a host device. The service manager also unloads unnecessary service information from the temporary information memory area in the host device. A connection manager then performs communication protocol for communicating between the service information loaded in the temporary information memory area of the host and the service information memory of the device side.

**5 Claims, 11 Drawing Sheets**

**US 7,184,707 B2**

Page 2

| U.S. PATENT DOCUMENTS | | | |
|---|---|---|---|
| 2002/0034192 A1* | 3/2002 | Kim | 370/466 |
| 2002/0051184 A1* | 5/2002 | Fritz et al. | 358/1.15 |
| 2002/0094778 A1* | 7/2002 | Cannon et al. | 455/41 |
| 2002/0111138 A1* | 8/2002 | Park | 455/41 |
| 2003/0078002 A1* | 4/2003 | Sanjeev et al. | 455/41 |

FOREIGN PATENT DOCUMENTS

| JP | 11-164359 | 6/1999 |
|---|---|---|
| JP | 11225364 A | 8/1999 |
| JP | 11-355279 | 12/1999 |
| JP | 2000115189 A | 4/2000 |
| WO | WO 97/40457 | 10/1997 |

* cited by examiner

**FIG. 1**



100

**FIG. 2**



200

# FIG.3





FIG.4

## FIG. 5



# FIG. 6



# FIG.7



# FIG.8



FIG.9



# FIG.10



## FIG. 11

| DEVICE ADDRESS | FRIENDLY NAME | CONNECTION JUDGING CONDITIONS | | | | | DISCONNECTION JUDGING CONDITIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ISSUE NUMBER-OF-TIMES OF INQUIRY (n) | INTERVAL (Tl) | DETECTION NUMBER-OF-TIMES MAINTENANCE TIME (Tln) | DETECTION MODE | | ISSUE NUMBER-OF-TIMES OF CONNECTION REQUEST (m) | INTERVAL (Tj) | DETECTION NUMBER-OF-TIMES MAINTENANCE TIME (Tjm) | DETECTION MODE | |
| A A A A | TERMINAL A | | | | | | | | | | |
| B B B B | TERMINAL B | | | | | | | | | | |
| C C C C | TERMINAL C | | | | | | | | | | |
| X X X X | SETUP DEFAULT | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**FIG. 12**

US 7,184,707 B2

**1**

## COMMUNICATION DEVICE AND A METHOD FOR CONTROLLING THE COMMUNICATION DEVICE

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of international application number PCT/JP01/05570, filed Jun. 28, 2001, and claims priority to Japanese Patent Application No. 2000-204623, filed Jul. 6, 2000, the contents of which are incorporated herein by reference.

This application claims the benefit of priority of International Application No. PCT/JP01/05370, filed on Jun. 28, 2001.

### TECHNICAL FIELD OF THE INVENTION

The present invention relates to a communication device and a method for controlling the communication device, and more particularly to a radio communication device and a method for control thereof.

### DESCRIPTION OF RELATED ART

In the case where peripheral devices or extension cards are connected to a personal computer (PC), the PC is loaded with suitable driver software for the respective devices so that it may recognize hardware information for the additional devices. Moreover, the PC may further allocate various resources such as an I/O port, by using plug and play technology. In plug and play technology, the driver software corresponding to the additional devices and other related service programs are loaded or unloaded. The PC determines whether to load or unload the device software and source programs by detecting the device connection to the PC through a direct bus connection or a cable wired connection.

Recently, radio communication techniques have been put to practical use in coupling information devices. Radio communication techniques such as "Bluetooth" or Home RF are being used in coupling, for example, a PC and a Personal Digital Assistance (PDA); or a PC and a mobile telephone.

Bluetooth is a radio communication interface standard that uses an Industrial Scientific Medical (ISM) band of 2.4 GHz as a carrier frequency and provides a band zone of 1 Mbps within a 10 m service area.

Similar to Bluetooth, Home RF is also a radio communication standard for a home application. Home RF uses the same ISM band of 2.4 GHz as a carrier frequency and communicates through a maximum data transmission speed of 1.6 Mbps in a service area covering a distance from 50 m to 100 m.

In the prior art radio communication systems discussed above, a connection or disconnection between a master device and a slave device may frequently occur when the radio state becomes unstable due to the surrounding environment. During each connection or disconnection, a host PC may experience an increase in loads because of the repetitious loading and unloading, for example, of service information such as driver software or service programs. The increased load on the host PC results in a number of problems that hinder performance. Unintended communications generated by a user of the host PC due to the unexpected loading of service information, for example, causes excessive loads on the communication operations of the host PC. Further, unintended unloading of service information by

**2**

a user may prevent the host PC from communicating service information to the peripheral device.

Japanese patent application publication No. 11-355279, discloses technology that controls data communication in a radio communication system based on a corresponding link status of the radio communication system. The link status is determined by monitoring data communication between two devices of the radio communication system. Based on the number of frames corresponding to decoded managing data, the disclosed technology determines whether the communication environment is an all data transmittable area, an asynchronous transmittable area, or a transmission unable area. Identifying the type of communication environment enables the host PC to determine whether the radio communication system has a link possible status, a link impossible status, or a link possible status for only asynchronous data that are performed during a retransmission process.

A host device in a conventional radio communication system experiences reduced performance in its communication processes because of the repeated loading and unloading of service information, which corresponds to a radio link state of the radio communication system. The technology disclosed in Japanese patent application publication No. 11-355279 may increase the reliability of data communication. However, this technology cannot resolve the problem of reduced communication performance attributed to the unintentional loading or unloading of service information.

To overcome the above and other disadvantages of the prior art, methods and systems consistent with the present invention control a communication device to load or unload service information at appropriate timings by flexibly designating discriminating conditions on a link connection or a link disconnection in order to secure a stable radio communication system.

### SUMMARY OF THE INVENTION

An embodiment consistent with the present invention relates to a radio communication device on a network for communicating with a target communication terminal on the network. The radio communication device comprises a memory for storing service information so that perform predetermined functions can be performed over the network with the target communication terminal; a judging module for judging whether predetermined connection conditions with the target communication terminal are satisfied by repeating a target communication terminal discovery process before establishing radio communications with another target communication terminal; and a communication control module for executing the predetermined functions with the target communication terminal by reading service information associated with the target communication terminal from the service information memory when the predetermined connection conditions are satisfied.

Another embodiment consistent with the present invention also relates to a radio communication device on a network for communicating with a target communication terminal on the network. The radio communication device comprises a service information memory for storing service information that corresponds to the target communication terminal so that predetermined functions can be performed with the target communication terminal over the network; a judging module for judging whether predetermined disconnection discriminating conditions are satisfied by repeating a connection process with the target communication terminal before disconnecting radio communication with the target communication terminal; and a communication con-

US 7,184,707 B2

**3**

trol module for invalidating the predetermined functions associated with the service information that corresponds to the target communication terminal and storing the service information in the service information memory mechanism when the predetermined disconnection discriminating conditions are satisfied.

A further embodiment consistent with the present invention relates to a radio communication device in a network for communicating with a target communication terminal in the network. The radio communication device comprises a service information memory for storing service information so that predetermined functions can be performed with the target communication terminal; and a communication control module for communicating with the target communication terminal by using the service information read out from the service information memory based on communication controlling information that defines discriminating conditions for establishing a new connection with the target communication terminal or disconnecting an existing connection with the target communication terminal.

An additional embodiment consistent with the present invention relates to a communication device comprising a radio communication module for exchanging data with a target communication terminal over a network; a service information memory for storing service information so that predetermined functions can be performed with the target communication terminal; a communication control information designating module for designating communication conditions for a newly established radio communication connection with the target communication terminal or for discriminating a disconnection of an existing radio communication connection with the target communication terminal; a memory for storing the designated communication controlling information by the communication control information designating module; and a communication control module for determining whether the radio communication connection with the target communication terminal is in a connection status or a disconnection status based on the communication controlling information stored in the memory, and performing communication through the radio communication module by using service information read from the service information memory in accordance with the determination result.

Yet another embodiment consistent with the present invention relates to a radio communication device in a network that exchanges service information with a target communication terminal in the network for performing predetermined functions. The radio communication device comprises a service memory for storing the service information; a temporary memory for temporarily storing the service information used to establish communications with the target communication terminal; a first module for transferring the service information from the service memory to the temporary memory when a radio communicating connection for the target communication terminal has been established, and for transferring the service information from the temporary memory to the service memory when the radio communication connection with target communication terminal has been disconnected based on communication controlling information used for discriminating between a newly established radio communication connection with the target communication terminal and a disconnection of an existing radio communication connection with the target communication terminal; and a radio communication control mechanism for performing the predetermined functions with the target communication terminal when the service information is stored in temporary memory.

**4**

Yet a further embodiment consistent with the present invention relates to a communication device comprising a radio communication module for exchanging data with a target communication terminal through radio; a service memory for storing service information so that predetermined functions can be performed with the target communication terminal; a temporary memory for temporarily storing service information used in an established target communication terminal for communication; a designating module for designating communication controlling information in order to define conditions for discriminating between a newly established radio communication connection with the target communication terminal or a disconnection of an existing radio communication connection with the target communication terminal; a communication controlling information memory for storing the communication controlling information designated by the designating module; a memory for storing the communication controlling information designated by the designating module; a discriminating module for determining whether a status of the radio communication connection with a target communication terminal is a connection status or a disconnection status based on the communication controlling information in the communication controlling information memory, and transferring the service information from the service memory to the temporary memory when the status of the radio communication connection with the target communication terminal is the connection status, and transferring the service information from the temporary memory to the service memory when the status of the radio communication connection with the target communication terminal is the disconnection status; and a radio communication control module for performing the predetermined functions with the target communication terminal when the service information is stored in the temporary memory.

Yet an additional embodiment consistent with the present invention relates to a method for controlling a communication device that exchanges data with a target communication terminal over a radio network. The communication device has a memory for storing various types of data. The method when establishing a new radio communication connection between the communication device and a target communication terminal, comprises judging whether predetermined connection discriminating conditions are satisfied by repeating a target communication terminal discovery process before performing the predetermined functions; and performing the predetermined functions through the radio communication connection by extracting required service information from memory to perform the predetermined functions between the communication device and the target communication terminal, the required service information is stored in the memory by executing the predetermined functions with the target communication when the predetermined connection conditions are satisfied.

Still another embodiment consistent with the present invention relates to a method for controlling a communication device that exchanges data with a target communication terminal over a network. The communication device has a memory for storing various types of data. The method when disconnecting radio communication connection established between the communication device and a target communication terminal, comprises judging whether disconnection conditions are satisfied by repeating a target communication terminal connection process; and invalidating the predetermined functions corresponding to executed service information that is stored in memory so that the predetermined functions between the communication device and the target

US 7,184,707 B2

**5**

communication terminal can be performed when the disconnection discriminating conditions are satisfied.

Still a further embodiment consistent with the present invention relates to a method for controlling a communication device that exchanges data with target communication terminal over a network, the communication device having a memory mechanism for storing various types of data. The method comprises judging whether a radio communication connection between the communication device and a target communication terminal is in a connection status or in a disconnection status, based on communication controlling information that defines conditions for discriminating between a new radio communication connection established between the communication device and a new target communication terminal, or a disconnection of radio communication connection established between the communication device and the target communication terminal, and performing radio communications with the target communication terminal by using service information that executes the predetermined functions between the communication device and the target communication terminal, the service information being stored in memory based on a discrimination result.

Still an additional embodiment consistent with the present invention relates to a method for controlling a communication device that exchanges data with a target communication terminal over a network, the communication device having a memory for storing various types of data. The method comprises storing, in memory, designated communication control information that defines discriminating conditions for discriminating between establishing a new radio communication connection between the communication device and a target communication terminal, or a disconnecting a radio communication connection established between the communication device and the target communication terminal; judging whether the radio communication connection between the communication device and the target communication terminal is in a connection state or a disconnection state based on the designated communication control information; and performing radio communication with the target communication terminal by using service information that executes the predetermined functions between the communication device and the target communication terminal, the service information being stored in memory based on a discrimination result.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram illustrating a general structure of a radio-communications system consistent with the present invention.

FIG. **2** is a block diagram illustrating a general structure of a complete radio-communications system consistent with the present invention.

FIG. **3** is a block diagram illustrating a hardware structure of a personal computer used as information processing equipment consistent with the present invention.

FIG. **4** is a block diagram illustrating a software structure of a personal computer consistent with the present invention.

FIG. **5** is a block diagram illustrating a hardware structure of a mobile telephone consistent with the present invention.

FIG. **6** is a block diagram illustrating a software structure of a mobile telephone consistent with the present invention.

FIG. **7** is a block diagram illustrating a structure of a host and a host controller consistent with the present invention.

**6**

FIG. **8** is a block diagram illustrating a connection/disconnection state of a radio link consistent with the present invention.

FIG. **9** is a flowchart showing a connection judging process of radio link consistent with the present invention.

FIG. **10** is a flowchart showing a disconnection judging process of a radio link consistent with the present invention.

FIG. **11** illustrates an example of a connection/disconnection setup state of a radio link consistent with the present invention.

FIG. **12** illustrates an example of user interface screen for designating connection/disconnection conditions for a radio link consistent with the present invention.

## DETAILED DESCRIPTION OF THE EMBODIMENTS

Reference will now be made in detail to exemplary embodiments of the invention, which are illustrated in the accompanying drawings. Wherever possible, the same reference numbers will be used throughout the drawings to refer to the same or like parts.

FIG. **1** illustrates a basic structure of a radio-communication network **100** in accordance with an embodiment of the present invention. Generally, the radio communication system comprises information process equipment and a mobile apparatus. The information processing equipment may be represented, for example, by a battery driven notebook type personal computer (PC **1**). The mobile apparatus may be represented by a mobile telephone **2**. PC **1** and mobile telephone **2** may communicate information by establishing a local radio link. When a radio link is established between PC **1** and mobile telephone **2**, a user may perform predetermined service programs on radio communication network **100**, such as mailing data or exchanging personal information.

PC **1** may establish a radio link between a plurality of devices on radio communication network **100** at the same time. For example, PC **1** may exploit a multi-point access technique by connecting to mobile telephone **2** and at least one other PC device of network **100**. In the multi-point access technique, even if PC **1** is in a radio link state in which a connection has already been established, PC **1** may enter one of a number of operational modes. Particularly, PC **1** may enter a station discovery mode to search for a new target terminal, a waiting mode for the station discovery, or a waiting mode to demand an established connection to a discovered target terminal on the network. Thus, the multi-access technique enables a new target terminal to dynamically connect to network **100**.

The station discovery mode enables PC **1** to search for a target terminal that is located in a communication range of PC **1**, and collect information required for connection to the target terminal over network **100**. In the station discovery mode PC **1** broadcasts a message that indicates a station discovery. The waiting mode for a station discovery enables PC **1** to detect a station discovery message transmitted from a target terminal for a station search. PC **1** transmits a message in response to the station discovery message of the target node. The waiting mode for demanding establishment of a connection enables PC **1** to detect a demand for connection establishment message transmitted from a target terminal. PC **1** performs a process in response to the demand for connection establishment message of the target terminal.

PC **1** executes one of the operational modes mentioned above to establish a new radio line to a target terminal on network **100**. The station discovery mode, waiting for the

US 7,184,707 B2

7

station discovery mode, and waiting for a demand of connection establishment mode allow PC **1** to transfer messages over a control channel of network **100**. However, when transmitting or receiving data, PC **1** uses a radio resource between the control channel and a communication channel. If PC **1** executes a control process while also communicating with a target device, PC **1** temporarily suspends the communication with the target device. PC **1** dynamically controls execution timings and intervals of control procedures based on conditions designated by a user. Particularly, PC **1** executes station discovery mode, waiting for the station discovery mode, and waiting for a demand of connection establishment mode for establishing a new radio link on network **100**. PC **1** further executes the station connection demand mode to disconnect a radio link with a target device on the network.

FIG. **2** shows a general structure of a complete radiocommunication network **200** in accordance with an embodiment consistent with the present invention. Radio communications network **200** includes PC **1**, mobile telephone **2**, a mobile phone base station **3**, a public link network **4**, and a server **5**.

PC **1** includes an antenna unit **8** for communicating information with mobile telephone **2** over network **200**. PC **1** further includes an LCD (not shown) for displaying data and a keyboard for inputting data (not shown).

Mobile telephone **2** includes a mobile phone antenna unit **42** for exchanging information with the mobile-phone base station **3** over an 800 MHz radio wave of network **200**. Mobile telephone **2** further includes a radio antenna unit **34** for exchanging information with PC **1** over a 2.45 GHz radio wave. Mobile telephone **2** also includes a LCD (Liquid Crystal Display) for displaying data and a key operation unit for inputting data.

Mobile phone base station **3** represents a predetermined radio area and facilitates communications from a mobile telephone **2** located within the predetermined radio area. Public link network **4** connects mobile phone base station **3** to server **5**.

Mobile telephone **2** performs transmission and reception of sound or data between mobile phone base station **3**. Mobile phone base station **3** constitutes a predetermined radio area, and realizes communication with a portable telephone **2** within the radio area over the 800 MHz radio wave. Mobile phone base station **3** connects to server **5** through a public link network **4**.

PC **1** and the mobile telephone **2** are coupled by a radio wave of a specific frequency band different from the radio wave used for communication in the mobile-phone system. Practically, the Bluetooth system of 2.45 GHz band is used for coupling between the PC **1** and the mobile telephone **2**. The Bluetooth system is a short-distance radio-communications standard for realizing radio communications around 10 m by using an electric wave of 2.45 GHz band.

FIG. **3** is a block diagram illustrating a hardware structure of PC **1** in accordance with an embodiment consistent with the present invention. PC **1** includes a radio module **7** having an antenna unit **8**, a Radio Frequency (RF) unit **9**, a base band unit **10**, a memory unit **11**, a crystal oscillation unit **12**, an AD/DA conversion unit **13**, and a microphone/speaker unit **14**. PC **1** also includes an engine unit **15** having a Mathematical processing unit (MPU) **17**, a hard disc drive (HDD) **18**, a light emitting diode (LED) **19**, a universal serial bus (USB) **20**, a liquid crystal display (LCD) **21**, a keyboard **22**, and a personal computer memory card international association (PCMCIA) interface **23**. Radio module **7** communicates data with mobile telephone **2** over the 2.45

8

GHz radio wave on network **200**. Engine unit **15** provides an interface to users and other peripheral devices of network **200**.

Antenna unit **8** provides an interface to radio communication network **200** and exchanges information with mobile telephone **2** over a 2.45 GHz radio wave. For illustrative purposes, antenna unit **8** is assumed to receive a signal over radio communication network **200**.

When antenna unit **8** receives a 2.45 GHz radio wave, RF unit **9** is connected to receive the radio wave on its input from antenna unit **8**. RF unit **9** is also connected to receive an input from crystal oscillation unit **12**. RF unit **9** mixes the 2.45 GHz radio wave input from antenna unit **8** and a base frequency signal input from crystal oscillation unit **12** and produces an intermediate frequency signal. RF unit **9** decodes the intermediate frequency signal and generates a digital signal. RF unit **9** outputs the digital signal to an input of baseband unit **10**. Alternatively, when antenna unit **8** transmits a 2.45 GHz radio wave, RF unit **9** is connected to receive an input from baseband unit **10** and an input from crystal oscillation unit **12**. RF unit **9** modulates the signal received from baseband unit **10** with the base band signal received from crystal oscillation unit **12** to generate a 2.45 GHz radio wave. RF unit **9** provides the 2.45 GHz radio wave on its output to antenna **8**.

When antenna unit **8** receives a 2.45 GHz radio wave, baseband unit **10** is connected to receive an input from RF unit **9**. Baseband unit **10** includes a clock control unit **24** and a serial interface **16**. Using clock control unit **24**, baseband unit **10** changes the data sequences of the digital signals received on its input. Baseband unit **10** provides the modified digital signals to MPU **17** on serial interface **16**. Alternatively, when antenna unit **8** transmits a 2.45 GHz radio wave, baseband unit **10** is connected to receive an input signal from MPU **17** over serial interface **16**. Using clock control unit **24**, baseband unit **10** converts the input signal to a form that can be processed by RF unit **9**. Baseband unit **10** provides the converted signal on its output to RF unit **9**.

Memory unit **11** is connected to receive an input signal from baseband unit **10**. Memory unit **11** stores the received input signal. Alternatively, memory unit **11** may also provide the stored information on its output to baseband unit **10**.

Microphone/speaker unit **14** receives or outputs audio information. When receiving audio information, microphone/speaker unit **14** is connected to provide the received audio signal on its output to AD/DA conversion unit **13**. When outputting audio information, microphone/speaker unit **14** is connected to receive an audio signal on its input from AD/DA conversion unit **13**. Microphone/speaker unit **14** then outputs the received audio signal.

MPU **17** includes among other things a central processing unit (CPU), a memory, and a peripheral control circuit. When antenna **8** receives a 2.45 GHz radio wave, MPU **17** is connected to receive an input from baseband unit **10** through serial interface **16** and provide an output to at least one of HDD **18**, LED **19**, USB **20**, LCD **21**, or PCMCIA **23**. Alternatively, when antenna **8** transmits a 2.45 GHz radio wave, MPU **17** is connected to receive an input from one of HDD **18**, USB **20**, LCD **21**, keyboard **22**, or PCMCIA **23**. MPU **17** then provides a signal to baseband unit **10** through serial interface **16**. It should be apparent that MPU **17** may provide an output to at least one of HDD **18**, LED **19**, USB **20**, LCD **21**, or PCMCIA **23** regardless of a communication state of antenna **8**.

When antenna **8** receives a 2.45 GHz radio wave over network **200**, HDD **18** is connected to receive a signal from

9
10

MPU **17**. HDD **18** then stores the received signal. Alternatively, when antenna **8** transmits a 2.45 GHz radio wave over network **200**, HDD **18** may provide a signal on its output to MPU **17**.

LED **19** is connected to receive an input from MPU **17**. LED **19** emits a visible colored light based on the input received from MPU **17**. Particularly, LED **19** is used to indicate warnings regarding the operation of PC **1**.

USB **20** is connected to receive an input from MPU **17**. USB **20** connects peripheral devices (not shown) supporting the USB standard to PC **1**. When directed by MPU **17**, USB **20** provides signals on its output to the connected peripheral device. Alternatively, USB **20** is connected to receive an input from a connected peripheral device. USB **20** may provide signals on its input as an output to MPU **17**.

LCD **21** is connected to receive an input signal from MPU **17**. LCD **21** provides the input signal as an output so that information can be displayed to a user.

Keyboard **23** provides an interface between a user and PC **1**. A user may input information onto keyboard **323** by depressing at least one of a plurality of keys (not shown). Keyboard **23** provides the signal generated by the depressed keys on its output to MPU **17**.

PCMCIA **23** is connected to receive an input signal from MPU **17**. PCMCIA **23** provides an interface for mounting a PC card. PCMCIA **23** provides the input signal on its output to the mounted PC card. Alternatively, PCMCIA **23** is connected to receive an input signal from a mounted PC card. PCMCIA **23** provides the input signal on its output to MPU **17**.

FIG. **4** is a block diagram illustrating a software structure of PC **1** in accordance with the present invention. Because hardware components of PC **1** have been previously discussed, only the software components will be described below. PC **1** includes radio module **7** having RF unit **9**, baseband unit **10**, a Link Management Protocol (LMP) unit **25**, and a Host Control Interface (HCI) **26**. PC **1** also includes engine unit **15** having an operating system (OS) **27**, driver software **28**, a service program **29**, a radio protocol stack **30**, an HCI **31**, and clock control information **32**.

LMP **25** is configured to monitor an input of baseband unit **10**. LMP **25** controls a radio link between PC **1** and other radio communication equipment of network **200**, by analyzing information communicated over the 2.45 GHz radio wave. Through the analysis, LMP **25** determines whether a radio link between PC **1** and, for example, mobile telephone **2** exists. LMP **25** is further configured to provide results of this analysis to HCI **26**.

HCI **26** is configured to receive an input from LMP **25**. Alternatively, HCI **26** is also configured to provide an input received from the software components of engine unit **15** to LMP **25**. HCI **26** provides a serial interface between the software components of engine unit **15** and LMP **25**.

OS **27** is configured to provide an environment in which various software processes of engine unit **15** can be executed.

Driver software **28** is configured to control a number of peripheral hardware elements of engine unit **15**, such as HDD **18**, LED **19**, USB **20**, LCD **21**, keyboard **22**, and PCMCIA **23**. Driver software **28** is further configured to control word-processing software, spreadsheet software, electronic mail software, and system software used for recognizing remote-control operations.

Service program **29** is configured to monitor or control specific functions or hardware components associated with engine unit **15**.

Radio protocol stack **30** is configured to control communication over the 2.45 GHz frequency band by storing information received through HCI **31**. Radio protocol stack **30** controls the flow of information between the service program **29** and driver software **28** mounted on engine unit **15** and LMP **25** mounted on radio module **7**. Clock control information **32** is a sub-component of radio protocol stack **30** and is configured to control the timing of all processes input or output from the radio protocol stack **30**.

HCI **31** is configured to receive an input from radio protocol stack **30**. Alternatively, HCI **31** is also configured to provide an input received from the software components of radio module **7** to radio protocol stack **30**. HCI **31** provides a serial interface between the software components of radio module **7**.

FIG. **5** is a block diagram illustrating a hardware structure of mobile telephone **2** in accordance with an embodiment consistent with the present invention.

Mobile telephone **2** includes a radio module unit **33** having a radio antenna unit **34**, an radio RF unit **35**, a radio base band unit **36**, which includes a clock control unit **37** and a serial interface **41**, a memory unit **38**, and a crystal oscillation unit **39**. Mobile telephone **2** further includes a mobile phone engine part **40** having an antenna unit **42**, an RE unit **43**, a baseband unit **44** that includes a serial interface **520**, an LCD **45**, a key operation unit **46**, an LED **47**, and a memory unit **48**. Mobile telephone **2** also includes a common unit **49** having an AD/DA conversion unit **50**, a microphone/speaker unit **51**, and a power source **52**. Radio module unit **33** communicates with PC **1** over radio communication network **200** using a 2.45 GHz band radio wave. Mobile phone engine part **40** is connected to radio module unit **33** through a serial interface and serves as an interface to a user or other peripheral devices (not shown). Power unit **49** provides an audio interface and a power source for mobile telephone **2**.

Radio antenna unit **34** is connected to radio communication network **200** through a radio link (not shown). Radio antenna unit **34** transmits and receives a 2.45 GHz radio wave between PC **1** over the radio link. Radio antenna unit **34** provides the received radio wave on its output to radio RF unit **35**.

Radio RF unit **35** is connected to receive an input from radio antenna unit **34**. Radio RF unit **35** is also connected to receive baseband signal input from crystal oscillation unit **39**. Radio RF unit **35** modulates the received radio wave from radio antenna unit **34** with the baseband signal received from crystal oscillation unit **39**, to convert the radio wave into an intermediate frequency signal. Following the conversion, radio RF unit **35** demodulates the intermediate signal to generate a digital signal. Radio RF unit **35** provides the digital signal on its output to radio baseband unit **36**. Alternatively, when mobile telephone **2** desires to transmit a radio wave over radio communication network **200**, radio RF unit **35** receives a digital signal from radio baseband unit **36**. It should be understood that radio RF unit performs the reverse operations as described above, and provides a 2.45 GHz radio wave on its output to radio antenna unit **34**.

Radio baseband unit **36** is connected to receive a digital signal output from radio RF unit **35**. Radio baseband unit **36** is also connected to receive a signal output from memory unit **38**. Furthermore, radio baseband unit **36** is connected to receive an input from power unit **49**. Additionally, radio baseband unit **36** is connected to receive an input from engine unit **15**. Radio baseband unit **36** includes a clock control unit **37** and a serial interface **41**. When sending data through serial interface **41**, radio baseband unit **36** converts

US 7,184,707 B2

**11**

the digital signal received from radio RF unit **35** into a data sequence so that a CPU (not shown) of mobile telephone engine unit **40** may process the data. Clock control unit **37** determines the timing for sending and receiving a data sequence over serial interface **41**. On the other hand, radio baseband unit **36** provides the received digital data on its output to mobile telephone engine unit **40** and power unit **49**. Alternatively, when mobile telephone unit **2** desires to transmit a radio wave over radio communication network **200**, radio baseband unit **36** receives a data sequence from at least one of the power unit **49** or the mobile telephone engine unit **40**. Radio baseband unit **36** performs the reverse of the operations described above, and provides a digital signal on its output to radio RF unit **35**.

The components of mobile telephone engine unit **40** will now be discussed. Mobile phone antenna unit **42** communicates with mobile-phone base station **3**. Mobile phone antenna transmits and receives information over an 800 MHz radio wave. Mobile phone antenna unit **42** provides the received 800 MHz radio wave on its output to mobile phone RF unit **43**.

Mobile phone RF unit **43** is connected to receive the 800 MHz radio wave output from mobile phone antenna unit **42**. Mobile phone antenna unit **43** demodulates the received radio wave to generate a digital signal. Mobile phone RF unit **43** provides the digital signal on its output to mobile telephone baseband unit **44**. Alternatively, when mobile telephone unit **2** desires to transmit information to mobile-phone base station **3**, mobile phone RF unit **43** receives a digital signal output from mobile telephone baseband unit **44**. It should be understood that mobile phone RF unit **43** performs, in reverse order, the operations described above. Mobile phone RF unit **43** provides an 800 MHz radio wave on its output to mobile phone antenna unit **42**.

Mobile telephone baseband unit **44** is connected to receive an input signal from radio module unit **33** and power unit **49**. Mobile telephone baseband unit **44** is also connected to receive an input from key operation unit **46**, LED **47**, and memory unit **48**. Mobile telephone baseband unit **44** controls the flow of information within mobile telephone engine unit **40**. When mobile telephone unit **2** desires to send the information received by mobile telephone baseband unit **44** to mobile phone base station **3**, mobile telephone baseband unit **44** will provide the received signal on its output to mobile phone RF unit **43**. Alternatively, when the received information is targeted to a user, mobile telephone baseband unit **44** may provide the data to at least one of LED **47**, LCD **45**, radio module unit **33** through serial interface **520**, and power unit **49**.

LCD **45** is connected to receive an input from mobile telephone baseband unit **44**. LCD **45** provides the received input signal on its output so that information can be displayed to a user.

Key operation unit **46** provides an interface for a user. Key operation unit **46** converts the user's input into a signal to provide on its output to mobile telephone baseband unit **44**.

LED **47** is connected to receive an input from mobile telephone baseband unit **44**, LCD **45**, key operation unit **46**, and memory unit **48**. LED **319** is used to indicate warnings regarding the operation of mobile telephone unit **2**.

Memory unit **48** is connected to receive an input from mobile telephone baseband unit **44**. Memory unit **48** stores the received input until the mobile telephone baseband unit **44** requests the information.

Turning now to power unit **49**, AD/DA conversion unit **50** is connected to receive an analog signal from microphone/

**12**

speaker unit **51**. AD/DA conversion unit **50** is also connected to receive a digital signal from radio module unit **33** and mobile telephone engine unit **40**. AD/DA conversion unit **50** converts the received analog signal to a digital signal and provides the digital signal on its output to radio module unit **33** and mobile telephone engine unit **40**. Alternatively, AD/DA conversion unit **50** converts the received digital signal to analog and provides the analog signal on its output to microphone/speaker unit **51**.

Microphone/speaker unit **51** receives or outputs audio information. When receiving analog audio information, microphone/speaker unit **51** is connected to provide the received analog signal on its output to AD/DA conversion unit **50**. When outputting audio information, microphone/speaker unit **51** is connected to receive an analog audio signal on its input from AD/DA conversion unit **50**. Microphone/speaker unit **51** then outputs the received audio signal.

Power source **52** is mounted to provide a source of power for allowing mobile telephone **2** to perform the functions as discussed above.

FIG. **6** shows a block diagram illustrating a software configuration of mobile telephone **2** in accordance with an embodiment of the present invention. Mobile telephone **2** includes radio module **33** having software elements LMP **53** and HCI **54**, and mobile phone engine part **40** having software elements mobile telephone protocol stack **55**, service program **56**, radio protocol stack **57**, and clock control information **59**.

LMP **53** is configured to monitor an output of baseband unit **37**. LMP **53** controls a radio link between mobile telephone **2** and mobile phone base station **3** of radio communication network **200**, by analyzing information communicated over an 800 MHz radio wave. Through the analysis, LMP **53** determines whether a radio link exists between mobile phone **2** and, for example, mobile phone base station **3**. LMP **53** is further configured to provide results of this analysis to HCI **54**.

HCI **54** is configured to receive an input from LMP **53**. Alternatively, HCI **54** is also configured to provide an input received from the software components of mobile engine unit **40** to LMP **53**. HCI **54** provides a serial interface between the software components of engine unit **40** and LMP **53**.

Mobile telephone protocol stack **55** is configured to control communication over the 800 MHz frequency band by storing information received through HCI **54**. Mobile telephone protocol stack **55** controls the flow of information between the service program **56** mounted on engine unit **40** and LMP **53** mounted on radio module **33**. Clock control information **59** is configured to control the timing of all processes input or output from the radio protocol stack **55**.

Service program **56** is configured to monitor or control specific functions or hardware components associated with engine unit **40**.

Radio protocol stack **57** is configured to, control communication over the 2.45 GHz frequency band by storing information received through HCI **54**. Radio protocol stack **57** controls the flow of information between the service program **56** mounted on engine unit **40** and LMP **53** mounted on radio module **33**. Clock control information **59** is configured to control the timing of all processes input or output from the radio protocol stack **59**.

HCI **58** is configured to receive an input from mobile telephone protocol stack **55** and radio protocol stack **57**. Alternatively, HCI **58** is also configured to provide an input received from the software components of radio module **33**

US 7,184,707 B2

13

to mobile telephone protocol stack **55** or radio protocol stack **55**. HCI **58** provides a serial interface between the software components of radio module **33** and either of mobile telephone protocol stack **55** and radio protocol stack **57**.

The features of an embodiment consistent with the present invention that enables loading and unloading of service information processes are explained in detail below. In the discussion that follows it is assumed that Bluetooth is used as a radio-communications standard using a 2.45 GHz frequency band.

In the Bluetooth system, data transmission is achieved by a Time-Division Duplex (TDD) packet transmission of 625 microseconds per slot. Bluetooth uses a frequency hopping technique that changes a frequency for each transmitted packet. By using the same frequency hopping sequence, it becomes possible for one master to communicate with a maximum of seven slaves at the same time. A radio communication network configured in such a manner is known as a Piconet. Bluetooth further provides an asynchronous data channel (ACL: Asynchronous Connection Less) and a synchronous voice channel (SCO: Synchronous Connection Oriented) for data communications. The SCO can use up to three channels at once, each channel having a 64 Kbps channel throughput.

In Bluetooth, when a source terminal requests to communicate with a target terminal, but does not know an address of the target terminal, the source terminal performs an Inquiry for collecting information necessary to establish a connection. The Inquiry is also referred to as a station discovery. While performing the Inquiry, the source terminal may collect all device addresses and clock control information on all terminals that respond to the Inquiry. Because of the responses, the source terminal may establish a connection by executing a Page process (demand for connection establishment) based on the information collected from the responding terminals. Further, a remote terminal that is discovered by the source terminal performs an Inquiry Scan (waiting for station discovery) to answer the Inquiry message. Furthermore a remote terminal that is in a waiting state for a demand for connection establishment mode performs a Page Scan (waiting for a demand for connection establishment), to respond to the Page of the source terminal.

FIG. **7** illustrates a plurality of functional elements of PC **1** that enable the Bluetooth system to be mounted in accordance with an embodiment of the present invention. For illustrative purposes, we assume that PC **1** is a host device. PC **1** includes an information memory domain **76** having a service program **77**, driver software **78**, connection control information **79** and clock control information **84**. PC **1** also includes a host **70** having a service manager **72**, a connection manager **73**, a Bluetooth driver **74**, a setup program **75**, an OS **83**, and temporary memory **85**. PC **1** further includes a host controller **71** having a Bluetooth link manager **80** and a Bluetooth link controller **81**, and a Bluetooth RF circuit **82**.

The host **70** and information memory domain **76** permanently reside at host PC **1**. Host **70** and host controller **71** communicate in accordance with the protocol set forth by HCI **26** and **31**. Bluetooth link manager **80** and Bluetooth link controller **81** control operations of the Bluetooth RF circuit **82**. The Bluetooth device (non shown) is connected to PC **1** through USB **20**.

Connection control information **79** defines detection conditions for a link connection state.

Clock control information **84** is used to determine when various operations should be executed.

Service manager **72** accesses information memory domain **76** to read stored service information, for example,

14

service program **77** and driver software **78**. Service manager **72** loads the service information read from service program **77** and driver software **78** to temporary memory **85** of host device **70**. Service manager **72** may unload the service information from temporary memory area **85** as needed.

Connection manager **73** connects the temporary memory area **85** and the service information stored in a target device (not shown) so that service information can be communicated. Communication manager **73** monitors the connection state of a radio link based on communication control information **79**.

FIG. **11** shows a chart illustrating the contents connection control information **79**. Connection control information **79** includes a device address, a friendly name that is arbitrarily defined by a user to identify a device, connection judging conditions, and disconnection judging conditions. Connection judging conditions define conditions for determining whether a host device establishes a radio link with a target device. The connection conditions include a number of times (N) the same device issues Inquiry, an issue interval (Ti) of Inquiry, and a number-of-times maintenance time (Tn=N× Ti) expires before a response is detected, which is based on the Inquiry issue number-of-times (N) and the Inquiry issue interval (Ti). Specifically, service manager **72** loads service information when a response is detected before the predetermined number of times device detection is performed (i.e., after the number-of-times the maintenance time (Tn) ms has expired). If the loading time is shorter than the detected number-of-times the maintenance time (Tn) expires, then the loading process is determined to be unnecessary and is omitted. Host PC **1** determines that there is a low possibility for communication of the service information by establishing a radio link.

The disconnection judging conditions are conditions for determining whether host PC **1** disconnects a radio link with a target device. The disconnection judging conditions include a number-of-times (M) a connection request for recovering the connection is issued after host PC **1** detects a disconnection of a radio link, an issue interval (Tj) of the connection request, and a number-of-times the maintenance time (Tm=M×Tj) expires before a response is detected, which is based on the number-of-times (M) a connection request is made and the connection request issue interval (Tj). Thus, even if host PC **1** disconnects a radio link once, it is possible for host PC **1** to re-establish a connection with the radio link when a response to a connection request is received within a predetermined number of times before the maintenance time expires. PC **1** may, therefore, restrain the number of times service information is loaded because of an unnecessary radio link disconnection.

FIG. **8** explains a connection/disconnection state of a radio link between PC **1** and a mobile telephone **2** on network **200** using Bluetooth technology. In FIG. **8**, a boundary **2** designates a range limit of radio waves transmitted from the PC **1**. A boundary **1** designates an area outside of the range limit of radio waves transmitted by PC **1**. A boundary **3** designates an area inside of the range limit of radio waves transmitted by PC **1**.

In a first example, it is assumed that mobile telephone **2** is initially located in an area outside of boundary **1**.

When the mobile telephone **2** is located in a location outside of the boundary **2**, a radio link between PC **1** and mobile telephone **2** is not established because mobile telephone **2** is unable to answer a device detection (Inquiry) broadcast by PC **1** over radio communication network **200**. Assuming, mobile telephone **2** moves along locus A when mobile telephone **2** crosses boundary **2**, mobile telephone **2**

US 7,184,707 B2

15

responds to the device detection (Inquiry). After receiving the response from mobile telephone 2, PC 1 begins a connection judging process of the radio link. If the PC 1 detects that the responses corresponding to each Inquiry occurs N number of times within a detection maintenance time (Ti) ms, then PC 1 loads service information, and further communicates with mobile telephone 2.

An analysis of the radio link will now be made assuming that mobile telephone 2 moves along a locus B. As shown in FIG. 8, when traveling along locus B mobile telephone 2 initially moves toward PC 1, but reverses direction so that it moves in a direction away from PC 1. As previously stated, mobile telephone 2 cannot establish a radio link when it is located outside of boundary 2, because PC 1 cannot receive a response to the device detection (Inquiry). However, PC 1 receives a response to the device detection (Inquiry) from mobile telephone 2 and establishes a radio link, when mobile telephone 2 moves in a direction towards PC 1 and crosses boundary 2. As a result, PC 1 begins a judging process to determine the connection state of the radio link. However, as shown in locus B, while PC 1 judges the radio link, mobile telephone 2 suddenly changes directions and moves away from PC 1, until it is located outside of boundary 2. Because mobile telephone 2 cannot respond to the device detection of PC 1, when a predetermined number of responses to the device detection have not occurred within a specified time, PC 1 determines that connection conditions do not exist. Therefore, PC 1 does not perform a loading process of service information.

In contrast, under the conventional process, when a mobile telephone 2 moves into a location within boundary 2, PC 1 begins loading service information. Moreover, when mobile telephone 2 moves to a location outside of boundary 2, PC 1 immediately unloads service information. As a result, PC 1 performs unnecessary loading and unloading of service information. PC 1 also performs excessive communications with mobile telephone 2. From the above discussion it is apparent that the conventional process decreases communication performance.

In a second example, it is assumed that mobile telephone 2 is initially located inside of boundary 3.

Initially, PC 1 establishes a radio link with mobile telephone 2 because mobile telephone 2 is in a location within boundary 2. Assuming, now that mobile telephone 2 moves along a locus C, in a direction away from PC 1, when mobile telephone 2 crosses boundary 2, PC 1 detects a disconnection of the radio link. As a result, PC 1 transmits a connection request to the mobile telephone 2, indicating that the radio link is disconnected. PC 1 monitors radio communication network 200, to determine whether N responses are detected within a maintenance time (Tm) ms. However, because mobile telephone 2 is located outside of boundary 2, PC 1 does not receive N response within the maintenance time. Thus PC 1 disconnects the radio link. At the same time PC 1 disconnects the radio link, service manager 72 of PC 1 unloads the service information. Before disconnection of the radio link, PC 1 and mobile telephone 2 communicated the service information over radio network 200.

An analysis of the state of the radio link between PC 1 and mobile telephone 2 will now be made assuming that mobile telephone 2 travels in a direction shown by locus D. Initially, because mobile telephone 2 is located within boundary 2, PC 1 establishes a radio link with mobile telephone 2. When the mobile telephone 2 moves in a direction away from PC 1 to a location outside of boundary 2, PC 1 detects a disconnection of the radio link. As a result, PC 1 transmits a connection request to mobile telephone 2, indicating that the radio

16

link is disconnected. PC 1 monitors radio network 200 for response from mobile telephone 2 to determine whether N responses are detected within a predetermined maintenance time (Tm) ms. If, however, mobile telephone 2 moves in a direction towards PC 1 to a location within boundary 2, mobile telephone 2 responds to the connection request of PC 1. Because PC 1 detects a response within the predetermined maintenance time, PC 1 maintains the radio link.

FIGS. 9 and 10 show a flow diagram illustrating the connection judging process and disconnection judging process, respectively, in a manner consistent with the present invention.

During the connection judging process shown in the flow chart of FIG. 9, service manager 72 of PC 1 sends an HCI command to host controller 71. Service manager 72 further performs an Inquiry so that a device may be discovered on network 200. Service manager 72 acquires a device address, clock control information, and service demand information from a target device on network 200 (S100). PC 1 then determines whether the detected target device address is registered into connection control information 79 of information memory domain 76 (S101). If, PC 1 determines that the detected target device address is not registered in connection control information 79, then the connection judging process moves to S102. On the other hand, if PC 1 determines that the detected device address is registered in connection control information 79, then the connection judging process moves to S105.

At S102, because the connection control information corresponding to the detected target device address is not registered, PC 1 asks a user whether connection conditions and disconnection conditions are required to be setup and registered. If a user answers "yes," PC 1 performs an appropriate setup/registration processes (S103). If a user answers "no," then PC 1 does not perform the setup process (S104) and default connection/disconnection conditions of network 200 are associated with the detected target device and copied into connection control information 79. This process is performed so that the newly detected target device address is associated with at least standard connection conditions.

The process step performed at S103, is explained in further detail in FIG. 12. FIG. 12 illustrates an example of a condition set-up screen as displayed on LCD 21 of PC 1. Keyboard 22 enables a user to input the necessary data. A user may optionally input a friendly name of the device as an entry in the condition setup object. A user may indicate connection detecting condition set-up items including a number of times (N) an Inquiry should issue, an issue interval (Ti), and a detection number for the maintenance time (Tn). A user may also indicate disconnection detecting conditions setup items including a number-of-times a connection request should issue request (M), an issue interval (Tj), and a detection number for a maintenance time (Tm).

Furthermore, the condition set-up screen enables a user to indicate an inquiry detection mode, which allows the connection request inquiry detection interval to be fixed or variable. In Bluetooth, a user may also dynamically vary an issue interval of the inquiry or connection request. When a user sets a variable inquiry detection mode, thereby giving priority to the detection number of the maintenance time of detection number-of-times, a host device may connect or disconnect a radio link even when the number of issued inquiries fails to meet the predetermined level. Moreover, a user may give priority to the inquiry detection mode or the connection request detection mode by selecting a fixed state. When a user completes the condition setup, a "Registration"

US 7,184,707 B2

17

button may be selected so that an address may be assigned to the previously detected target device. Furthermore, selecting the "Registration" button saves the condition setup information in connection control information **79**. If a user selects a "Cancellation" button, then processing is terminated without saving the contents of the condition set up screen. It is further possible to change the setup items of any devices by selecting a triangle mark in the right column of the condition setup object field. This enables a user to select a detection device from a list of friendly names registered to each respective device in connection control information **79**.

Returning now to FIG. **9**, at S**105** the connection judging conditions based on the detected device address are read from connection control information **79**, and the device discovery process continues based on the read conditions (S**105**). At step S**106**, the host device detects whether the number of times of inquiry is less than N. When the number of times of Inquiry detection is not less than N, the process returns to S**105**. Alternatively, when the number of times of Inquiry detection is less than N, processing progresses to S**107**. At S**107**, the host loads information from service program **77** or driver software **78** in information memory area **76** that corresponds to the service information demanded from the detected device to temporary memory area **85**. As a result, the host device may communicate with the detected device side. By performing the above process, PC **1** prevents the unexpected loading of service information when a mobile telephone **2** enters a communication area of PC **1**. Furthermore, PC **1** avoids an increase in communication loads with mobile telephone **2**.

FIG. **10** shows a flow chart illustration of the disconnection judging process. Connection manager **73** of PC **1** monitors the connection state of a radio link with a mobile telephone **2**, based on a notice from Bluetooth driver **74** (S**110**). Connection manager **73** determines whether the radio link has disconnected (S**111**). When the radio link has disconnected, connection manager returns to S**110** in order to continue monitoring the connection state of the radio link. If radio link disconnection is detected, however, connection manager **73** progresses to S**112**. At S**112**, service manger **72** identifies a device address for the disconnected link (S**112**), and connection manager **73** monitors a radio link connection state by reading out the disconnection judging conditions in connection control information **79** associated with the device address (S**113**). When the number of detected connection requests is less than M, connection manager **73** returns to S**113** in order to continue monitoring the connection state of the radio link. When the number becomes M times, the process progresses to a step S**114**. When the number of detected connection requests is not less than M, connection manager **73** confirms disconnection of the radio link, because no response was received from a target device. Service manager **72** unloads service information from temporary memory area **85**(S**115**). By performing this control, PC **1** avoids unnecessary loading or unloading of operations of the service information, because connection manager **73** maintains a radio link connection if mobile telephone **2** sends a response within a predetermined time period. As shown in FIG. **8**, even if, after the radio link is established, mobile telephone **2** temporarily moves outside of a communication range of the PC **1**, connection manager **73** will maintain a radio link connection if mobile telephone **2** sends a response within a predetermined time period. Thus, PC **1** also avoids an increase of processor loads and can further avoid an increase of radio-communications load with a mobile telephone **2**.

18

As explained above, embodiments consistent with the present invention enable a user to flexibly setup the connection or disconnection judgment conditions of the radio link state. As a result, it is possible to increase communications processing performance without increasing the processing load of the host device or the communication load due to a target device.

In the above embodiment, the connection condition and disconnection condition of the radio link state was determined based on the number of times of Inquiry and the number of times a connection request are issued within a predetermined time. However, it is also possible to determine a radio link state based on an intensity of a radio wave. For example, in an embodiment of the present invention, a user may setup a power level of the radio wave. In other words, by gradually changing the power level of the radio wave, a user may define the detection range of PC **1** by the boundaries **1**, **2**, and **3**, as shown in FIG. **8**. Here, the radio wave detection range of the standard power level **2** is limited to boundary **2**.

When mobile telephone **2** approaches PC **1** in a direction defined by locus A, if PC **1** performs device detection at each stage from a boundary **1** (power level **1**) to a boundary **3** (power level **3**), PC **1** loads the service information by determining whether mobile telephone **2** desires to establish a radio link connection to PC **1**. On the other hand, when PC **1** does not detect a device between boundary **1** (power level **1**) and boundary **2** (power level **2**), as shown by the direction traveled along locus B, PC **1** does not load the service information by determining that mobile telephone **2** has only temporarily came near to PC **1**.

In another example, when mobile telephone **2** travels in a direction away from PC **1** as shown by locus C, PC **1** determines that the mobile telephone **2** has intentionally separated from PC **1**. As a result, PC **1** disconnects the radio link. Moreover, service manager **72** unloads the service information from temporary memory area **85**. When mobile telephone unit **2** travels in a direction away from PC **1** to a location outside of boundary **2** (locus D), PC **1** determines that the mobile telephone **2** temporarily separated from PC **1**. As a result, PC **1** does not disconnect the radio link.

Although an embodiment has been disclosed that includes the loading/unloading control of service information as it relates to PC **1**, it should be apparent that this process might also be applied to mobile telephone **2**. Moreover, it should be understood that this process is not limited to devices such as PC **1** and mobile telephone **2**. But the loading/unloading control of service information consistent with the present invention may be applied to various other electrical devices having a radio resource that is exclusively used between a communication channel and where a connection is controlled by inserting a communication channel into a control channel for the devices.

As explained above, embodiments consistent with the present invention can prevent unnecessary loading and unloading of service information processes because it is possible to flexibly set up the connection judgment conditions and disconnection judgment conditions of the host device as they relate to the radio link. As a result, communication-processing performance is improved without increasing the processing load of the host device or the communication load of host device with regards to a target device.

Other embodiments of the invention will be apparent to those skilled in the art from consideration of the specification and practice of the invention disclosed herein. It is intended that the specification and examples be considered

US 7,184,707 B2

19

as exemplary only, with a true scope and spirit of the invention being indicated by the following claims.

What is claimed is:

**1**. A communication device, comprising:

a radio communication module configured to exchange data with a target communication terminal over a network;

a service information memory configured to store service information so that predetermined functions can be performed with the target communication terminal;

a communication control information designating module configured to designate, by a user of the communication device, communication conditions for a newly established radio communication connection with the target communication terminal or for discriminating a disconnection of an existing radio communication connection with the target communication terminal;

a memory configured to store the communication conditions designated by the communication control information designating module; and

a communication control module configured to determine whether the radio communication connection with the target communication terminal is in a connection status or a disconnection status based on the communication controlling information stored in the memory, and performing communication through the radio communication module by using service information read from the service information memory in accordance with the determination result.

**2**. A communication device, comprising:

a radio communication module configured to exchange data with a target communication terminal through radio;

a service memory configured to store service information so that predetermined functions can be performed with the target communication terminal;

a temporary memory configured to temporarily store service information used in an established target communication terminal for communication;

a designating module configured to designate, through a registration interface, communication controlling information defining conditions for discriminating between a newly established radio communication connection with the target communication terminal or a disconnection of an existing radio communication connection with the target communication terminal;

a communication controlling information memory configured to store the communication controlling information designated by the designating module;

a memory configured to store the communication controlling information designated by the designating module;

a discriminating module configured to determine whether a status of the radio communication connection with a target communication terminal is a connection status or a disconnection status based on the communication controlling information in the communication controlling information memory, to transfer the service information from the service memory to the temporary

20

memory when the status of the radio communication connection with the target communication terminal is the connection status, and to transfer the service information from the temporary memory to the service memory when the status of the radio communication connection with the target communication terminal is the disconnection status; and

a radio communication control module configured to perform the predetermined functions with the target communication terminal when the service information is stored in the temporary memory.

**3**. The communication device according to claim **1** or claim **2**, wherein:

the communication controlling information includes connection discriminating conditions based on the number of times a detecting command for detecting the target communication terminal issues during a predetermined period and disconnection discriminating conditions based on the number of times a confirming command for confirming the connection to the target communication terminal issues during the predetermined period.

**4**. The communication device according to claim **1** or claim **2**, wherein:

the communication controlling information includes connection and disconnection discriminating conditions that define a variation status of the radio communication connection for indicating a communication connection or a disconnection to the target communication terminal, the variation status is designated based on a power level of radio waves measured within a predetermined period.

**5**. A method for controlling a communication device that exchanges data with a target communication terminal over a network, the communication device having a memory for storing various types of data, the method comprising:

designating, by a user of the communication device, communication control information that defines discriminating conditions for discriminating between establishing a new radio communication connection between the communication device and a target communication terminal and disconnecting a radio communication connection established between the communication device and the target communication terminal;

storing, in the memory, the designated communication control information;

judging whether the radio communication connection between the communication device and the target communication terminal is in a connection state or a disconnection state based on the designated communication control information; and

performing radio communication with the target communication terminal by using service information that executes predetermined functions between the communication device and the target communication terminal, the service information being stored in memory based on a discrimination result.

* * * * *

# EXHIBIT 8

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by BMW*

## BMW Bluetooth
## (ConnectedDrive System)



*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by BMW*

1.  A communication device, comprising:

a radio communication module configured to exchange data with a target communication terminal over a network;

a service information memory configured to store service information so that predetermined functions can be performed with the target communication terminal;

a communication control information designating module configured to designate, by a user of the communication device, communication conditions for a newly established radio communication connection with the target communication terminal or for discriminating a disconnection of an existing radio communication connection with the target communication terminal;

a memory configured to store the communication conditions designated by the communication control information designating module; and

a communication control module configured to determine whether the radio communication connection with the target communication terminal is in a connection status or a disconnection status based on the communication controlling information stored in the memory, and performing communication through the radio communication module by using service information read from the service information memory in accordance with the determination result.

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by BMW*

| Claim 1 | |
|---|---|
| 1. A communication device, comprising: | Source: https://www.youtube.com/watch?v=6gsNB319ltk<br>"Pair Your iPhone Via Bluetooth \| BMW Genius How-To"<br><br><br><br><br><br>https://www.ebay.com/i/264466352684<br>"**GENUINE BMW F30 KIT NBT EVO NAVIGATION**" |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by BMW*

| Claim 1 | |
|---|---|
| a radio communication module configured to exchange data with a target communication terminal over a network; |  https://www.team-bhp.com/forum/car-entertainment/207434-installed-apple-carplay-bmw-3gt-f34.html<br><br>Note: Connection "9" is antenna for "radio communication module"<br><br>Source: https://www.youtube.com/watch?v=6gsNB319ltk<br>"Pair Your iPhone Via Bluetooth \| BMW Genius How-To" |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by BMW*

| Claim 1 | |
|---|---|
| a service information memory configured to store service information so that predetermined functions can be performed with the target communication terminal; | Source: https://www.almmallofga.com/inventory/used-2018-bmw-x5-xdrive35i-awd-sport-utility-5uxkr0c59j0x98679<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by BMW*

| Claim 1 | |
|---|---|
| <span style="color:red">a communication control information designating module configured to designate, by a user of the communication device,</span> <span style="color:blue">communication conditions for a newly established radio communication connection with the target communication terminal</span> | Source: https://www.youtube.com/watch?v=6gsNB319ltk<br><br>    "Pair Your iPhone Via Bluetooth \| BMW Genius How-To"<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by BMW*

| Claim 1 | |
|---|---|
| or for <br><br> discriminating a disconnection of an existing radio communication connection with the target communication terminal; | Source: http://www.bavarianmw.com/guide-4548.html <br><br> **Configuring devices** <br> Additional functions can be activated or deactivated in paired and connected devices. <br><br> 1. "Telephone" <br> 2. "Bluetooth® (phone)" <br> 3. Highlight the device to be configured. <br> 4. Open "Options". <br> 5. "Configure phone" <br> 6. Select the desired functions. At least one function must be selected. <br><br>  <br><br> 7. "OK" <br><br> If a device is assigned a function, this may deactivate the function in an already connected device and cause the other device to be unpaired. |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by BMW*

| Claim 1 | |
|---|---|
| a memory configured to store the communication conditions designated by the communication control information designating module; and | Source: https://www.youtube.com/watch?v=6gsNB319ltk<br><br>"Pair Your iPhone Via Bluetooth \| BMW Genius How-To"<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by BMW*

| Claim 1 | |
|---|---|
| <span style="color:red">a communication control module configured to determine</span> whether the radio communication connection with the target communication terminal <span style="color:blue">is in a connection status</span> or a <span style="color:green">disconnection status</span> based on the communication controlling information stored in the memory | Source: https://www.youtube.com/watch?v=6gsNB319ltk<br>"Pair Your iPhone Via Bluetooth \| BMW Genius How-To"<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by BMW*

| Claim 1 | |
|---|---|
| and performing communication through the radio communication module **by using service information read from the service information memory in** accordance with the determination result. | Source: https://www.youtube.com/watch?v=6gsNB319ltk<br>"Pair Your iPhone Via Bluetooth \| BMW Genius How-To"<br><br> |